# EXHIBIT A



# EXHIBIT A



# EXHIBIT B

## Forum

| General discussion | Threaten with a lawsuite because of WOT comments |  |

Check a website's reputation

**Home**   **Download**   Trust seal  Blog  Forum  Community  Support

sorao (Platinum) on Fri 03 Apr 2009   07:11:25 AM UTC
**Threaten with a lawsuite because of WOT comments**

mischiacoc has decided to quit his support for WOT. He is a young boy from germany with more than 6000 ratings and comments here on WOT.

He send me a private message about the reasons for his decision.

User Marco Born alias Axley has send to him a application for a restrictive injunction ("Unterlassungserklärung") with a cost note of 780 Euros for his comment on http://www.marco-born.eu

. mischiacoc has decided to delete this comment because of the cost note and the financial consequences for him.
The responsible lawyer is Andreas Neuber alias "Ein Wissender". This was a second time that mischiacoc has received a application for a restrictive with a cost note.

Therefore my tip for german users.

Don't be visible to the public. Don't fill out any homepage, twitter account, flikr account, linkin, facebook, homepage addresses or something else on WOT that somebody is able to find out your real name. The good news : WOT will be handled serious by cheaters because WOT is endanger there business.

I have seen that a lot of the other sites are not able to find out a burglars. They are looking only for technical aspects like malware, viruses, trojans but they are not able to detect tons of subscriptions like humans and WOT is doing. You can find out the differences if you are using LinkExtend.

My second observation is now that these guys have to started to disagree qualified negative comments on there sides which are send out false informations about traps of duty of payment and add commentators like "This is a usefull side" what they are obviously not. Sorry to say I also often didn't know what is truth and trusty and what is a fraud. But with the time you will see the pattern which will be used. Check out the mentioned sides on WOT and you will see what I mean.

Keep on fighting against burglars. Stay save and protected and invisble.

regards
Sorao

P.S. As it seems other users (trejtno) are involved. How a cost note looks like can be seen here http://www.nicht-abzocken.eu/dokumente/abpflschm...

Friends   About us   Press   Terms   Privacy   Partners   Tools                                        Choose language    © WOT Services 2010

**Keep in touch with us**

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

**What's new?**

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog
RSS feed

**Support WOT's development**

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

# EXHIBIT B

(caption German). But this no a april joke as the reaction of mischaoose proves.

---

## Comments:



Bobiutze (Platinum) on Fri 03 Apr 2009    07:57:31 AM UTC
**Wait a minute**

Not insulting your use of English, but it's really not clear what's going on.

Are you saying that someone is threatening to sue a WOT user for rating a site?

We're still rather crude here in the colonies (that would be the US), and I really don't get it.

Perhaps FlyAqua or somebody else fluent in German AND English could have you say it to him/her in German and translate for us.

Plus, I went to that link you provided and it was a .pdf is . . . German!

Sorry for being so dense, but if somebody could explain it in plain English it might help.

Are you saying that there's some kind of an injunction against a WOT user for making comments and this injunction prohibits that user from making further ratings?

And are you saying that WOT itself is somehow tied up in this?

Will try to read over your post again and see if I can get the gist, but right now I really don't have a clue.

reply

---



sarsa (Platinum) on Fri 03 Apr 2009    09:20:56 AM UTC
**point of threaten by a lawsuit**

I have send private message to FlyAqua to review and comment my posting.

The point on the .pdf is :
Comments on WOT, a exact date until a special action has to take place and costs in forms of €. All the other stuff are german laws based on a section of the german civil law code you can stretch in every direction. Hurt of personal rights (§823 BGB) and endagering to get a credit (§824 BGB). Because of this laws they request to delete the comment until 03-APR-2009 12:00. If the comment will be not followed they will go to the court.

Than they state who is responsible for a illegal action has to pay the costs. Amount of controversity is 10.000€ therefore the lawyer can bill 776€ for his efforts.

reply

---



FlyAqua (Platinum) on Sat 04 Apr 2009    04:22:16 AM UTC
**expl**

Hello,

---

Friends   About us   Press   Terms   Privacy   Partners   Tools                    Choose language   © WOT Services 2010

### Keep in touch with us

Like us on Facebook
Join the professional group on Linkedin
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

### What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog
RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

Threaten with a lawsuite because of WOT comments | WOT Web of Trust

# EXHIBIT B

thanks for your comment, soraa. I simply can't always check all topics because here on this journey my online time is quite limited. I also could not read any comments below, so sorry if anything as already been said.

Despite all, it is a horrible thing. I don't want to give many judgements here, since I don't want to get myself into such a situation too. For that reason, EVERYTHING in this post is only my own opinion. ($$GG)

First of all, if mischacoc has only written his personal opinion, he should not have much to worry. He as the human right to tell his opinion.

I think 5823BGB sais that who the life, the body, the health, the liberty, the property or another right of someone else illegally endangeres, has to pay him the value of the resulting damage. The actual law is on www.gesetze-im-internet.de

. Well, I am not a lawyer, but I think everybody can make their own opinion about that.

If they just let him go if he deletes the comment, he'd probably better do that as he would not get into further trouble. If they still want money from him, I'd recommend immediately visiting a lawyer.

Have they told you what rights of theirs they see hurt?

Again, everything in this post is only my own opinion ($$GG).

reply



Sami (Platinum) on Fri 03 Apr 2009     07:59:00 AM UTC
Re: Lawsuits

Since all of us don't speak German, would someone care to explain who this Marco Bom person is and what these websites are all about?

Also, is there a law in Germany that allows lawyers to simply send these notes? I mean, if there's no court order to back them up, what happens if you refuse to pay?

reply



FlyAqua (Platinum) on Sat 04 Apr 2009     04:10:44 AM UTC

As far as I know (and again, this is only my point of view and might not be exactly true, so again this is just my opinion):

If somebody gives damage to someone else, they can sue im in court. Because this is very expensive, a lawyer can simply ask him to pay whatever.

If the payment is refused, they can still take you to court.

reply

Anonymous on Fri 03 Apr 2009     08:02:25 AM UTC

Friends  About us  Press  Terms  Privacy  Partners  Tools                          Choose language   © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT B

**Unbelievable!**

I'm really sorry to hear about mischaccc's troubles. thankfully this could not happen in my own jurisdiction. Its a real shame that a good contributor has been lost because of threats from dodgy site operators. I hope the (non-German) WOT community votes and comments on this guys site comprehensively... I did :)

Some good general advice on online privacy as well soran, thanks for that!

Cheers,
Nick

reply



Bobharm (Platinum) on Fri 03 Apr 2009    09:25:33 AM UTC
**'Splain it please**

Clearly you understand what this fellow is saying.

I'm totally confused.

"I hope the (non-German) WOT community votes and comments on this guys site comprehensively... I did"

At first I thought you were implying that "this guys site" should go green, but then I looked at the scorecard and saw that you rated it red.

So lemme see if I get this. This fellow mischaccc goes to the red rated site of Marco Born and makes a comment on it, somehow related to WOT. that is unfavorable (so I assume this Marco Born's site is either a blog or a forum that has a section for comments . . . haven't gone there yet . . . want to get in my sandbox to do it).

OK, so now this Marco Born fellow prevails upon an attorney to threaten a law suit against mischacccc for making unfavorable comments on or about his site.

Then mischacccc discontinues making ratings on WOT because of this threat.

Is that correct?

As I said, I'm totally confused. Please clarify.

reply



soran (Platinum) on Fri 03 Apr 2009    03:04:38 PM UTC
**unfavorable comments**

Yes, that's right. He has done an unfavorable comment on WOT about this site. Therefore this threat to mischacccc and bretho.

Sorry for confusing, but this law stuff is not in my daily vocabulary and in germany this is something like a own language. Not easy to understand and impossible to translate :-))

reply

## Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT B



**Aanisi (Rookie) on Tue 20 Apr 2010    10:36:39 AM UTC**
**Freedom of Speech Compromise?**

So now we can be sued for saying anything on the internet?
What happens if someone impersonates us?

This is pretty much bull, its like I want to watch a crappy movie, make a crappy review, and then Warner Bros studio sue me for saying it sucked.

Is that whats happening here?

———

dotSpiral: Talking in Pictures

Anniki: Mangaka, Illustrator, Designer, Aligner.

reply



**phantom (Platinum) on Sat 04 Apr 2009    01:20:53 AM UTC**
**Who is really who..?**

Anniki: "What happens if someone impersonates us?"

Well, I wonder what would happen, if someone happened
to use "mischacoc" as username here or elsewhere..?

reply



**Anonymous on Sat 11 Apr 2009    11:18:30 AM UTC**
———

———

reply



**Anonymous on Wed 08 Apr 2009    10:51:43 AM UTC**
**Welcome back Mishacoc**

Welcome back And if the German laws are like you say stick to anonymous ratings on the German sites so they do not know who you are.(G.O.M.with Honours).

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language    © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

Threaten with a lawsuite because of WOT comments | WOT Web of Trust

# EXHIBIT B

reply

**phantazm (Platinum) on Thu 09 Apr 2009    02:40:33 AM UTC**
But how can they know..?

mischecoc: "everyone could find me very easy."

But how can anyone know (and prove) that it's you, and not someone else..?

reply

**soran (Platinum) on Thu 09 Apr 2009    07:27:03 AM UTC**
I know that he is ... ?

I know that's the real mischecoc because of his wording and I trust him ...
And if it was a fake so what . To end up with a sentence from "The bright side of life" (Monty Phytons) " You are coming from nothing you are going to nothing. So what you have lost .... nothing".

reply

**BobJam (Platinum) on Thu 09 Apr 2009    08:13:45 AM UTC**
Huh??

What??

reply

**soran (Platinum) on Thu 09 Apr 2009    09:52:46 AM UTC**
What I mean

http://www.youtube.com/watch?v=jkPOxDzk9Oo

keep on smiling

reply

Friends  About us  Press  Terms  Privacy  Partners  Tools                           Choose language    © WOT Services 2010

**Keep in touch with us**

Like us on Facebook

Join the professional group on
LinkedIn

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

**What's new?**

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

**Support WOT's
development**

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

# EXHIBIT B



**Bob.Jara (Platinum) on Thu 09 Apr 2009     12:20:55 PM UTC**
**Related?**

I don't see how that's related to whether or not you know it's the "real" mischaccc . It's a pleasant sentiment, but pretty much a non-sequitor.

reply



**phantasm (Platinum) on Sat 11 Apr 2009     01:19:28 PM UTC**
**Where is he now..?**

It seems that mischaccc's comments have gone...?

reply



**Sami (Platinum) on Sat 11 Apr 2009     01:30:57 PM UTC**
**Re: Where is he now..?**

It looks like he deleted his account after editing all his forum postings.

reply



**corsa (Platinum) on Sat 11 Apr 2009     02:05:14 PM UTC**
**mischaccc**

He has gone forever. He has received a second letter from "You-now-who-I-mean". It was to dangerous for him to stay. I the latter there were some details he could not have under all circumstances from mischaccc visible profile? Was there some data send from WOT to "You-now-who-I-mean". Think this will be larger attack against the German users of WOT if we are not covering strictly our identity. Hope that WOT is doing this as well. If not we will have a lot of cost notes and commands will be part of lawsuites. Or it's new business model for "You-now-who-I-mean".
On the other hand I have seen here some reputation for websites where obviously the owner has done the reputation with several accounts to "certify" his products. But if you are looking a little bit closer these comments are fictitious. And after I have written a comment for web site the user requested my ejection from WOT on my private message board, I the mean time I have dropped one comment to avoid further damage.

reply

**Sami (Platinum) on Sat 11 Apr 2009     04:11:37 PM UTC**

Friends  About us  Press  Terms  Privacy  Partners  Tools                           Choose language    © WOT Services 2010

## Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

## What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

Threaten with a lawsuite because of WOT comments | WOT Web of Trust                    Page 8 of 11

# EXHIBIT B

**Re: mischacoc**

*Was there some data send from WOT to "You-now-who-i-mean"*

We have never given out information about users to anyone and we're not planning on starting now.

reply

---

**soren (Platinum) on Sat 11 Apr 2009    04:14:44 PM UTC**
**thanks**

Thank you very much. This is a clear statement.

reply

---

**Anonymous on Sat 11 Apr 2009    04:16:16 PM UTC**
**Re: mischacoc**

This is good to know.I did not think you would anyway.mischacoc had his own website which he displayed on his scorecard
and I think they traced him that way.(G.O.M.with Honours).

reply

---

**g7w (Platinum) on Sat 11 Apr 2009    06:10:24 PM UTC**
**re: re: mischacoc**

He was here, then he removed his account.
Then he "came back" (his username went from mischacoc to anonymous back to mischacoc) - now he's mischacoc (not
verified) and he removed his posts...

BUT he hasn't removed his personal identity from or deleted posts on his jimdo page.
http://betrugsfalle.jimdo.com/impressum.php

what's up with all this?

Against Intuition - gives us safety through Web of Trust.
WOT Community - gives us security through unity.
Thank you all
G7W (G.O.M)
http://g7w.net/

---

Friends   About us   Press   Terms   Privacy   Partners   Tools                    Choose language    © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

### Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

# EXHIBIT B

reply



cotejo (Platinum) on Sat 11 Apr 2009     08:44:56 PM UTC
**Re: mischaccc**

Site now reads:
The website www.betrugshilfe.jimdo.com

...will always remain closed. The website does not function anymore.
Always be on the internet and do not take risks.
The free service has been discontinued. Neither applications nor registrations can be accepted.
The service is no longer reachable.
http://ide.jimdo.com/user/betrugshilfe.jimdo.com

Cotn
http://freepcsecurity.co.uk

reply

g7w (Platinum) on Sat 11 Apr 2009     08:57:34 PM UTC
**not so**

click this:
http://betrugshilfe.jimdo.com/impressum.php

It is as it was...
I think the impressum.php still "works."

Against intuition - gives us safety through Web of Trust.
WOT Community - gives us security through unity.
Thank you all
G7W (G.O.M)
http://g7w.net/

reply

Tomer (Platinum) on Sat 11 Apr 2009     07:06:40 PM UTC
**Probably forgot the .php**

Probably forgot the .php file.

Friends   About us   Press   Terms   Privacy   Partners   Tools          Choose language    © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on
LinkedIn

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

## Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

Threaten with a lawsuite because of WOT comments | WOT web of Trust                    Page 4 of 11

# EXHIBIT B

reply

cot-jo (Platinum) on Sat 11 Apr 2009    07:50.19 PM UTC
.php

He has not removed the "impressum.php" but it looks as though the rest of the site he has been through and removed all of the content.

Colin
http://freepcsecurity.co.uk

reply

FlyAqua (Platinum) on Thu 16 Apr 2009    08:30:27 PM UTC
gone

Edit: sorry, accidental post. Wrong thread.

reply

soran (Platinum) on Sun 12 Apr 2009    10:53:04 PM UTC
story

All the following sentences is hopefully covered by §5 german civil rights. The enemy is with us. I fear so.
@q7w : Seems to be a ugly story. As I have written before it's simply fear that he has. I have contacted him on Saturday after his emergency call on my message board. Second letter from "You-know-who-I-mean". 500€ are a lot of money for a young boy newer or less also for his parents. But "You-know-who-I-mean" seems to be insatible. "Suspicously there is something wrong in his "bill of indictment"." Let's see what's going on in the next days. There are a some helping hands on the german site including TV and other possibilities.
check out http://www.nicht-ebsocken.eu/news.php?readmore=236...

    with a translation tool. Then you will see what I mean.

I will report further on.
"§5 german civil rights end's up here."

reply

1 2 3 4 5  >  »

Friends  About us  Press  Terms  Privacy  Partners  Tools                    Choose language    © WOT Services 2010

## Keep in touch with us

Like us on Facebook
Join the professional group on Linkedin
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

## What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT B

## Post new comment

Your name: mnick

Subject:

Comment: *

Cancel                                        Preview    Submit

Allowed HTML tags: <a> <em> <strong> <cite> <code> <ul> <ol> <li> <dl> <dd> <img> <red> <green> <yellow>

Lines and paragraphs break automatically.

Web page addresses and e-mail addresses turn into links automatically.

More information about formatting options

Friends  About us  Press  Terms  Privacy  Partners  Tools          Choose language   © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

http://www.mywot.com/en/forum/3002-threaten-with-a-lawsuite-because-of-wot-comments   9/29/2010

# EXHIBIT C



example.com

* Check a website's reputation

Home   Download   Trust seal   Blog   Forum   Community   Support

Profile    My posts    My scorecard comments

## Board

Your message

☐ Private                                                                    Post

**Vesa P**
Silver member
Member since October 2009

My activity score:   4.331 *
My ratings:          889 *
My posts:            29

No comments available

* Your activity score and the number of ratings
are updated daily.

Friends   About us   Press   Terms   Privacy   Partners   Tools                Choose language   © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on
LinkedIn

Follow us on Twitter

Watch WOT videos on
YouTube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter
Subscribe to the WOT blog
RSS feed

### Support WOT's
development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

# EXHIBIT D

Profile    My posts    My scorecard comments

## Board



Your message

☑ Private                                                                                    Post

**Sami**
Platinum member
Member since September 2005

My activity score:    19,773 *
My ratings:           38,413 *
My posts:             10,714

First name:    Sami
Last Name:     Tolvanen
Country:       Finland
Homepage:
http://www.mywot.com/

* Your activity score and the number of ratings are updated daily.

MetiUsei (Russia) 09/28/2010    05:49:17 PM
· Thank you for your kind assistance.
Store
Show more

Friends   About us   Press   Terms   Privacy   Partners   Tools                    Choose language   © WOT Services 2010

### Keep in touch with us

Like us on Facebook
Join the professional group on Linkedin
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

### What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

Sami | Online Security Community | WOT Web of Trust                                    Page 2 of 2

# EXHIBIT D

Friends  About us  Press  Terms  Privacy  Partners  Tools

Choose language    © WOT Services 2010

### · Keep in touch with us

Like us on Facebook

Join the professional group on
LinkedIn

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

### Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

Timo | Online Security Community | WOT Web of Trust                    Page 1 of 1

# EXHIBIT E



* Check a website's reputation

Home   Download   Trust seal   Blog   Forum   Community   Support

Profile   My posts   My scorecard comments

## Board

Your message

[ ] Private                                                              Post

No comments available



**Timo**
Platinum member
Member since September 2006

My activity score:   11,960 *
My ratings:          12,734 *
My posts:            915

First name:          Timo
Last Name:           Ali-Kodramola

* Your activity score and the number of ratings
are updated daily.

Friends   About us   Press   Terms   Privacy   Partners   Tools                    · Choose language   © WOT Services 2010

## Keep in touch with us

Like us on Facebook
Join the professional group on
LinkedIn
Follow us on Twitter
Watch WOT videos on
Youtube
Grab screenshots from Flickr

## What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog
RSS feed

## Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

g7w | Online Security Community | WOT Web of Trust

# EXHIBIT F

Profile   My posts   My scorecard comments

## Board

Your message

☐ Private                                                     Post

No comments available

**g7w**

Platinum member

Member since November 2008

Hello and greetings. My name is
David, I currently reside in Massillon,
Ohio USA, I am a veteran of the US
Navy (1977-1981) and work in the
HVAC industry. For those who need to
know my age, I'm over 45. :-) Want to
know a little more? check out my
homepage

My activity score:   51,600 *
My ratings:          524,124 *
My posts:            345,937

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language   © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on
LinkedIn

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

## Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

# EXHIBIT F

Birth Year:        1979
First Name:        David
Gender:            Male
Country:           United States
Homepage:
http://g7w.net/

* Your activity below and the member of ratings
are publicly only

Friends   About us   Press   Terms   Privacy   Partners   Tools                    Choose language   © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

difrawi_defrawy | Online Security Community | WOT Web of Trust          Page 1 of 1

# EXHIBIT G



Home   Download   Trust seal   Blog   Forum   Community   Support

Profile    My posts    My scorecard comments

## Board



difrawi_defrawy
Platinum member
Member since March 2005

My activity score:    12,356 *
My ratings:    5,938 *
My posts:    4,426

SCAMBUSTER
Award 2008

* Your activity score and the number of ratings
are updated daily.

Your message

☐ Private                                        Post

Anonymous 09/29/2010      09:54:07 PM
  Thank you for great work!

http://www.mywot.com/forum/7181-career-network-scam

Everett (Rookie) 05/26/2010      10:27:13 PM
  I am very new to this but you seem to be in the know about side
by side tutors!
I am currently in the market for new work and i found their site....i
dont know what pricing (I could be wrong on the word there) I
looked up their ratings but was hoping you could explain to me
what makes them so untrust worthy

Show more

Friends   About us   Press   Terms   Privacy   Partners   Tools               Choose language    © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

## Support WOT's
development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute now

# EXHIBIT H

Profile   My posts   My scorecard comments

## Comments

| Time | Type | Subject |
|------|------|---------|
| 09/26/2010 | Forum | placeholder, I think |
| 09/26/2010 | Forum | A list of contributions |



Home   Download   Trust seal   Blog   Forum   Community   Support

difrawi_defrawy
Platinum member
Member since March 2009

My activity score:   12,358 *
My ratings:          5,998 *
My posts:            4,426



* Your activity score and the number of ratings are updated daily.

Comment <span>@example.com</span>

Hmm, right not certainly necessarily sure juno, still a parked page. Vague, no full certainty, but my first thoughts are: a Difrawi placeholder.

A list of contributions on this forum, regarding the Difrawi & Bell phishing scam. It will be updated with future contributions. Please, do not reply to this particular post also. Of course you can always Post new comment.

* Phatstorm - Thu 11 Sep 2008 Job offer scam sites
http://www.mywot.com/forum/1527-job-offer-scam-...

Fri 06 Mar 2009 Three Stars Orlando
http://www.mywot.com/forum/2119-three-stars-orl...

Sat 14 Mar 2009 Career Network scam
http://www.mywot.com/forum/2181-career-network-...

Sat 14 Mar 2009 Power Applications
powerapplications.com Orlando FL
http://www.mywot.com/forum/2182-power-applicati...

Mon 16 Mar 2009 What could this be?
(bazzagrub related)
http://www.mywot.com/forum/2196-what-could-this-...

Tue 05 May 2009 Applicant Tree by
Three Stars / Career Network in Orlando
http://www.mywot.com/forum/3288-applicant-tree-...

### Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on YouTube
Grab screenshots from Flickr

### What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

Online Security Community | WOT Web of Trust

# EXHIBIT H

| Time | Type | Subject | Comment |
|------|------|---------|---------|
| | | | Thu 28 May 2009 Kelly Joe Ellis http://www.mywot.com/forum/3564-kelly-joe-ellis |
| | | | Wed 03 Jun 2009 Monkeyjar, ponzi phishing http://www.mywot.com/forum/3615-monkeyjar-ponzi... |
| | | | Tue 09 Jun 2009 Job Match Now jobmatchnow.net phishing http://www.mywot.com/forum/3683-job-match-now-j... |
| | | | Wed 10 Jun 2009 Chris Pirillo pyramid phishing cheerleader http://www.mywot.com/forum/3689-chris-pirillo-p... |
| | | | Wed 10 Jun 2009 Aboutus.org scammers haven http://www.mywot.com/forum/3690-aboutus-org-sca... |
| | | | "" by Debbie D (scam PR) - Tue 01 Sep 2009 Monkeyjar affiliate shopping site http://www.mywot.com/forum/4256-monkeyjar-affil... |
| | | | "" Debbie D (scam PR) - Wed 09 Sep 2009 Monkeyjar Affiliate Three Stars http://www.mywot.com/forum/4298-monkeyjar-affil... |
| | | | Mon 14 Sep 2009 Media Logic Inc. medialogicinc.com Six Three Stars inc phishing scam http://www.mywot.com/forum/4332-media-logic-inc... |
| | | | "" benniog (scam troll) - Mon 14 Sep 2009 medialogicinc.com - Media Logic Inc. http://www.mywot.com/forum/4333-medialogicinc-c... |
| | | | "" Debbie D (scam PR) - Tue 15 Sep 2009 What Media Logic Inc. is http://www.mywot.com/forum/4338-what-media-logi... |
| | | | Wed 16 Sep 2009 NEXTMEDIAPARTNERS.COM Consider This Marketing, another Defrawi phishing scam http://www.mywot.com/forum/4354-nextmediapartne... |
| | | | Thu 29 Oct 2009 Buzzgrub on Hotjobs http://www.mywot.com/forum/4718-buzzgrub-on-hot... |
| | | | Tue 03 Nov 2009 Internet-Company.com next Defrawi phishing site? |

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language   © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

Online Security Community | WOT Web of Trust

# EXHIBIT H

| Time | Type | Subject | Comment |
|------|------|---------|---------|
| | | | http://www.mywot.com/forum/4730-internet-compa... |
| Tue 17 Nov 2009 | | Side by Side Tutors phishing scam | http://www.mywot.com/forum/4875-side-by-side-tu... |
| Tue 17 Nov 2009 | | Internet Project Systems phishing scam | http://www.mywot.com/forum/4876-internet-projec... |
| Tue 17 Nov 2009 | | The Megariche phishing scam | http://www.mywot.com/forum/4873-the-megariche-p... |
| Tue 17 Nov 2009 | | The Job Cooler Jobs phishing scam | http://www.mywot.com/forum/4874-the-job-cooler-... |
| Thu 19 Nov 2009 | | Get Your Contractor Jobs phishing scam | http://www.mywot.com/forum/4903-get-your-contra... |
| ** by Leo13 (maybe rubried) - Fri 20 Nov 2009 | | Complete Job Search - completejobsearch.net Phishing | http://www.mywot.com/forum/4911-complete-job-se... |
| Sat 05 Dec 2009 | | Employment Network employmentnetwork.org phishing scam | http://www.mywot.com/forum/5016-employment-netw... |
| Sat 05 Dec 2009 | | The Media Company media-company.net phishing scam | http://www.mywot.com/forum/5017-the-media-compa... |
| Sat 05 Dec 2009 | | Web Development Group webdevelopmentgroup.net phishing scam | http://www.mywot.com/forum/5023-web-development... |
| Mon 07 Dec 2009 | | The Recruiter Source therecruitersource.com phishing scam | http://www.mywot.com/forum/5029-the-recruiter-s... |
| Wed 20 Jan 2010 | | Gulf Coast Staffing phishing scam advancedjobs.net advancedjobsapplication.net | http://www.mywot.com/forum/5357-gulf-coast-staf... |
| Fri 29 Jan 2010 | | Job Match Direct jobmatchdirect.com phishing scam | |

Friends  About us  Press  Terms  Privacy  Partners  Tools

Choose language    © WOT Service 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

Online Security Community | WOT Web of Trust                                          Page 4 of 23

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | Indeed affiliate http://www.mywot.com/forum/5433-job-match-direc... |
| | | | Fri 29 Jan 2010 The Home Room Project homeroomproject.com / Hidden Job Source hiddenjobsource.com phishing scam on Facebook http://www.mywot.com/forum/5431-the-home-room-p... |
| | | | Fri 29 Jan 2010 Million Student Project phishing scam MillionStudentProject.org MillionStudentsProject.com http://www.mywot.com/forum/5432-million-student... |
| | | | Sat 30 Jan 2010 Wireless Communication Services, Inc. wirelesscommunicationservices.com wirelesscommunicationcorp.com phishing scam sms texting http://www.mywot.com/forum/5437-wireless-commun... |
| | | | Sat 30 Jan 2010 (likely a F7P) Alcoa domain fairchilddirect.com on Ditzwi scam server http://www.mywot.com/forum/5440-alcoa-domain-fa... |
| | | | http://www.mywot.com/forum/5689-azz-placement-p... Wed 03 Mar 2010 AZZ Placement placingservices.com phishing scam on Hotjobs |
| | | | http://www.mywot.com/forum/5890-the-hr-departme... Wed 03 Mar 2010 The HR Department the-hrdepartment.com phishing scam on SimplyHired/Jobsmartic and Employmentguide |
| | | | http://www.mywot.com/forum/5692-mann-security-c... Wed 03 Mar 2010 Mann Security Consulting mannsecurityconsulting.com phishing scam |
| | | | http://www.mywot.com/forum/5693-best-choice-car... Wed 03 Mar Best Choice Careers bestchoicecareers.com phishing scam |
| | | | http://www.mywot.com/forum/5833-career-center-c... Wed 17 Mar 2010 Career Center Corporation careercentrcorp.com phishing scam |

Friends   About us   Press   Terms   Privacy   Partners   Tools                          Choose language   © WOT Services 2010

## Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

Online Security Community | WOT Web of Trust

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | http://www.mywot.com/forum/6431-job-nab-johnab-... |
| | | | Tue 18 May 2010 Job Nab Jobnab.com phishing scam on Facebook Marketplace / Oodle |
| | | | http://www.mywot.com/forum/6779-job-source-plan... |
| | | | Wed 23 Jun 2010 Job Source Planet Jobsourceplanet.com phishing scam |
| | | | http://www.mywot.com/forum/7445-the-supermodel-... |
| | | | Sun 29 Aug 2010 The Supermodel Project facebook.com/thesupermodelsproject Orlando FL phishing scam |
| | | | http://www.mywot.com/forum/7784-johnson-armel-c... |
| | | | Sun 26 Sep 2010 Johnson & Armel Consulting & Staffing johnsonandarmelconsulting.com phishing scam |
| | | | ═══ |
| | | | **POSSIBLY RELATED** |
| | | | Mon 15 Jun 2009 Defamation campaign against Web of Trust http://www.mywot.com/blog/157-defamation-campai... |
| | | | Wed 12 Aug 2009 mywotinvestigation.com http://www.mywot.com/forum/4134-mywotinvestigat |
| | | | Fri 08 Jan 2010 http://www.mywot.com/forum/5272-can-web-of-trus... |
| | | | Sat 09 Jan 2010 WOT defamation page on facebook: www.facebook.com/mywot |
| | | | http://www.mywot.com/forum/5274-wot-defamation-... |
| 09/26/2010 | Forum | Johnson and Armel Consulting & Staffing johnsonandarmelconsulting.com phishing scam | Johnson and Armel Consulting & Staffing ( johnsonandarmelconsulting.com ) is another company name to be added to the Dirawi & Bell scams list. Started out last April, now has 1500 job ads on various boards and over 200K of monthly visitors. Purportedly run by Texan gals Stefania Armel and Etta Johnson. |
| | | | I challenge any reputable investigating journalist to identify and interview these apparently very successful startup-entrepreneurs. My prediction: they cannot |

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language   © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

Online Security Community | WOT Web of Trust

# EXHIBIT H

| Time | Type | Subject | Comment |
|------|------|---------|---------|
| | | | be found. Reason: they do not exist, they are a complete fabrication. The whole operation is run as usual from offices in Orlando, Florida. |

Given address:
5956 Sherry Lane, Suite 1000 Dallas, Texas
Phone: (214) 377-6101

Registrant:
Jobnson Armel Consuling
ATTN
JOHNSONANDARMELCONSULTING.CO
care of Network Solutions
PO Box 459
Drums, PA. US 18222

Domain Name:
JOHNSONANDARMELCONSULTING.CO

Administrative Contact, Technical Contact:
Johnson Armel Consulting

ATTN
JOHNSONANDARMELCONSULTING.CO
care of Network Solutions
PO Box 459
Drums, PA 18222
US
570-708-8760

Record expires on 23-Mar-2011.
Record created on 23-Mar-2010.

Domain servers in listed order:
NS1.LNHI.NET
NS2.LNHI.NET 65.36.160.56

IP Address: 204.12.105.1
IP Location - United States - Hostmysite

I guess there are a lot more domains associated to this one, but unfortunately these days I am not able to spend enough time to dig 'm up. Everyone's help is appreciated.

See for an overview:
http://www.mywot.com/forum/5541-the-climwf-bel...

| 03/29/2010 | Forum | few more | advantageousprofessions.com
bcjobsnow.net
beaconemployment.com |

Choose language    © WOT Services 2010

## Keep in touch with us

Like us on Facebook
Join the professional group on Linkedin
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

## What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

Online Security Community | WOT Web of Trust                    Page 7 of 21

# EXHIBIT H

| Time | Type | Subject | Comment |
|------|------|---------|---------|
| | | | brightcareeroptions.com |
| | | | corporatepositioning.net |
| | | | delightfulemployment.com |
| | | | employer-backoffice.com |
| | | | employmentdelight.com |
| | | | featuredemployment.com |
| | | | maximumontinejobs.com |
| | | | the-careerspot.com |
| | | | thejoboptions.com |
| | | | trinitycorporateresources.net |
| | | | urbanrecruiters247.com |
| 08/29/2010 | Forum | The Supermodel Project facebook.com/Thesupermodelproject Orlando FL phishing scam | Why ered your own scam website which there is Facebook? Obviously Facebook does not care the slighest bit about the safety of its visitors. No TOS, no PP, no nothing becomes known about this shady "part of a multimilion dollar venture" http://www.facebook.com/thesupermodel |
| | | | See the application form: |
| | | | The Supermodel Project is part of a multimillion dollar venture to create the single largest online platform for models and actors in the world. We are currently seeking select models and industry insiders that reside in the Orlando, FL area to act as a focus group for our new online services. |
| | | | Our project is backed by the largest names in the industry and our executive team is a combination of top modeling industry and tech executives. We are looking for local industry talent and people wanting to get into the industry to act as an extended focus group. |
| | | | If you would like to be a part of the team please complete the form below. |
| | | | First Name Last Name Email Address |
| | | | Age Zip Code Height |
| | | | Weight (lbs) |
| | | | You may select more than one of the following I am a model/actor I would like to be a model/actor I would like to be a talent scout |

Friends   About us   Press   Terms   Privacy   Partners   Tools                    Choose language   © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|------|------|---------|---------|
| | | | I am a part of the industry in a non-talent role |
| | | | I would be interested in future full-time employment with your company Yes No Maybe |
| | | | On Jul 19 they had 2 job ads on Snagajob.com and InternationalJobs.com, offering positions as Talent Scout and Casting Manager. Still visible in Google cache at this moment. |
| | | | My educated guess: a new Alec Difawi phishing scam. Hard to tell at this time if it will grow any bigger. It may just be intended to serve Ayman's favorite hobby: getting young girls not even half his age into his bed. |
| | | | Following domain names have been registered anonymously via Network Solutions on Jul 1, 2010. IP Address: 205.178.189.129 (Reverse undercontruction.networksolutions.com) thesupermodelproject.com thesupermodelproject.net thesupermodelproject.org |
| 08/25/2010 | Forum | BBB reports | Excerpts of BBB reports about Difawi & Bell's "main" companies in the last five years. http://www.bbb.org/stlouis/business-reviews/inform... |
| | | | BBB Accreditation On December 3, 2009 the accreditation was suspended due to engaging in activities reflecting poorly on the BBB or its members. The matter will be reviewed by the BBB's Board of Directors at its next meeting. |
| | | | Business Contact and Profile Name: Three Stars Inc Phone: (636) 203-4023 Address: 10805 Sunset Office Dr Ste 300 Saint Louis, MO 63127-1027 Website: http://www.threestarsinc.com |
| | | | Original Business Start Date: January 2007 |

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language    © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|------|------|---------|---------|
| | | | Principal: Ms. Kelly Wooms, Operations Manager |
| | | | Customer Contact: Ms. Kelly Wooms, Operations Manager - (314) 754-1793 |
| | | | Incorporated: September 2007, MO |
| | | | Additional DBA Names: Absolute Concept Corp (????) |
| | | | Additional company management personnel includes: Mr. Shau Darr - President |
| | | | Additional Addresses |
| | | | Two City Place Dr, 2nd Floor Saint Louis, MO 63141 |
| | | | === |
| | | | http://bentralflorida.app.bbb.org/newssearc c... |
| | | | Based on BBB files, this business has a BBB Rating of F |
| | | | Name: Three Stars Media, Inc. |
| | | | Phone: (321) 293-3236 |
| | | | Address: 1743 Park Center Drive, Orlando, FL 32835 |
| | | | Business Category: Internet Marketing Services, Internet Web Design, Job Listing & Advisory Services, Marketing Programs & Services |
| | | | eMail: info@threestarsmedia.com |
| | | | BBB file opened: October 07, 2008 |
| | | | Business started locally: September 2008 |
| | | | Primary Contact: Myra Nicholson (Attorney) |
| | | | Complaint Contact: Julie Eling (Executive Legal Assistant) |
| | | | Other Contacts: |
| | | | Ms. Terri Bears |
| | | | Mr. Alec Dettmei (Consultant) |
| | | | MM Kelly Welch Romero (Vice President) |
| | | | Alternate Business Names: |
| | | | Employment Select |
| | | | Placement 101 Jobs |
| | | | The Internet Company, Inc. |
| | | | Three Stars Inc. |
| | | | Additional Locations and Phone Numbers |
| | | | 1743 Park Center Drive, 4 th Floor, Orlando, FL 32835 |
| | | | 6865 Piazza Grande Avenue, Orlando, FL 32835, Orange County |
| | | | 2295 S. Hiawassee Rd. #1000, Orlando, FL 32835, Orange County |

Friends  About us  Press  Terms  Privacy  Partners  Tools

Choose language        © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | | Comment |
|------|------|---------|-|---------|

(314) 754-1793
(321) 283-3230
(646) 520-0697
(321) 230-3203 (FAX)

The company operates the Career Network job board under a variety of different names. (A separate report is available on Career Network.)

11 complaints - 4 resolved - 2 Company did not respond

═══

http://centralflorida.app.bbb.org/newsearc c...

Based on BBB files, this business has a BBB Rating of F

Name: Career Networks, Inc.
Phone: (800) 516-1764
Address: 6986 Plaza Grande Ave., Ste. 315, Orlando, FL 32835
Business Category: Job Listing & Advisory Services
BBB file opened: June 25, 2008
Business started: February 2009
Business started locally: February 2009
Primary Contact: Ms. Kelly Romero (President)
Other Contacts:
Mr. Jason Badenoch (HR Manager)
Mr. Ralph Bell (Mr.)
Mr. Alec DeFrawy
Ms. Jill Martin

Alternate Business Names:
Extend Your Careers
Medialogic
thejobpush.com

Additional Locations and Phone Numbers
1743 Park Center Drive, Orlando, FL 32835, Orange County
(321) 249-1490
(646) 520-0697

Complaints concern consumers applying for jobs posted by the company or being contacted by the company based on their resume posted online. According to consumers, no job exists and the company asks consumers for information that is not relevant to hiring or a job search.
The BBB has been unable to contact the company concerning complaint(s). We

Friends  About us  Press  Terms  Privacy  Partners  Tools                 Choose language   © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|------|------|---------|---------|
| | | | have not been able to determine a valid address and/or phone number for this company. |
| | | | Additional Information As of August 2009 the BBB is unable to contact this company by mail. All addresses provided by the company are undeliverable according to the Post Office. The BBB does send a first notice to Keith Kress at kkress@kress-law.com but complaints still go unanswered. As of January 2010, Mr. Kress has advised he is no longer associated with Career Networks. The BBB can no longer process complaints. All future complaints will be recorded against the company as unable to contact. |
| | | | 72 complaints - 25 resolved - 47 unresolved (12 times Company did not respond, or The company could not be located or is out of business) |
| | | | ═══ |
| | | | http://centralflorida.app.bbb.org/newsearch C... |
| | | | Based on BBB files, this business has a BBB Rating of F |
| | | | Name: Internal Solutions Corporation Phone: (321) 293-0695 Address: 2295 S. Hiawassee Rd., Ste. 311, Orlando, FL 32835 Business Category: Job Listing & Advisory Services BBB file opened: May 15, 2008 Primary Contact: Keith Kress (General Counsel) Complaint Contact: Keith Kress (General Counsel) Other Contacts: Mr. Alec Defawe Mr. Ayman A. El-Difrawi |
| | | | Alternate Business Names: Consumer Business Bureau Instant Human Resources Titan Website Toospoiled.com USA Voice VeriResume |
| | | | Additional Locations and Phone Numbers PO Box 915096, Longwood, FL 32791, Seminole County |

## Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|------|------|---------|---------|
| | | | 5401 S. Kirkman Rd., Ste. 310, Orlando, FL 32819, Orange County |

According to information available, the company collects personal information through the use of online job sites. Also DePriest is also known to the BBB from Studio 58 and Options Talent, which are no longer in operation.

13 complaints - 11 resolved

====

http://www.dc.bbb.org/report.htm?national=y&compl...

Based on BBB files, this business has a BBB Rating of F

Name: Instant Human Resources
Phone: (301) 216-3814
Address: One Research Court Suite 450, Rockville, MD 20850
Business Category: Employment Agencies
BBB file opened: January 20, 2006

Alternate Business Names
Internet Solutions Corp.
National Human Resources
World Careers (Worldcareersite)

Additional Locations and Phone Number:
the postal service who hdg. address.
PO Box 915096, Longwood, FL 32791
(301) 216-3814
(301) 216-3824

The company provides internet based employment services, purportedly for telework positions.
Additional Locations and Phone Numbers
The BBB has been unable to contact the company concerning complaint(s). We have not been able to determine a valid address and/or phone number for this company.

2 unanswered complaints

====

http://www.fa.bbb.org/Business-Report/TocSpoiled-1...

BBB rating: F

Friends  About us  Press  Terms  Privacy  Partners  Tools                    Choose language   © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|------|------|---------|---------|

Comment

Significant reasons for this rating:
Unanswered Complaints
Business type is problematic

Address:
700 South Flower Street, Suite 1100
#208
Los Angeles, CA 90017

Web Site: http://www.toospoiled.com
Contact: Customer Service -
Business Start Date: N/A
Company ID: 100066527
Nature of Business: The company's
business is providing talent agency
services.

Our complaint history for this company
shows that the business has not
responded to customer complaints
brought to its attention by the Bureau.

3 unanswered complaints

====

http://www.bbb.org/new-york-
city/business-reviews/...

Based on BBB files, this business has a
BBB Rating of F

Business Name:
Impact 210 Worldwide
Too Spoiled
TooSpoiled.com
Business Address: 447 Broadway, 4th
Floor, New York, NY 10013
Original Business Start Date: 4/1/2005
Incorporated: 2005 in NJ
Principals:
Peter Luterek, President
Michael Fernlau, President
Phone Number: (212) 334-5325
Fax Number: (212) 334-2002
Email Address: michael@impact210.com
Website Address:
http://www.impact210.com
http://www.impact210.com
http://www.impact-worldwide-talent.com
http://www.impactww.com

Additional Locations & Phone Numbers
700 S Flower Street, Suite 1100 #208
Los Angeles , CA 90017

According to complaints filed with the
Bureau, Impact 210 Worldwide engages
in aggressive marketing in order to
recruit "talent scouts". The company

Friends  About us  Press  Terms  Privacy  Partners  Tools

Choose language   © WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on
LinkedIn
Follow us on Twitter
Watch WOT videos on
Youtube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog
RSS feed

Support WOT's
development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|------|------|---------|---------|
| | | | sends e-mails or makes calls to "eligible" job seekers stating that the job available has benefits and a salary of up to $78,000. Complaints report that the "job" is actually a commission sales position and many consumers do not get their paychecks. Consumers report that when they pay for talent services and services are not rendered they cannot get a refund. Reports also state that it is extremely difficult to contact the company. |
| | | | 23 complaints - 13 No Response - 10 Unpursuable |
| 06/24/2010 | Forum | Keith Howze, the internet company employee | Try http://www.google.com/search?q=%22The+Internet+Com... |
| | | | Top result is a facebook page entitled "Stop The Internet Company Scam | Facebook". The page has just been removed, but at the moment is is still in cache This is Google's cache of http://www.facebook.com/pages/Stop-The-Internet-Co... |
| | | | . It is a snapshot of the page as it appeared on 19 Jun 2010 09:52:38 GMT. http://webcache.googleusercontent.com's q=cac... |
| | | | Quoting Keith Howze: Yes, I can assure you, the jobs are real. (I work there as well. (means the internet company)) Some companies charge a fee to use their site. We put ads on the job applications so that we don't have to charge job applicants or employers to use our site. I know first hand how hard it is out there...don't give up! April 1 at 8:58am |
| | | | Overview @ http://www.mywot.com/forum/5541-the-different-bel... |
| 06/23/2010 | Forum | Job Source Planet Jobsourceplanet.com phishing scam | Job Source Planet Jobsourceplanet.com is another name for the same old deceptive leads-generation scam The Internet Company aka Career Network by Orlando FL crooks Odiawi and Bal. Seems like they just started this one, it isn't even in Google yet. On the site's |

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language   © WOT Services 2010

## Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | TOS page it says it is owned by Power Applications, Inc. Powerapplications.com is a career-network.com clone. On the About page however it says the company was founded by some unmentioned Brazilian and was taken over by his nephew, one Fabier Oliveira Sobrinho. Mr Scorinho is completely-untraceable-on-the-web and no doubt purely fictional. |
| | | | At the moment they have 12 ads on Yahoo Hotjobs http://hotjobs.yahoo.com/careers-797565-Job_Source... |
| | | | Given address: Job Source Planet 15751 Sheridan St., Ste. 100 Ft. Lauderdale FL 33331 +1 800 559 6580 |
| 06/23/2010 | Forum | latest | abcemploymentjobs.com amazing-jobs.com astonishingcareers.com careercable.com careercapabilities.net careercentercorpjobs.com careerspecialsjobs.com cooperativeemployment.com employmentbell.com employment3aca.com employmentselectjobs.net envioescareer.com getbacktowork4jobs.com globalcareerchoice.com innovativerecruiter.com jobsourceplanet.com jobachievement.com kitchentablerecruiterjobs.com myjobmarkets.com mypotentialcareer.com nextmediapartners-careers.com numerouscareers.com numerousjobs.net professionpost.com qualifiedcareers.com thenextbestcareers.com selectiverecruitingsolution.com showcaseemployment.com thecareerjobspot.com thejob-spot.com trueresponsecareers.com workingenvironment.net |

Friends   About us   Press   Terms   Privacy   Partners   Tools                              Choose language   © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|------|------|---------|---------|
| 05/18/2010 | Forum | Job Nab Jobnab.com phishing scam on Facebook Marketplace / Oodle | JobNab.com is part of the Internet Company in Orlando FL. Job Nab is recruiting "job scouts" nationwide to supply Facebook Marketplace / Oodle and other boards with the usual Diriwi & Bell crap to get desperate job seeker's personal information. Also as usual hardly anybody will get paid for their work. Major traffic is generated via http://www.facebook.com/JobNab?v=app_1104598356512... |

and job board Oodle.

Jobnab.com on IP 64.45.62.33 was already rated. There are now 49 domains hosted on this IP address. I found 42 of the new ones myself, need assistance for the remaining. Strange, they were created in March, but only a few show up in robtex.

Category: phishing and other scams

apply-here-now.com
apply-here-now.net
apply-herenow.com
apply-herenow.net
applyhere-now.com
applyhere-now.net
apply-right-now.com
apply-right-now.net
apply-rightnow.com
apply-rightnow.net
applyright-now.com
applyright-now.net
click-here-to-apply.com
click-here-to-apply.net
click-here-toapply.com
click-here-toapply.net
click-hereto-apply.com
click-hereto-apply.net
click-to-apply-now.com
click-to-apply-now.net
click-to-apply.com
click-to-apply.net
click-to-applynow.com
click-to-applynow.net
click-toapply.com
click-toapply.net
click-toapplynow.com
click-toapplynow.net
clickhere-toapply.com
clickhere-toapply.net
clickhereto-apply.com
clickhereto-apply.net
clickheretoapply.net
clickto-apply.com

Friends  About us  Press  Terms  Privacy  Partners  Tools                    Choose language    © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

Online Security Community | WOT Web of Trust

# EXHIBIT H

| Time | Type | Subject | | Comment |
|------|------|---------|--|---------|
| | | | | clickto-apply.net |
| | | | | clicktoapply-now.com |
| | | | | clicktoapply-now.net |
| | | | | clicktoapply.net |
| | | | | clicktoapplynow.com |
| | | | | clicktoapplynow.net |
| | | | | clicktoapplyrightnow.com |
| | | | | clicktoapplyrightnow.net |
| | | | | [illegible] |
| | | | | See also |
| | | | | http://www.mywot.com/forum/5541-the-click-4-bot... |
| 05/18/2010 | Forum | couple of new ones popped up | | internetcompanycareers.com |
| | | | | aboemploymentservicesjobs.com |
| | | | | advance-yourcareer.com |
| | | | | advance-yourjob.com |
| | | | | advanced-jobbank.com |
| | | | | afinitymediapartners.com |
| | | | | afinitymedia-partnersnow.com |
| | | | | afinity-mediapartnersnow.com |
| | | | | afinity-media-partnersnow.com |
| | | | | afinity-media-partners-now.com |
| | | | | afinitymedia-jobsmatic.com |
| | | | | alternativecareerchoices.com |
| | | | | available-jobsonline.com |
| | | | | availableposition.net |
| | | | | careerfancy.com |
| | | | | cooperativecareers.com |
| | | | | coordinatedemployment.com |
| | | | | corporateculture.net |
| | | | | dashforcareers.com |
| | | | | dashingcareers.com |
| | | | | employmentselectjobs.net |
| | | | | employmentstaffingnow.com |
| | | | | firststopcareers.com |
| | | | | focusedjobs.net |
| | | | | getstartedjobs.com |
| | | | | immediatecareers.com |
| | | | | jobmarketcentral.com |
| | | | | jobresourcescentare.com |
| | | | | myadvanced-jobbank.com |
| | | | | nationalstaffingjobs.net |
| | | | | newjobspot.com |
| | | | | oasistopjobs.com |
| | | | | selectiverecruitingsolutionjobs.com |
| | | | | slickbysideemployment.com |
| | | | | sparklingemployment.com |
| | | | | thesimplejobsolutions.com |
| | | | | the-career-exchange.com |
| | | | | todayscareermarket.com |
| | | | | variousvocations.com |
| | | | | yournextprofession.com |

Friends  About us  Press  Terms  Privacy  Partners  Tools

Choose language    © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers:

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|------|------|---------|---------|
| 03/17/2010 | Forum | My guess is it serves as a | My guess is it serves as a front for recruiting in-house personnel. http://www.mywot.com/forum/5541-the-ditrawl-bel... |
| 03/17/2010 | Forum | Career Center Corporation careercentercorp.com phishing scam | Career Center Corporation careercentercorp.com (already rated) is another site run by phishers Ditrawl & Bell, I'm quite certain. http://orlando.craigslist.org/olc/1625821... |

[quote]
The Internet Company (Metro West)
Date: 2010-03-02, 6:35PM EST
Reply to: see below
More Entertainment.
Featuring The Internet Company or
Three Stars Media
Starring Channel 9 Action News:
http://www.youtube.com/watch?v=4RN-
MY5EUE&feature...
See ~ The Internet Company Internet-
company.com, WFTV reporting
complaints about Ditrawl company (Find
this one under "More from Friendsclstcc)
and WFTV: Ralph Edward Bell and Alec
Deltawy aka Ayman Ditrawl Fraud
These are public information but this
nasty company will try to keep hiding the
truth.
Craigslist should allow warnings to be
posted. By consistent warnings posted,
The Internet Company will see that they
will always be exposed.
Also ~ BEWARE of "Career Center
Corp."
[/quote]

http://careercentercorp.com

5005 Rockside Road, Ste. 602,
Cleveland, Ohio 44131. +1.2162019875

One Bruce Jetts is listed as the owner.
Miraculously it is impossible to find a
trace of him on the internet, even though
on the site he is said to be running this
internet based company for a long time.
Also Googling for url, company name,
address, phone, gives results that in no
way match the site's content.
Quote "The Career Center Corporation
has grown tremendously in the last ten
years, starting out with only one

Friends  About us  Press  Terms  Privacy  Partners  Tools                Choose language    © WOT Services 2010

## Keep in touch with us
Like us on Facebook
Join the professional group on Linkedin
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

## What's new?
Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

## Support WOT's development
Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | employee. Today, our staff has over one-hundred people and clients in every state. " |
| | | | A pack of lies, a bogus company. |
| | | | But they have a page on Careerbuilder, http://www.careerbuilder.com/Jobs/Comp |
| | | | and a few weeks ago they had three job ads, now expired http://www.jobisjob.com/career+center+ex-of... |
| | | | Currently no ads. |
| 03/15/2010 | Forum | Click Apply, and you'll get | Click Apply, and you'll get a form with " Please send me status updates on my application via email, phone or text (recommended)". Google that. |
| | | | If you apply with some bogus info, it ultimately leads you to manmsecurityconsultingjobs.com, a Career Network site. http://www.mywot.com/forum/5541-the-dstrawi-bel... |
| 03/14/2010 | Forum | Thread navigation also at top of page | With many-paged threads addicts like me it would be much more user friendly, wouldn't it. Thank you WOT for rewarding my plea. |
| 03/14/2010 | Forum | and a few more to | and a few more to rate careerdazzle.com festpacejobs.com giftedemployment.com careercentercorp.com http://www.mywot.com/forum/5541-the-dstrawi-bel... |
| 03/14/2010 | Forum | Military Advantage, Inc. vs Three Stars, Inc. | Monster subsidiary Military Advantage, Inc. has filed a lawsuit for Trademark Infringement against Career Network parent company Three Stars, Inc. (aka the Internet Company). http://dockets.justia.com/docket/court-mydoc/case... Overview: http://www.mywot.com/forum/5541-the-dstrawi-bel... |

Friends  About us  Press  Terms  Privacy  Partners  Tools

Choose language   © WOT Services 2010

## Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

## What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|------|------|---------|---------|
| 03/14/2010 | Forum | my 2 cents | Gentlemen, please don't take this too far. |
| | | | After exploring and checking reputations of quite a few linked sites I found beammachine.net content is safe enough and deserves to be rated green. |
| | | | If any of you find a bad apple, please do report it. |
| 03/05/2010 | Forum | No need for it here, pretty | No need for it here, pretty useless service imho. But if it would lead to a significant increase of noobs using WOT, it's fine with me. |
| 03/03/2010 | Forum | Best Choice Careers bestchoicecareers.com phishing scam | bestchoicecareers.com is rated red |
| | | | Recently deleted from examiner.com, currently still in cache http://209.85.229.132/search?q=cache:00qjsidzeuU:... |
| | | | Job hunters beware: resume sites become prey for scams. John Swiderski - Computers Examiner Posted: 01/29/2010 8:32 PM More Gadgets & Tech >> << Prev | Next >> A lot of people are hunting for work these days, and the internet is an indispensable tool for finding and applying for many jobs. Recently I was helping a few of my friends look for work using a few of the most popular job searching portals and a few shall we say less scrupulous sites. Surely I felt safe visiting places like Jobs.com, Theladders.com and hotjobs.com so I tried those first. Things went well as I navigated the many hundreds of openings. I imported one of my friends resume, reformatted it a bit and applied for 4 different positions that matched his criteria. For some reason I expected results in a few days, but not getting any I went ahead and tried some of the other job sites that come up in searches. bestchoicecareers.com was particularly annoying. The site was easy to use but when I came to the end of posting the resume, it asked me if I was interested in furthering my education. A feature I have now since spotted on several sites. Certain my friend would be interested if it meant obtaining a great job I clicked yes. Within 15 minutes he had received over 10 calls to his cell |

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language    © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|------|------|---------|---------|
| | | | phone from several "institutes" and "internet colleges" requesting more information. Despite his efforts, the calls kept coming for nearly 2 weeks. |

1 2 3 >    >>

Friends  About us  Press  Terms  Privacy  Partners  Tools

Choose language    © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

Internet-Company.com next Defrawi phishing site? | WOT Web of Trust    Page 1 of 6

# EXHIBIT I



My WOT

example.com

* Check a website's reputation

## Forum

Home   Download   Trust seal   Blog   Forum   Community   Support
        Comments on websites      Internet-Company.com next Defrawi phishing site?



d3rawi_defrawy (Platinum) on Tue 03 Nov 2009    05:58:53 PM UTC
**Internet-Company.com next Defrawi phishing site?**

A while ago it seemed that threestarsinc.com was going to be replaced by medialogoinc.com (see http://www.mywot.com/forum/4332-media-logic-inc... ). It looks like this may only have been an act of distraction. They have a new site Internet-Company up now, and Internet Company Inc may be the one to replace Three Stars.

Internet-Company.com is hosted on a dedicated server, IP 130.94.30.81
Record created on 23-Sep-2009
Registrant Search: "Internet Company" owns about 42 other domains

Rate Red: phishing and other scams

http://www.mywot.com/en/forum/5541-the-d3rawi-bali-phishing-scam-referral-thread

## Comments:



d3rawi_defrawy (Platinum) on Tue 03 Nov 2009    06:52:49 PM UTC
**Internet-Company.net as well**

Internet-Company.net was registered the same day. Rated and commented.

WOT this is all about - backgrounds
http://threestarswatch.blogspot.com/

http://www.siteadvisor.com/sites/internetsolutions...
http://www.youtube.com/user/friendsofalec

**Keep in touch with us**

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

**What's new?**

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

**Support WOT's development**

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

reply



difrawi_defrawy (Platinum) on Sun 24 Jan 2010    05:06:56 PM UTC
**WFTV Action 9 Todd Ulrich on the case again**

New report by the impeccable investigating journalist Todd Ulrich, who did several reports on the Alec Difrawi / Ralph Edward Ball scams before.

Watch http://www.wftv.com/video/22318192/index.html

Apparently the snob knew about the report's content in advance, considering the attempts to defame this brave woman
http://www.ziprealty.com/agent/mgs.href

See http://www.complaintsboard.com/complaints/scam-ide....    and http://www.ripoffreport.com/realtors/melanie-eshrat....

reply



CDA230 (Gold) on Sun 24 Jan 2010    06:44:07 PM UTC
**Is this not the same pattern**

Is this not the same pattern they used against Esa Suurio? Ripoffreport and Complaintsboard I remember, this will only be the start I think.

They are stupid, saying "Career Network is aware that Melanie Ashrat filed a complaint with the Better Business Bureau against our company". How? Why are you Googling her? Those dates are even before the WFTV report I think.

If WOT members are also on Ripoffreport and Complaintsboard then perhaps they can help fight this libel?

reply



difrawi_defrawy (Platinum) on Mon 25 Jan 2010    12:25:50 AM UTC
**Yep**

According to Melanie this happened, and I believe she's telling the truth: "So I told The Internet Co that I was filing with the BBB and then I got a call from The Internet Co and was told to google my name and I discovered this false slander about me posted here. A guy on the phone from The Internet Co told me I'd have to live with it for the rest of my life and I was devastated." The scumbags. Same pattern they used against Esa Suurio? Exactly.

reply

Melanierose39 (Rookie) on Mon 25 Jan 2010    09:01:20 PM UTC
**Hello**

Friends  About us  Press  Terms  Privacy  Partners  Tools                              Choose language    © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

Who is Esa Suurio? If she/he was hurt by slander I would like to talk....

reply

CDA230 (Gold) on Mon 25 Jan 2010   11:37:35 PM UTC
**Esa Suurio is the founder of**

Esa Suurio was the CEO of WOT, but also other people who work for WOT have been attacked personally.

reply

g7w (Platinum) on Sun 24 Jan 2010   11:53:53 PM UTC
**complaintsboard**

I logged in and made a short reply.

Everything on ripOffReport is duplicate postings as found on complaintsBoard.
RipOffReport want PII which I will not give to an online forum; beside, there have been reports that RipOffReport takes sides with the highest bidder - I found this info out several months ago from some Googling, which is why I will not create an account there...

reply

dilrawi_delrawy (Platinum) on Mon 25 Jan 2010   12:28:39 AM UTC
:)

Good one, David!

Btw, most of the negative information about RipofReport is spread by exposed scammers.

reply

g7w (Platinum) on Mon 25 Jan 2010   01:36:41 AM UTC
**re: ROR**

Here's a quick example of what I was referring to; though I'm not in the mood to look deeper. I'm sure when toes get stepped on, they want to kick back. WOT has already experienced this a few times, from "stepping on toes."

Friends   About us   Press   Terms   Privacy   Partners   Tools                                        Choose language   © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now