# EXHIBIT I

SEOmoz - The Anatomy of a RipOff Report Lawsuit

*January 21st, 2008*

reply



**CDAZ50 (Gold) on Mon 25 Jan 2010    07:53:03 AM UTC**
Duplicates?

Duplicates? Perhaps!
http://docs.justia.com/cases/federal/district-cour...

reply



**Melanlerosu29 (Rookie) on Mon 25 Jan 2010    02:57:x0 PM UTC**
The Internet Co aka Careernetwork

Hello - I was the one on the news and this guy Alec Defrawi is bad news. Not only have I been slandered on complaintsboard.com but I found this morning that my yahoo email had been hacked and the password changed...I was able to retrieve it by having yahoo text me a code. I just cant believe what this guy has gotten away with and I've been looking into what can be done to right the wrongs he's done.

reply



**CDAZ50 (Gold) on Mon 25 Jan 2010    10:54:27 PM UTC**
Hey Melanie, we all

Hey Melanie, we all appreciate the the stand you are taking. Stay strong!

This sounds like RICO

. Time to call the cops as well as your lawyer!

reply

defrawi_defrawy (Platinum) on Mon 25 Jan 2010    03:21:48 AM UTC

Friends   About us   Press   Terms   Privacy   Partners   Tools                    Choose language    © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

## Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

# EXHIBIT I

re:

I know the ongoing discussions and I have a few critical thoughts about ROR's MO myself, but in general I agree to the massive excellent WOT rating. Let's not make this a thread about ROR, please.

reply



CDA230 (Gold) on Mon 25 Jan 2010      07:58:41 AM UTC
**What we are seeing is**

What we are seeing is scammers abusing those things that are used against them. This is an act of revenge on both Melanie Ashraf and Ripoffreport and Complaintsboard, they carry hundreds of complaints about "Career Network" and the other names between them.

reply



CDA230 (Gold) on Mon 25 Jan 2010      10:33:41 PM UTC
**kress-law.com**

Some research shows that the President of Three Stars is Keith Kress, Florida attorney. His website is kress-law.com. Anyone care to rate?

reply



gTw (Platinum) on Tue 26 Jan 2010      01:30:47 AM UTC
**re: kress-law.com**

Confirmed re:
http://threestarsinc.com/teams/corpTeams.cfm?dept=1

Keith K. "not rockin legal dude:
he now serves as our CEO and General Counsel

whois: kress-law.com
Created: 2008-04-14
Registrant info hides behind privacy protection
  Registrant: Kress Law
  ATTN: KRESS-LAW.COM
  c/o Network Solutions
  P.O. Box 459
  Drums, PA. 18222

Wonder why a legal attorney has to hide identity ...
He's a cheap lawyer too, his domain sits on a shared IP

Rated and commented

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language      © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

| reply |

## Post new comment

Your name:

**Subject:**

**Comment:** *

Cancel                                                                 Preview    Submit

Allowed HTML tags: <a> <em> <strong> <cite> <code> <ul> <ol> <li> <dl> <dt> <dd> <img> <red> <green> <yellow>

Lines and paragraphs break automatically.

Web page addresses and e-mail addresses turn into links automatically.

More information about formatting options

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language    © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

· Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

# EXHIBIT I



My WOT

exaeogle.com

* Check a website's reputation

Home **Forum**
Download Trust seal Blog Forum Community Support

Comments on websites    The Difrawi & Bell phishing scam referral thread

---



difrawi_defrawy (Platinum) on Tue 09 Feb 2010   03:07:12 PM UTC
**The Difrawi & Bell phishing scam referral thread**

Ayman Ahmed al Difrawi (Alec Difrawi/Defrawi/Defrawy) & Ralph Edward Bell are long time partners in crime
http://www.google.com/search?q=difrawi%26+bell

. After Difrawi finished working with Lou Pearlman on modeling scam Wilhelmina Scouting Network aka Trans Continental Talent aka Fashion Rock aka Talent Rock in 2004, they teamed up again to start this new line of phishing scams. Modus Operandi by purporting to offer career opportunities (that exist only remotely or not at all) they lure job seekers into providing their personal information.

First years the Difrawi & Bell operation targeted mainly wannabe models, musicians, dancers and writers, combining their deceptive leads generation with consumer- & franchise scams for fees. At that time most leads were raked in with hit & run spammmers by various completely non-existing "companies".

Later they broadened the target area to job seekers in general, and the scam evolved into offering most of their bogus services for free, only to obtain and sell the victims personal information. By spreading their mass-mailings over hundreds of fake company names and a high number of mail servers they manage to stay under the spam radar.

Since Internet Solutions Corporation (2007) their "main" company names were actually incorporated, most of them in Delaware. However, there is only one entity (whatever given names or addresses), located in the Orlando FL Metro West area.

Just google following domain names to gain some insight in the scam's history from 2005 til 2008. Next post will contain a list of my contributions regarding their more recent activities.

americastalentawards.com - scoutwebsite.com - talentimages.com - imagestalent.com - coastalmanagementweb.com - greymarketingteam.com - itraygroup.com - corbinwatson.com - palmercareersonline.com - bluestarcareers.com - lajeunessecosmetics.com - scoutapplication100.com - americanbusinesswebsite.com - applications.biz - employeenewswire.com - searchformybusiness.com - futurevisionadvertising.com - mbehighpartners.net - cstcareersite.com - talentindustrywatch.com - amhumanresources.net - askamerica.org - ask-america.net - goodgradesnow.com - adminsolutionsgroup.net - kassenbacareers.com - ebancsearch.com - ezauctionsweb.com - amateurpokartours.us.com - wpbxub.com - usbvoice.org - worldvoicenews.com - worldvoicereport.com - scout2007.net - instanthumansources.com - ourclassifieds.org - promogroup.org - nationalhumanresourcest.com - laspachwe.com - toospoiled.com - verlrasume.com - consumer-business-bureau.com - cbbureau.com - cbbsite.org - coponline.org - internetsolutionscorp.com

Useful sources of information:

---

Friends   About us   Press   Terms   Privacy   Partners   Tools                                    Choose language      © WOT Services 2010

**Keep in touch with us**

Like us on Facebook

Join the professional group on
LinkedIn

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

**What's new?**

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

**Support WOT's
development**

Your generous contribution is
appreciated by WOT's add-on
developers.

**Contribute Now**

# EXHIBIT I

http://www.google.com/search?q=site%3Ascamfraudzia...

http://threatswatch.blogspot.com/

http://www.siteadvisor.com/sites/internetsolutions...

http://www.youtube.com/user/triandyafniac

http://wikileaks.org/hcaidayman-difrawi.html

Please, do not reply to this particular post. Plenty of opportunity in this thread below. Thanks.

*http://www.mywot.com/en/forum/5541-the-difrawi-bell-phishing-scam-referral-thread*

--------------------------------------------

## Comments:



difrawi_defrawy (Platinum) on Sun 26 Sep 2010    10:28:33 AM UTC
**A list of contributions**

A list of contributions on this forum, regarding the Difrawi & Bell phishing scam. It will be updated with future contributions. Please, do not reply to this particular post also. Of course you can always Post new comment.

* Phantasm - Thu 11 Sep 2008 Job offer scam sites http://www.mywot.com/forum/1527-job-offer-scam-...

Fri 06 Mar 2009 Three Stars Orlando http://www.mywot.com/forum/2119-three-stars-orl...

Sat 14 Mar 2009 Career Network scam http://www.mywot.com/forum/2181-career-network-...

Sat 14 Mar 2009 Power Applications powerapplications.com Orlando FL http://www.mywot.com/forum/2182-power-applicati...

Mon 16 Mar 2009 What could this be? (buzzgrub related) http://www.mywot.com/forum/2198-what-could-this-...

Tue 05 May 2009 Applicant Tree by Three Stars / Career Network in Orlando http://www.mywot.com/forum/3268-applicant-tree-...

Thu 28 May 2009 Kelly Joe Ellis http://www.mywot.com/forum/3554-kelly-joe-ellis

Wed 03 Jun 2009 Monkeyjar, ponzi phishing http://www.mywot.com/forum/3615-monkeyjar-ponzi...

Tue 09 Jun 2009 Job Match Now jobmatchnow.net phishing http://www.mywot.com/forum/3683-job-match-now-j...

Wed 10 Jun 2009 Chris Pirillo pyramid phishing cheerleader http://www.mywot.com/forum/3689-chris-pirillo-p...

Wed 10 Jun 2009 Abouttus.org scammer's haven http://www.mywot.com/forum/3689-abouttus-org-sca...

* by Debbie D (scam PR) - Tue 01 Sep 2009 Monkeyjar affiliate shopping site http://www.mywot.com/forum/4256-monkeyjar-affil...

* Debbie D (scam PR) - Wed 09 Sep 2009 Monkeyjar Affiliate Three Stars http://www.mywot.com/forum/4298-monkeyjar-affil...

---

Friends   About us   Press   Terms   Privacy   Partners   Tools                    Choose language    © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
YouTube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

### Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

# EXHIBIT I

Mon 14 Sep 2009 Media Logic Inc. medialogicinc.com Ba Three Stars Inc phishing scam http://www.mywot.com/forum/4332-media-logic-inc...

** Bennleg (scam troll) - Mon 14 Sep 2009 medialogicinc.com - Media Logic Inc. http://www.mywot.com/forum/4333-medialogicinc-c...

** Deetie D (scam PR) - Tue 15 Sep 2009 What Media Logic Inc. is http://www.mywot.com/forum/4338-what-media-logi...

Wed 16 Sep 2009 NEXTMEDIAPARTNERS.COM Consider This Marketing, another Difrawi phishing scam http://www.mywot.com/forum/4334-nextmediapartne...

Thu 29 Oct 2009 Buzzgrub on Hotjobs http://www.mywot.com/forum/4718-buzzgrub-on-hot...

Tue 03 Nov 2009 Internet Company.com next Deirawi phishing site? http://www.mywot.com/forum/4780-internet-compan...

Tue 17 Nov 2009 Side by Side Tutors phishing scam http://www.mywot.com/forum/4875-side-by-side-tu...

Tue 17 Nov 2009 Internet Project Systems phishing scam http://www.mywot.com/forum/4876-internet-projec...

Tue 17 Nov 2009 The Meganiche phishing scam http://www.mywot.com/forum/4873-the-meganiche-p...

Tue 17 Nov 2009 The Job Cooler Jobs phishing scam http://www.mywot.com/forum/4874-the-job-cooler-...

Thu 19 Nov 2009 Get Your Contractor Jobs phishing scam http://www.mywot.com/forum/4903-get-your-contra...

** by Lee13 (maybe related) - Fri 20 Nov 2009 Complete Job Search - completejobsearch.net Phishing http://www.mywot.com/forum/4911-complete-job-se...

Sat 05 Dec 2009 Employment Network employmentnetwork.org phishing scam http://www.mywot.com/forum/5016-employment-netw...

Sat 05 Dec 2009 The Media Company media-company.net phishing scam http://www.mywot.com/forum/5017-the-media-compa...

Sat 05 Dec 2009 Web Development Group webdevelopmentgroup.net phishing scam http://www.mywot.com/forum/5023-web-development...

Mon 07 Dec 2009 The Recruiter Source therecruitersource.com phishing scam http://www.mywot.com/forum/5029-the-recruiter-s...

Wed 20 Jan 2010 Gulf Coast Staffing phishing scam advancedjobs.net advancedjobsapplication.net http://www.mywot.com/forum/5357-gulf-coast-staf...

Fri 29 Jan 2010 Job Match Direct jobmatchdirect.com phishing scam Indeed affiliate http://www.mywot.com/forum/5433-job-match-direc...

Fri 29 Jan 2010 The Home Room Project homeroomproject.com / Hidden Job Source hiddenjobsource.com phishing scam on Facebook http://www.mywot.com/forum/5431-the-home-room-p...

Fri 29 Jan 2010 Million Student Project phishing scam MillionStudentProject.org MillionStudentProject.com http://www.mywot.com/forum/5432-million-student...

Sat 30 Jan 2010 Wireless Communication Services, Inc. wirelesscommunicationservices.com wirelesscommunicationscorp.com phishing scam sms texting http://www.mywot.com/forum/5437-wireless-commun...

Sat 30 Jan 2010 (likely a FR?) Alcea domain fairchilddirect.com on Difrawi scam server http://www.mywot.com/forum/5440-alcea-domain-fa...

http://www.mywot.com/forum/5689-a2z-placement-p...
Wed 03 Mar 2010 A2Z Placement placingservices.com phishing scam on Hotjobs

http://www.mywot.com/forum/5690-the-hr-departma...
Wed 03 Mar 2010 The HR Department the-hrdepartment.com phishing scam on SimplyHired/Jobamatic and EmploymentGuide

http://www.mywot.com/forum/5692-mann-security-c...
Wed 03 Mar 2010 Mann Security Consulting mannsecurityconsulting.com phishing scam

Choose language   © WOT Services 2010

**Keep in touch with us**

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

**What's new?**

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

**Support WOT's development**

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

http://www.mywot.com/forum/5533-best-choice-car...
Wed 03 Mar Best Choice Careers bestchoicecareers.com phishing scam

http://www.mywot.com/forum/5533-career-center-c...
Wed 17 Mar 2010 Career Center Corporation careercentercorp.com phishing scam

http://www.mywot.com/forum/6431-job-nab-jobnab-...
Tue 18 May 2010 Job Nab Jobnap.com phishing scam on Facebook Marketplace / Oodle

http://www.mywot.com/forum/6779-job-source-plan...
Wed 23 Jun 2010 Job Source Planet Jobsourceplanet.com phishing scam

http://www.mywot.com/forum/7445-the-supermodel-...
Sun 29 Aug 2010 The Supermodel Project facebook.com/thesupermodelproject Orlando FL phishing scam

http://www.mywot.com/forum/7794-johns-on-armel-c...
Sun 26 Sep 2010 Johnson & Armel Consulting & Staffing johnsonandarmelconsulting.com phishing scam

POSSIBLY RELATED

Mon 15 Jun 2009 Defamation campaign against Web of Trust http://www.mywot.com/blog/157-defamation-campai...

Wed 12 Aug 2009 mywotinvestigation.com http://www.mywot.com/forum/4134-mywotinvestigat...

Fri 08 Jan 2010 http://www.mywot.com/forum/5272-can-web-of-trus...

Sat 09 Jan 2010 WOT defamation page on facebook www.facebook.com/mywot

http://www.mywot.com/forum/5274-wot-defamation-...

http://www.mywot.com/en/forum/5541-the-difrawi-bell-phishing-scam-referral-thread

reply



difrawi_defrawy (Platinum) on Fri 25 Jun 2010    09:34:35 AM UTC
**BBB reports**

Exerpts of BBB reports about Difrawi & Bell's "main" companies in the last five years.

http://www.bbb.org/stlouis/business-reviews/intern...

BBB Accreditation

On December 3, 2009 the accreditation was suspended due to engaging in activities reflecting poorly on the BBB or its members. The matter will be reviewed by the BBB's Board of Directors at its next meeting.

Business Contact and Profile

Name: Three Stars Inc
Phone: (636) 293-4023
Address: 10805 Sunset Office Dr Ste 300
Saint Louis, MO 63127-1027
Website: http://www.threestarsinc.com

Friends  About us  Press  Terms  Privacy  Partners  Tools                              Choose language    © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on
LinkedIn

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

### Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

# EXHIBIT I

Original Business Start Date: January 2007
Principal: Ms. Kelly Weems, Operations Manager
Customer Contact: Ms. Kelly Weems, Operations Manager - (314) 754-1793
Incorporated: September 2007, MO
Additional DBA Names: Absolute Concept Corp (????)
Additional company management personnel include: Mr. Shau Darr - President

Additional Addresses
Two City Place Dr, 2nd Floor
Saint Louis, MO 63141

===

http://centralflorida.app.bbb.org/newsearch2.asp?C...

Based on BBB files, this business has a BBB Rating of F

Name: Three Stars Media, Inc.
Phone: (321) 293-3238
Address: 1743 Park Center Drive, Orlando, FL 32835
Business Category: Internet Marketing Services, Internet Web Design, Job Listing & Advisory Services, Marketing Programs & Services
eMail: info@threestarsmedia.com
BBB file opened: October 07, 2008
Business Started locally: September 2008
Primary Contact: Myra Nichelson (Attorney)
Complaint Contact: Julie Elfing (Exective Legal Assistant)
Other Contacts:
Ms. Terri Beam
Mr. Alec Defrawi (Consultant)
MM Kelly Welch Romero (Vice President)

Alternate Business Names:
Employment Select
Placement 101 Jobs
The Internet Company, Inc.
Three Stars Inc.

Additional Locations and Phone Numbers
1743 Park Center Drive, 4 th Floor, Orlando, FL 32835
8965 Piazza Grande Avenue, Orlando, FL 32835, Orange County
2295 S. Kirreastee Rd. #1000, Orlando, FL 32835, Orange County
(314) 754-1793
(321) 293-3220
(646) 520-0697
(321) 293-3203 (FAX)

The company operates the Career Network job board under a variety of different names. (A separate report is available on Career Network.)

11 complaints - 4 resolved - 2 Company did not respond

===

http://centralflorida.app.bbb.org/newsearch2.asp?C...

Based on BBB files, this business has a BBB Rating of F

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language   © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on
LinkedIn

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

## Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

**Contribute Now**

# EXHIBIT I

Name: Career Networks, Inc.
Phone: (800) 516-1784
Address: 6996 Pizza Grande Ave., Ste. 315, Orlando, FL 32835
Business Category: Job Listing & Advisory Services
BBB file opened: June 25, 2008
Business started: February 2008
Business started locally: February 2008
Primary Contact: Ms. Kelly Romero (President)
Other Contacts:
Mr. Jason Badenoch (HR Manager)
Mr. Ralph Bell (Dir.)
Mr. Alec DeFrawy
Ms. Jill Martin

Alternate Business Names:
Extend Your Careers
MediaLogic
thejobpush.com

Additional Locations and Phone Numbers:
1743 Park Center Drive, Orlando, FL 32835, Orange County
(321) 249-1490
(646) 520-0697

Complaints concern consumers applying for jobs posted by the company or being contacted by the company based on their resume posted online. According to consumers, no job exists and the company asks consumers for information that is not relevant to hiring or a job search. The BBB has been unable to contact the company concerning complaint(s). We have not been able to determine a valid address and/or phone number for this company.

Additional Information
As of August 2008 the BBB is unable to contact this company by mail. All addresses provided by the company are undeliverable according to the Post Office. The BBB does send a first notice to Keith Kress at kkress@kress-law.com but complaints still go unanswered. As of January 2010, Mr. Kress has advised he is no longer associated with Career Networks. The BBB can no longer process complaints. All future complaints will be recorded against the company as unable to contact.

72 complaints - 25 resolved - 47 unresolved (12 times Company did not respond, or The company could not be located or is out of business)

====

http://centralflorida.app.bbb.org/newsearch2.asp?C...

Based on BBB files, this business has a BBB Rating of F

Name: Internet Solutions Corporation
Phone: (321) 293-0685
Address: 2295 S. Hiawassee Rd., Ste. 311, Orlando, FL 32835
Business Category: Job Listing & Advisory Services
BBB file opened: May 15, 2006
Primary Contact: Keith Kress (General Counsel)
Complaint Contact: Keith Kress (General Counsel)
Other Contacts:
Mr. Alec Defrawi
Mr. Ayman A. El-Difrawi

Alternate Business Names:
Consumer Business Bureau
Instant Human Resources
Titan Website

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language   © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on
LinkedIn

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

## Support WOT's
development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

# EXHIBIT I

TooSpoiled.com
USA Voice
VeriResume

Additional Locations and Phone Numbers
PO Box 915098, Longwood, FL 32791, Seminole County
5401 S. Kirkman Rd., Ste. 310, Orlando, FL 32819, Orange County

According to information available, the company collects personal information through the use of online job sites. Alec DeFrawi is also known to the BBB from Studio 58 and Options Talent, which are no longer in operation.

13 complaints - 11 resolved

http://www.dc.bbb.org/report.html?nationalxy&compl...

Based on BBB files, this business has a BBB Rating of F

Name: Instant Human Resources
Phone: (301) 216-3814
Address: One Research Court Suite 450, Rockville, MD 20850
Business Category: Employment Agencies
BBB file opened: January 20, 2006

Alternate Business Names
Internet Solutions Corp.
National Human Resources
World Careers (Worldcareersite)

Additional Locations and Phone Number:
the postal service w/no fwdg. address., PO Box 915098, Longwood, FL 32791
(301) 216-3814
(301) 216-3824

The company provides internet based employment services, purportedly for telework positions.
Additional Locations and Phone Numbers
The BBB has been unable to contact the company concerning complaint(s). We have not been able to determine a valid address and/or phone number for this company.

2 unanswered complaints

http://www.la.bbb.org/Business-Report/TooSpoiled-1...

BBB rating: F

Significant reasons for this rating:
Unanswered Complaints
Business type is problematic

Address:
700 South Flower Street, Suite 1100 #206
Los Angeles, CA 90017

Friends  About us  Press  Terms  Privacy  Partners  Tools

Choose language  © WOT Services 2010

### Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

### What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

Web Site: http://www.toospoiled.com
Contact: Customer Service -
Business Start Date: N/A
Company ID: 100056527
Nature of Business: The company's business is providing talent agency services.

Our complaint history for this company shows that the business has not responded to customer complaints brought to its attention by the Bureau.

3 unanswered complaints

bbbb

http://www.bbb.org/new-york-city/business-reviews/...

Based on BBB files, this business has a BBB Rating of F

Business Name:
Impact 210 Worldwide
Too Spoiled
TooSpoiled.com
Business Address: 447 Broadway, 4th Floor, New York, NY 10013
Original Business Start Date: 4/1/2005
Incorporated: 2005 in NJ
Principals:
Peter Lubrecht, President
Michael Fomran, President
Phone Number: (212) 334-5325
Fax Number: (212) 334-2002
Email Address: michael@impact210.com
Website Address:
http://www.impact210.com
http://www.impact210.com
http://www.impact-worldwide-talent.com
http://www.impactnw.com

Additional Locations & Phone Numbers
700 S Flower Street, Suite 1100 #208 Los Angeles , CA 90017

According to complaints filed with the Bureau, Impact 210 Worldwide engages in aggressive marketing in order to recruit "talent scouts". The company sends e-mails or makes calls to "eligible" job seekers stating that the job available has benefits and a salary of up to $78,000. Complaints report that the "job" is actually a commission sales position and many consumers do not get their paychecks. Consumers report that when they pay for talent services and services are not rendered they cannot get a refund. Reports also state that it is extremely difficult to contact the company.

23 complaints - 13 No Response - 10 Unpursuable

reply


evilfactory (Platinum) on Sun 12 Sep 2010    03:03:43 AM UTC
**Many hours**

I'm sure you have put many, many hours into your research and doing what you can to get the word out on these scams.

Friends  About us  Press  Terms  Privacy  Partners  Tools                                     Choose language   © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

Nice work!!!

reply

---

Former/TIC (Rookie) on Sat 11 Sep 2010    10:37:41 PM UTC
i was a former employee

If anyone needs information on this company i would be more than happy to help

reply

---

Stealth Mode (Gold) on Fri 17 Sep 2010    03:41:41 AM UTC
Take no offense, but a

Take no offense, but a former employee would be the last I would ask.
Since I don't no the reason of termination, be it by you or them.
Most likely would be a bias opinion.

Target acquired, We have missile lock! Fox 2... Splash another bad website.

reply

---

01Johanna (Bronze) on Fri 17 Sep 2010    02:43:47 AM UTC
RE:FormerTIC

@FormerTIC

Why that have not directly done you at the first topic produced.
But now, tell us what this company causes misery, and how they do all of that

This forum does give your boost to promote your website for sure

reply

---

01Johanna (Bronze) on Fri 17 Sep 2010    05:11:06 AM UTC
RE: * Stealth Mode

no offense at all, and difrawi_defrawy did a very good job here.
Anyway I did not understand his first topic over this in the first place.

This forum does give your boost to promote your website for sure

---

Feeds   About us   Press   Terms   Privacy   Partners   Tools                Choose language   © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on
LinkedIn

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

## Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

# EXHIBIT I

reply

florida84 (Rookie) on Fri 17 Sep 2010    02:07:04 PM UTC
**Almost had a run-in with**

Almost had a run-in with these people. Thanks to your site, and others, I won't be going through with them. If it helps, the email they sent me come from jobappopen@gmail.com and they are still located in the Metrowest section of Orlando.

(from site, if anyone is interested)
Jobtiao, Inc.
7635 Ashley Park Court Suite 503
Orlando FL 32835

Direct Contact
Robert Schaffer
407-406-3894

reply

SuperHero58 (Platinum) on Fri 17 Sep 2010    04:32:53 PM UTC

@ florida84 = welcome to WOT , and you are quite welcome .
this message makes our efforts worth while .

reply

smishrabbit (Silver) on Fri 17 Sep 2010    04:56:44 PM UTC
**I, for one, am surprised**

That nobody has noted that the name "Difrawi" looks and sounds (when spoken aloud) like the word "Defraud-y"

-cA

reply

BobJam (Platinum) on Sat 18 Sep 2010    02:02:05 AM UTC
**Lisp**

@ smishrabbit.

Works best with a lisp.

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language   © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

reply

## Post new comment

Your name:

Subject:

Comment: *

Cancel                                                                    Preview   Submit

Allowed HTML tags: <a> <em> <strong> <cite> <code> <ul> <ol> <li> <dl> <dt> <dd> <img> <rad> <green> <yellow>

Lines and paragraphs break automatically.

Web page addresses and e-mail addresses turn into links automatically.

More information about formatting options

Friends   About us   Press   Terms   Privacy   Partners   Tools                    Choose language   © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

### Support WOT's
development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

Three Stars Orlando | WOT Web of Trust

# EXHIBIT I

## Forum



Comments on websites    Three Stars Orlando

example.com

* Check a website's reputation

difarei_delevey (Platinum) on Fri 06 Mar 2009    06:26:34 PM UTC
Three Stars Orlando

Home    Download   Trust seal   Blog   Forum   Community   Support

Involved in this combined marketing / phishing for leads scam are about 6000 domains. Ratings of their latest sites are heavily influenced by scammers shills. Get them the ratings they deserve, if you please.

See http://www.siteadvisor.org/Users/nagato/ThreeStarsToa...

for background info and a selected domain list, and http://www.siteadvisor.com/sites/internetsolutions...    for an extended listing.

http://www.mywot.com/en/forum/5541-the-difarei-bell-phishing-scam-referral-thread

## Comments:

sazel (Platinum) on Fri 06 Mar 2009    07:31:00 PM UTC
Re: Three Stars Orlando

If anyone else is interested in looking into these, here's a list of hostnames

posted in SiteAdvisor comments.

Edit: Here's the same list

without recently expired domains.

reply

cetejo (Platinum) on Fri 06 Mar 2009    07:39:12 PM UTC

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language   © WOT Services 2010

### Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on YouTube
Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter
Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

Three Stars Orlando | WOT Web of Trust                    Page 2 of 10

# EXHIBIT I

That is not a list it's a

That is not a list it's a torna all of its own Sami :D
Will have to have a look through some of these, packs the time LOL

Colin
http://freepcsecurity.co.uk

reply

---


g7w (Platinum) on Fri 06 Mar 2009     07:56:05 PM UTC
**registrar**

You'd need to be your own registrar just to maintain renewals..

@catajo
O.K. you take the first batch of 10^3 and I'll take the second :-D

Seriously.
So what about the ones that have expired, or are pending for renewal / expire?
If the domain name expired, and chosen by another innocent party, how would they overcome previous "bad site" ratings?

Is there a script online / downloadable that you can feed a domain name (or multiple names) that would report not only active but expiration status.
Example, the first one on the list is: http://www.100cnemeservice.com/
WOT pops up with the Warning Screen, but it is actually a safe, Network Solutions Parking Page because this domain expired 23FEB09 and is in "limbo" (30 days renewal grace period). There is no "site"

I do not think members having access to the mass rating tool should start plugging in all names listed until they have sorted out expired / parked domains from active "real site" domains, and also verify active domain ownership.

reply

---


catajo (Platinum) on Fri 06 Mar 2009     08:07:06 PM UTC
**Good point**

As some are 'parked' and at present in limbo, is it matter of time before they return as they can be lucrative for the scammers behind them or will they simply create a new batch?

Colin
http://freepcsecurity.co.uk

reply

---

Friends  About us  Press  Terms  Privacy  Partners  Tools          Choose language   © WOT Services 2010

**Keep in touch with us**

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

**What's new?**

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

**Support WOT's development**

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

 Sami (Platinum) on Fri 06 Mar 2009    08:13:52 PM UTC
**Re: Good point**

I believe these types of domains are regularly rotated, but unless they've been blacklisted, I don't suppose there's nothing forcing them to register new ones.

reply

---

 Sami (Platinum) on Fri 06 Mar 2009    08:11:00 PM UTC
**Re: registrar**

*If the domain name expires, and chosen by another innocent party, how would they overcome previous "bad site" ratings?*

Ratings expire too and new ratings are considered more reliable.

Of course, someone buying one of the scamster domains can also notify us of the fact and we'll take a look at it.

*It is actually a safe*

I'm almost sure all the sites are safe to visit, but probably shouldn't be trusted. I wouldn't rate this domain green either, just because it might not get renewed in the next few weeks.

*I do not think members having access to the mass rating tool should start plugging in all the names*

Yes, one should always check sites before rating them. Also, the mass rating tool leaves a trail of comments, so others can evaluate the ratings.

Update: 37 (or 0.77%) of the 4798 domains had recently expired.

reply

---

 g7w (Platinum) on Fri 06 Mar 2009    09:24:01 PM UTC
**How**

*Update: 37 (or 0.77%) of the 4798 domains had recently expired.*

How did you do that so fast?

reply

---

cstojo (Platinum) on Fri 06 Mar 2009    09:51:05 PM UTC

Choose language          © WOT Services 2010

Friends   About us   Press   Terms   Privacy   Partners   Tools

## Keep in touch with us

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

## Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

Three Stars Orlando | WOT Web of Trust

# EXHIBIT I

Some renewed

Some have been renewed until 2011 and lead back to the same pages every time, this will be a hard slog LOL

I'm running what I am pretty sure is a fake scanner, 12% complete after 8 hours and over 8000 problems hahaha.....over 7000 are in the registry.....anyone who believes that would soon have a PC that wouldn't boot if they used it.

I'll let it run as I want to get all of the details first.....glutton for punishment :D

Colin
http://freepcsecurity.co.uk

reply



Saad (Platinum) on Fri 06 Mar 2009    00:58:27 PM UTC
Re: How

How did you do that so fast?

Some ad-hoc scripting.

reply



ddrawi_detravy (Platinum) on Fri 06 Mar 2009    12:48:59 PM UTC
Very good list, thanks!

Very good list, thanks!

Great job. Here's few that need a little extra attention

Career-network.com
Pow-erapplications.com
Threestarsteam.com
Employmentselect.com
Brightmaxixweb.com
Actionmarketingteam.com
Franchisecoreteam.com
Qwesting.com
Threestarforums.com
Threestarspromotions.com
Threestarscommunity.com
Thegreatjobhunt.com

reply

Friends  About us  Press  Terms  Privacy  Partners  Tools                Choose language    © WOT Services 2010

**Keep in touch with us**

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on YouTube

Grab screenshots from Flickr

**What's new?**

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

**Support WOT's development**

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

 catejo (Platinum) on Fri 06 Mar 2009    11:37:33 PM UTC
Got them :)

Will run them through :D
I love a challenge hahaha

(EDIT) The Whois Reverse IP also brings up some interesting links.
Colin
http://freepestsecurity.co.uk

reply |

 dittmel_destrawy (Platinum) on Sun 08 Mar 2009    01:08:30 AM UTC
Some more posted on

Some more posted on SiteAdvisor

Actioncareersonline.com
Applicantsreecareers.com
Applicantfreejobs.com
Career-applicant-free.com
Career-freeapplicants.com
Jobsapplicantfree.com
Buzzgrub.com
Buzzgrub.net
Buzzgrub.org
Career-network-network.com
Career-network-pittsburgh.com
Cloverscareers.com
Hourglasscareers.com
Findprecisecareers.com
Goprecisecareers.com
Myprecisecareers.com
Precisecareers.com
Practice-careers.com
Theprecisecareers.com
Myquickcareercenter.com
Quickcareercenter.com
Quick-careercenter.com
Quickcareer-center.com
Quick-career-center.com
Thequickcareercenter.com

reply |

 dittmel_destrawy (Platinum) on Mon 09 Mar 2009    06:01:05 PM UTC

Choose language    © WOT Services 2010

Friends   About us   Press   Terms   Privacy   Partners   Tools

**Keep in touch with us**

Like us on Facebook

Join the professional group on
LinkedIn

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

**What's new?**

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

**Support WOT's
development**

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

# EXHIBIT I

### Start your engines for a few

Start your engines for a few minutes please, to do some leftovers and some spent servers. Thanks!

actionmarketingteam.com
adminandsupportcareers.com
applicantsource.com
applicanttrackingsystems.org
bestforworkplace.com
businesscareersrightnow.com
busybeecareers.com
careeropenings800.com
careeropeningsnow.com
careerservices100.com
careersourceteam.com
corejobsnow.com
creativecareersrightnow.com
currentcareers200.com
ecareersite.com
educationalandtutoringcareers.com
employment-source.net
easyassistance.com
fast-track-careers.com
governmentalandmilitarycareers.com
headstaffaxacra.org
hospitalityandretailingcareers.com
icareersource.com
ijobmarket.net
jobbanknow.com
jobopenings800.com
jobsource-group.com
legalcareersrightnow.com
link-in-careers.com
manufachringandtransportingcareers.com
medialogicjobs.com
metrojobsnow.com
metroplacingservices.com
nationalcareerservices.com
nationaljobsource.com
networkedcareers.com
newcareeradvancements.com
newcareeradvancements.com
onlinejobsource.org
perfectapps.net
polishedjobs.com
power-careers.net
power-network-careers.com
regionalcareerbank.com
regionalcareerboard.com
regionalcareersource.com
regionaljobbank.com
silver-star-jobs.com
starting-careers.com
strategicjobsource.com
technologyandsciencecareers.com
thecareerapplications.com
thecareersource.org
theperfectcareers.net

---

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language   © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

tccareers.com
tradeandaboriouscareers.com
usa-careers.net
use-jobsite.net
usavoice.org
us-careersite.com
usdatagroup.net
worldvoicereport.com

waterford-dynamic.com
gomailsecure.com
supportmailservices.com
kpshost.com
ajdmailhost.com
asmarkekm.com
cpmailco.com
careemailhostmaster.com
pleor.com
securejobsserver.com
advancemailserver.com
datagroupmailhost.com
gbmailhosting.com
careersourcemail.com
intermarksystem.com
pcmailhost.com
securedmailsender.com
timbucotom.com
executivemailerservices.com
thepersnicktysender.com

    reply

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 BobJen (Platinum) on Mon 09 Mar 2009    07:02:04 PM UTC
Geeezzzz . . .

You could make a career out of this. Just cutting and pasting those sites into the address bar would require the patience of Job. Would have to lock yourself in a room and hang a "Do Not Disturb" sign on the door and have your food brought to you.

Though it might yield some interesting stats.

GCM Award Holder 2008

    reply

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 cotoja (Platinum) on Mon 09 Mar 2009    07:04:30 PM UTC
Geeeeeeeeeeezzzzzzzzzzzz

The whois is entertaining as is the Reverse IP LOL
Never mind locking oneself in a room with 'Do Not Disturb'.....padded cell would sound quite healthy :D

Colin
http://freepcsecurity.co.uk

Friends   About us   Press   Terms   Privacy   Partners   Tools                    Choose language    © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on
LinkedIn

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

## Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

# EXHIBIT I

reply

**dittzswl_delrawry (Platinum) on Mon 09 Mar 2009    10:35:22 PM UTC**
**It's almost like meditating**

You spoiled young boats with your superfast scripts should try it too some time. Taking a horse and carriage instead of a jet plane can be very rewarding, mentally. Hehieh.

reply

**comjo (Platinum) on Mon 09 Mar 2009    11:06:06 PM UTC**
**Horse, Carriage, Jet Plane?**

I'm too young to think of these things and too old to remember them, so it's one foot in front of the other....about slowly LOL.

Now the last time I was called a 'spoiled young brat' was a very long time ago so I take that as a compliment hahaha

Colin
http://freepssecurity.co.uk

reply

**dittzswl_delrawry (Platinum) on Sat 14 Mar 2009    08:57:45 AM UTC**
**Ghost site!**

Recently a fake URL has been submitted to Google by the owner of Three Stars. Using search term Three Stars Orlando currently gives as a fast result: Three Stars (HR Department) threestarssatisam.com, 2295 South Hiawassee Road, Orlando, FL 32835, (321) 293-3256. However, the domain does not exist at all. Well, I bet many will be puzzled, visit the second in line, WOT, and find the information here extra credible. Thanks for your help, mr. Ditrawl?

reply

**dittzswl_delrawry (Platinum) on Thu 02 Apr 2009    08:18:31 PM UTC**
**some more to rate**

intelligentemploymentdecisions.com
Longtermecmployment.com

Friends  About us  Press  Terms  Privacy  Partners  Tools              Choose language   © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

Luckycareers.com
Rapidemploymentprofessionals.com
Sophisticatedcareers.com
Usefulcareers.com
Valuableemployment.com
Valuedemployees.com
Greatvalueemployees.com
Rapidemployment-professionals.com
Thesophisticatedcareers.com
Thevaluableemployment.com
Govaluedemployees.com
Findintelligentemploymentdecisions.com
Luck-careers.com
Mylongtermemployment.com
Myusefulcareers.com
Findusefulcareers.com
Theluckycareers.com
Gointelligentemploymentdecisions.com
Goluckycareers.com
Useful-careers.com
Findongltermemployment.com
Intelligentemployment-decisions.com
Intelligent-employment-decisions.com
Long-termemployment.com
Gousefulcareers.com
Longterm-employment.com
Myluckycareers.com
Findluckycareers.com
Intelligent-employmentdecisions.com
Long-term-employment.com
Theusefulcareers.com
Career-network-kansascityks.com
Career-network-lasmuces.com
Career-network-texarkanaar.com
Careernetworkamidan.com
Careernetworkkansascityks.com
Careernetworklascruces.com
Careernetworkpeoria.com
Careernetworktexarkanaar.com
Kansascityks-career-network.com
Texarkanaar-career-network.com
Findrapidemploymentprofessionals.com
Findsophisticatedcareers.com
Govaluableemployment.com
Findvaluedemployees.com
Findvaluableemployment.com
Sophisticated-careers.com
Valued-employees.com
Gosophisticatedcareers.com
Rapid-employment-professionals.com
Thevaluedemployees.com
Valuable-employment.com
Myjoblist.com
Goosedamanagement.com
Advantageplusmedia.com
Careeradddispersonnet.com
Citywidemarketingsolutions.com
Gulfcoast-staffing.com

Choose language      © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on
LinkedIn

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

## Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

# EXHIBIT I



Hartconsrecruiting.com
Maximumpersonnelstaffing.com
Reallifesrecruiting.com
Sidebysidestaffing.com
Silvermoonmarketing.com
Ultimatepersonnelstaffing.com

reply

cotejo (Platinum) on Thu 02 Apr 2009    09:28:29 PM UTC
Thank you

Got them listed will check them and rate :-)

Colin
http://freepcsecurity.co.uk

reply

dittawi_dettawiy (Platinum) on Thu 02 Apr 2009    09:01:05 PM UTC
I noticed myjoblist.com is

I noticed myjoblist.com is for sale, ignore

reply

cotejo (Platinum) on Thu 02 Apr 2009    09:45:03 PM UTC
Will remove

Will remove it from the list :-)

Colin
http://freepcsecurity.co.uk

reply

g7w (Platinum) on Thu 02 Apr 2009    11:43:02 PM UTC

Friends  About us  Press  Terms  Privacy  Partners  Tools            Choose language   © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on
LinkedIn

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

### Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

# EXHIBIT I

done

myjobfisl.com removed from list.
the other 65 domains have been rated "poorly" - RED

Against Intuition - gives us safety through Web of Trust.
WOT Community - gives us security through unity.
Thank you all
G7W (G.O.M)
http://g7w.net/

reply

Tosar (Platinum) on Thu 02 Apr 2009   11:56:35 PM UTC
Sold

Looks like it's been bought as it's registered until 2013.

Edit: scrub that, Domain Tools shows it's for sale at Sedo.

reply



dBrawl_dotmany (Platinum) on Wed 22 Apr 2009   11:51:25 PM UTC
Linkfarming

threestarsinc.net
threestarsinc.org
threestarsinc.biz
threestarsinc.us
threestarsinc.info
threestarsinc.tv
threestarsinc.bz
threestarsinc.us.com
three-stars-inc.com
three-stars-inc.net
three-stars-inc.org
three-stars-inc.biz
three-stars-inc.us
three-stars-inc.info
three-stars-inc.tv
three-stars-inc.bz

rated and commented

reply

Friends  About us  Press  Terms  Privacy  Partners  Tools

Choose language   © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on
LinkedIn

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

## Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

# EXHIBIT I



sjtw (Platinum) on Thu 23 Apr 2009    03:02:43 AM UTC

re: Linkfarming

rated and commented as well.
Thanks for the hard work you put in to revealing these scoundrels!

Against Intuition - gives us safety through Web of Trust.
WOT Community - gives us security through unity.
Thank you all
CTW (G.O.M)
http://g7w.net/

reply



dikrasi_dotrawy (Platinum) on Tue 05 May 2009    09:03:56 AM UTC

and more

Actionmarketingjobs.com
Aggressiveemploymentprofessionals.com
Applestaffingcareers.com
Applestaffingjobs.com
Applicantsourcecareers.com
Career-network.org
Career-network.biz
Career-network.us
Career-network.tv
Career-network.com.us
Careernetworkemployment.com
Careernetworkallcareers.com
Employmentsalesjobs.com
Employmentstarter.com
Energeticemployment.com
Findmynewcareer.com
Hard-to-find-careers.com
Huntersonsonline.com
Incredibleemployment.com
Jobsmatchnowemploymentool.com
Nestcareers.com
Newlyemployed.com
Onlinecareercentersearch.com
Perfectcareercenter.com
Permanenthirecareers.com
Placement101careers.com
Placement101jobs.com
Apple-staffingcareers.com
Apple-staffingjobs.com
Applicant-source-careers.com
Find-mynewcareer.com
Findenergeticemployment.com
Findnewlyemployed.com
Findperfectcareercenter.com

Friends  About us  Press  Terms  Privacy  Partners  Tools

Choose language    © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

Three Stars Orlando | WOT Web of Trust

# EXHIBIT I

Myincrediolsemployment.com
Online-careercenters4tech.com
Permanenthirecareersnow.com
Placement101jobsnow.com
Energetic-employment.com
Findaprofessionaljobs.com
Findmy-new-career.com
Incredible-employment.com
Onlinecareer-center-search.com
Perfectcareer-center.com
Aggressive-employment-professionals.com
Employment-starter.com
Employmentselect-jobs.com
Hunt-careers-online.com
Jobsmatch-nowemployment.com
Neat-careers.com
Nowhard-to-find-careers.com
Placement-101careers.com
Actionmarketing-jobs.com
Career-networkemployment.com
Findemploymentselectjobs.com
Gohuntcareersonline.com
Myhard-to-find-careers.com
Mynetzlcareers.com
Action-marketingjobs.com
Career-network-sitecareers.com
Careernetwork-employment.com
Goaggressiveemploymentprofessionals.com
Gohard-to-find-careers.com
Jobs-match-nowemployment.com
Myemploymentstarter.com
Myhuntcareersonline.com
Theneatcareers.com
Aggressive-employmentprofessionals.com
Career-networksitecareers.com
Findactionmarketingjobs.com
Goneatcareers.com
Hard-to-find-careersnow.com
Careernetwork-sitecareers.com
Employment-select-jobs.com
Findplacement101careers.com
Huntcareers-online.com
Jobs-matchnowemployment.com
Employmentselectjobsnow.com
Findcareernetworkemployment.com
Findneatcareers.com
Goemploymentstarter.com
Jobsmatchnow-employment.com
Placement-101-careers.com
Action-marketing-jobs.com
Career-network-site-careers.com
Careernetworkemploymentnow.com
Findaggressiveemploymentprofessionals.com
Finderploymentstarter.com
Myplacement101careers.com
Theharp-to-find-careers.com
Aggressiveemployment-professionals.com
Career-network-employment.com

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language   © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on
LinkedIn

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

## Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

# EXHIBIT I

Careersinaustralia-careers.com
Employment-selectjobs.com
Goodjobmarketingjobs.com
Huwi-careersonline.com
Jobs-match-now-employment.com
Placement101-careers.com
Theemploymentstarter.com
Applicantsourcecareersnow.com
Energeticemploymentnow.com
Find-my-new-career.com
Myapplesstaffingcareers.com
Permanent-hire-careers.com
Apple-staffing-jobs.com
Goincredibleemployment.com
Newly-employed.com
Online-career-central-search.com
Perfect-careercenter.com
Applestaffing-careers.com
Applestaffing-jobs.com
Applicantsource-careers.com
Findpermanenthirecareers.com
Findplacement101jobs.com
Gonewlyemployed.com
Theenergeticemployment.com
Find-my-newcareer.com
Findincredibleemployment.com
Goperfectcareercenter.com
Newlyemployednow.com
Online-career-careersearch.com
Choiceemploymentservice.com

reply



g7w (Platinum) on Tue 05 May 2009   10:21:18 AM UTC
rated

Rated and commented.
Thanks for your time.
—
Against Intuition - gives us safety through Web of Trust.
WOT Community - gives us security through unity.
Thank you all
G7W (G.O.M)
http://g7w.net/

reply

attavol_defrawy (Platinum) on Tue 05 May 2009   12:01:47 PM UTC
ty

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language    © WOT Services 2010

## Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

## What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

Thanks for the heads up.

Btw (my mistake, causing the confusion) except for
Career-network.org
Career-network.biz
Career-network.us
Career-network.tv
Career-network.com.us
which are linkfarming, the latest list consists of the usual Ottawa & Bell fake online application domains

reply

cutejo (Platinum) on Tue 05 May 2009    03:20:05 PM UTC
Ditto

Rated and commented.....need more crayons LOL

Cofe
http://freespcsecurity.co.uk

"If you have knowledge, let others light their candles with it" - Winston Churchill

reply

1 2 ▶ ▶▶

## Post new comment

Your name: maick

Subject:

Comment: *

Cancel                                                    Preview    Submit

Allowed HTML tags: <a> <em> <strong> <cite> <code> <ul> <ol> <li> <dl> <dt> <dd> <img> <ad> <green> <yellow>

Friends  About us  Press  Terms  Privacy  Partners  Tools                    Choose language    © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on
LinkedIn

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

## Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

Contribute Now

# EXHIBIT I

Lines and paragraphs break automatically.

Web page addresses and e-mail addresses turn into links automatically.

More information about formatting options

Friends  About us  Press  Terms  Privacy  Partners  Tools

Choose language    © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

career-network.com | WOT Reputation Scorecard | WOT Web of Trust

# EXHIBIT J



WOT Reputation Scorecard

## career-network.com

Help view

| | |
|---|---|
| Popularity: | |
| Rank: | N/A |
| Owner: | whois |
| Server location: | US |
| Statistics: | Compete |
| Similar sites: | SimilarSites |

Description:
ripe is a full service, international creative studio based in Washington, DC. Our trained, professional staff shares a passion for applying unique and creative design solutions to clients' projects.

### How to increase your site's ratings

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site.Read reputation building tips

Warning! This site has a poor reputation.

## Reputation rating:      [ Edit my rating ]

| | |
|---|---|
| Trustworthiness | 4 |
| Vendor reliability | 4 |
| Privacy | 4 |
| Child Safety | 5 |

### Comments by category:

| | |
|---|---|
| Spam | 1 |
| Bad customer experience | 7 |
| Phishing or other scams | 131 |
| Malicious content, viruses | 2 |

### Add a comment

Comments provide more information, but do not affect the reputation.

Request a comment

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 02/19/2009 | Andrei_j | Phishing or other scams | Thousands of phishing and spamverised sites from http://ant ... | 8 |
| 04/01/2009 | Andrei_j | Bad customer experience | For those who are sfill schepfic about this site being a frau ... | 6 |
| 11/16/2009 | Anonymized | Phishing or other scams | Phishing site - low trustworthiness. q.v. http://www.mywot. ... | 3 |
| 12/29/2009 | Arcade™ | Phishing or other scams | Phishing Scam Website! - This site carries a risk of identif ... | 3 |
| 05/18/2010 | Bonobo4 | Phishing or other scams | Linkfarming site see: http://www.mywot.com/en/forum/3615-monk ... | 2 |
| 05/05/2009 | byronsnake | Phishing or other scams | I applied for a job and got a call back for a pre-interview. ... | 5 |
| 03/09/2009 | cconniejean | Phishing or other scams | Phishing scam/Linkfarming http://freestarwatch.blogspot.co ... | 2 |
| 02/16/2010 | Checker87 | Phishing or other scams | Phishing/Scamming site | 3 |

Friends  About us  Press  Terms  Privacy  Partners  Tools

Choose language    © WOT Services 2010

# EXHIBIT J

| Date | Source | Category | Comment |
|------|--------|----------|---------|
| 03/13/2009 | cutcp | Phishing or other scams | Bogus spam sites that link to internetsolutions.corp | 7 |
| 04/16/2010 | Dante v3.11 | Phishing or other scams | Involved in scamming. In Reference too: http://www.xbyzzzfiles.org | 1-3 |

Page 1 of 4   «   ‹   1   2   3   4   ›   »   * Check a website's reputation

Home   Download   Trust seal   Blog   Forum   Community   Support

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language   © WOT Services 2010

# EXHIBIT J



**WOT Reputation Scorecard**                                                              Help view

## career-network.com

| Popularity: | |
|---|---|
| Rank: | N/A |
| Owner: | whois |
| Server location: | US |
| Statistics: | Compete |
| Similar sites: | SimilarSites |

**Description:**
ripe is a full service, international creative studio based in Washington, DC. Our trained, professional staff shares a passion for applying unique and creative design solutions to clients' projects.

**How to increase your site's ratings**

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site. Read reputation building tips

Warning! This site has a poor reputation.

| Reputation rating: | [ Edit my rating ] | Comments by category: | |
|---|---|---|---|
| Trustworthiness | 4 | Spam | 1 |
| Vendor reliability | 4 | Bad customer experience | 7 |
| Privacy | 4 | Phishing or other scams | 131 |
| Child Safety | 5 | Malicious content, viruses | 2 |

**Add a comment**                                                              **Request a comment**

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 09/28/2009 | Destini Hanya | Phishing or other scams | Part of Three Stars Inc. phishing/data mining scam. | 2 |
| 03/03/2009 | ditravi_delowry | Phishing or other scams | Elaborate scam, see also http://www.ribadus.org/Ubcrsnegato ... | 7 |
| 10/27/2009 | edilsoncaldas | Phishing or other scams | Phishing scam / Linkfarming Veja: http://www.mywot.com/pi- ... | 2 |
| 06/05/2009 | evilfantasy | Phishing or other scams | Phishing scam/Linkfarming | 2 |
| 03/11/2009 | g?w | Phishing or other scams | Seeking personal identifiable information via a FAKE SITE pr ... | 7 |
| 06/05/2009 | Galaxyfox | Phishing or other scams | Montoya/ linkfarming phishing scam by Three Stars Inc. More ... | 2 |
| 12/31/2009 | jgoogle | Phishing or other scams | terrible... | 3 |
| 08/24/2010 | Klaus_b | Phishing or other scams | Part of a scam career network. See reference: http://www.my ... | 2 |

Friends   About us   Press   Terms   Privacy   Partners   Tools                         Choose language   © WOT Services 2010

# EXHIBIT J

| Date | Source | ▲ Category | Comment |
|---|---|---|---|
| 06/05/2009 | UV=RpUxLi4n932 | Malicious content, viruses | Monkeyjar, porn phishing (See: http://www.mywot |
| 03/26/2009 | UV=RpUxLi4n932 | Phishing or other scams | Career Network scam See: http://www.mywol.com/en/scorecard2d.34 - |

\* Check a website's reputation

Page 2 of 4   «   ‹   1   2   3   4   ›   »

Home   Download   Trust seal   Blog   Forum   Community   Support

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language      © WOT Services 2010

# EXHIBIT J



WOT Reputation Scorecard                                                                 Help view

## career-network.com

| Popularity: | | Description: | How to increase your |
| Rank: | N/A | nga is a full service, international creative studio based in Washington, DC. Our trained, professional staff shares a passion for applying unique and creative design solutions to clients' projects. | site's ratings |
| Owner: | whois | | Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site. Read reputation building tips |
| Server location: | US | | |
| Statistics: | Compete | | |
| Similar sites: | SimilarSites | | |

Warning! This site has a poor reputation.

**Reputation rating:** [ Edit my rating ]

| Trustworthiness | 4 |
| Vendor reliability | 4 |
| Privacy | 4 |
| Child Safety | 5 |

**Comments by category:**

| Spam | 1 |
| Bad customer experience | 7 |
| Phishing or other scams | 131 |
| Malicious content, viruses | 2 |

Add a comment                                                              Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 08/24/2010 | MassimilianoF | Phishing or other scams | Warning: Keep out. IP/Hostname/Website created in order to i ... | 2 |
| 12/10/2009 | mefumaksima | Phishing or other scams | Career network scam | 3 |
| 08/21/2009 | pgtbanks | Phishing or other scams | Thank you WOT! I just got a call from there too and quickly I ... | 2 |
| 07/05/2009 | phantazm | Phishing or other scams | PHISHING - "combined marketing / phishing for leads scam". ... | 2 |
| 06/16/2009 | ponderance | Malicious content, viruses | I also was sent here by an email – didn't click the link but ... | 0 |
| 05/18/2010 | Qurddalan | Phishing or other scams | Spam and scam. | 2 |
| 08/23/2010 | raydaniah | Phishing or other scams | Phishing/Scam site | 1 |
| 10/30/2009 | RayQuang | Phishing or other scams | Link-farming: Moneyjar scam More info at (http://www.mywot.c ... | 3 |

Friends  About us  Press  Terms  Privacy  Partners  Tools                    Choose language   © WOT Services 2010

http://www.mywot.com/en/scorecard/CAREER-NETWORK.COM                          9/29/2010

# EXHIBIT J



| Date | Source | Category | Comment | |
|------|--------|----------|---------|---|
| 12/22/2009 | Sad Story | Phishing or other scams | Phishing Betrug Karriere-Scamseite, Finger weg! p | |
| 07/14/2009 | shazza | Phishing or other scams | See http://www.mywot.com/en/forum/2119-three-scamwebsites-in p — | |

Page 3 of 4  «  ‹  1  2  **3**  ‹ 1 ›

Home   Download   Trust seal   Blog   Forum   Community   Support

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language   © WOT Services 2010

# EXHIBIT J



* Check a website's reputation

Home   Download   Trust seal   Blog   Forum   Community   Support

Help view

**WOT Reputation Scorecard**

## career-network.com

|  |  |
|---|---|
| Popularity: |  |
| Rank: | N/A |
| Owner: | whois |
| Server location: | US |
| Statistics: | Compete |
| Similar sites: | SimilarSites |

**Description:**
npo is a full service, international creative studio based in Washington, DC. Our trained, professional staff shares a passion for applying unique and creative design solutions to clients' projects.

**How to increase your site's ratings**

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site. Read reputation building tips

Warning! This site has a poor reputation.

**Reputation rating:**   [ Edit my rating ]

| | |
|---|---|
| Trustworthiness | 4 |
| Vendor reliability | 4 |
| Privacy | 4 |
| Child Safety | 5 |

**Comments by category:**

| | |
|---|---|
| Spam | 1 |
| Bad customer experience | 7 |
| Phishing or other scams | 131 |
| Malicious content, viruses | 2 |

**Add a comment**

**Request a comment**

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 11/29/2009 | stone4st | Phishing or other scams | see: http://www.mywot.com/en/forum/2161-career-network-scam | 3 |
| 09/07/2009 | Vasya | Phishing or other scams | Three Stars Inc, Career Network and the people behind it hav ... | 2 |
| 04/02/2009 | Xp54321 | Phishing or other scams | Scam site going after personal information! | 6 |
| 05/25/2009 | Yati420 | Phishing or other scams | Scam run by Ayman El Difrawi... | 4 |
| 09/03/2010 | hpHosts | Phishing or other scams | Engaged in phishing. | |
| 08/04/2010 | SpamCop | Spam | Appeared on an automatically composed list of spamvertized websites. (Low reliability) | |

Page 4 of 4   «   [ • ]   1   [2]  [3]   4   ›   »

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language   © WOT Services 2010

# EXHIBIT J



WOT Reputation Scorecard                                                          Help view

## threestarsinc.com

Popularity:

Rank:              N/A
Owner:             whois
Server location:   US
Statistics:        Compete
Similar sites:     SimilarSites

**How to increase your site's ratings**

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site. Read reputation building tips

Warning! This site has a poor reputation.

**Reputation rating:**   [ Edit my rating ]

| | |
|---|---|
| Trustworthiness | 2 |
| Vendor reliability | 3 |
| Privacy | 2 |
| Child Safety | 7 |

**Comments by category:**

| | |
|---|---|
| Phishing or other scams | 40 |
| Malicious content, viruses | 4 |

Add a comment                                                Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 09/05/2009 | Vasya | Phishing or other scams | Three Stars Inc has been exposed as gathering personal infor ... | 4 |
| 11/18/2009 | Leo13 | Phishing or other scams | Every bit the scam they are accused of being. I interviewed ... | 3 |
| 10/10/2009 | RayChang | Phishing or other scams | Link-farming: Moneyjar scam More Info at (http://www.mywot.c ... | 3 |
| 09/29/2009 | LiveRpUdLiAn932 | Malicious content, viruses | Media Logic Inc. medialogicinc.com the Three Stars Inc phish ... | 3 |
| 08/09/2009 | cconniejean | Phishing or other scams | Phishing scam/Linkfarming http://threestarswatch.blogspot.co ... | 3 |
| 05/05/2009 | evilfantasy | Phishing or other scams | Phishing scam/Linkfarming. | 3 |
| 05/05/2009 | Galaxyfox | Phishing or other scams | Monkeyjar linkfarming phishing scam by Three Stars Inc. More ... | 3 |
| 12/20/2009 | Arcade™ | Phishing or other scams | Phishing Scam Website! - This site carries a risk of items ... | 2 |

Friends  About us  Press  Terms  Privacy  Partners  Tools                    Choose language   © WOT Services 2010

# EXHIBIT J

| Date | Source | Category | Comment | |
|------|--------|----------|---------|---|
| | | | | ▾ |
| 12/03/2009 | TurboCat24 | Phishing or other scams | Beware this company now operates under the nam ███████████ | 2 |
| 11/26/2009 | phantazm | Phishing or other scams | SCAM - Montcyizr, ponzi phishing. Read more: www.mywot.com ... | n 1, 2 |
| | | | example.com | |
| | | | * Check a website's reputation | |

Page 1 of 2   ◂ ‹ 1 [2] › ▸

Home Download Trust seal Blog Forum Community Support

Friends About us Press Terms Privacy Partners Tools

Choose language   © WOT Services 2010

# EXHIBIT J



example.com

* Check a website's reputation

Home   Download   Trust seal   Blog   Forum   Community   Support

WOT Reputation Scorecard                                                        Help view

## threestarsinc.com

| | | |
|---|---|---|
| Popularity: | | |
| Rank: | N/A | |
| Owner: | whois | |
| Server location: | US | |
| Statistics: | Compete | |
| Similar sites: | SimilarSites | |

**How to increase your site's ratings**

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site. Read reputation building tips

Warning! This site has a poor reputation.

**Reputation rating:**   [ Edit my rating ]

| | |
|---|---|
| Trustworthiness | 2 |
| Vendor reliability | 3 |
| Privacy | 2 |
| Child Safety | 7 |

**Comments by category:**

| | |
|---|---|
| Phishing or other scams | 40 |
| Malicious content, viruses | 4 |

Add a comment                                                        Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 10/27/2009 | edits.cocaldas | Phishing or other scams | Phishing scam / Linkfarming Veja: http://www.mywot.com/pt-... | 2 |
| 08/30/2010 | SuperHero58 | Phishing or other scams | dangerous site = Re http://www.mywot.com/en/forum/5541-the-d ... | 0 |
| 05/16/2010 | Bonobo4 | Phishing or other scams | Linkfarming site see http://www.mywot.com/en/forum/3615-monk ... | 0 |
| 04/29/2009 | wendycox | Other | How can I comment on this site when this thing won't let me ... | -2 |
| 09/08/2010 | hzHosts | Phishing or other scams | Engaged in phishing. | |

Page 2 of 2   «   ‹   1   2   ›   »

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language   © WOT Services 2010

# EXHIBIT J



## EXHIBIT J

| Date | Source | ▲ Category | Comment |
|------|--------|-----------|---------|
| 06/05/2009 | evilfantasy | Phishing or other scams | Phishing scam/Linkfarming |
| 08/05/2009 | g7w | Phishing or other scams | Linkfarming re: http://www.mywot.com/en/forum/361... |

* Check a website's reputation

Page 1 of 3  « ‹ 1 2 3 › »

Home   Download   Trust seal   Blog   Forum   Community   Support

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language   © WOT Services 2010

# EXHIBIT J

WOT Reputation Scorecard                                           Help view

## monkeyjar.com



| Popularity: | | |
| --- | --- | --- |
| Rank: | N/A | |
| Owner: | whois | |
| Server location: | US | |
| Statistics: | Compete | |
| Similar sites: | SimilarSites | |

**Description:**
Monkeyjar earns members cash back on every online purchase made through their Monkeyjar mall. Visit Monkey.lar to start saving today.

**How to increase your site's ratings**

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site. Read reputation building tips

Warning! This site has a poor reputation.

## Reputation rating:    [ Edit my rating ]

| | |
| --- | --- |
| Trustworthiness | 3 |
| Vendor reliability | 3 |
| Privacy | 4 |
| Child Safety | 8 |

## Comments by category:

| | |
| --- | --- |
| Phishing or other scams | 70 |
| Malicious content, viruses | 5 |

Add a comment                                             Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
| --- | --- | --- | --- | --- |
| 06/05/2009 | Galaxyfox | Phishing or other scams | Monkeyjar linkfarming phishing scam by Three Stars Inc. More ... | 6 |
| 09/01/2009 | jazavaru | Entertaining | hilarious ... a shopping M.M... it makes no pretensions and if ... | -6 |
| 08/24/2010 | klaus_b | Phishing or other scams | Part of a scam career network. See reference: http://www.my ... | 0 |
| 06/05/2009 | LiVeRpUdLiAn932 | Malicious content, viruses | Monkeyjar, ponzi phishing (See: http://www.mywot.com/en/for ... | 4 |
| 09/26/2009 | LiVeRpUdLiAn932 | Phishing or other scams | Career Network scam See: http://www.mywot.com/en/forum/2181+ | 3 |
| 06/24/2010 | MassimilianoF | Phishing or other scams | Warning: Keep out. IP/Hostname/Website created in order to l ... | 0 |
| 11/26/2009 | phantazzm | Phishing or other scams | SCAM - Monkeyjar, ponzi phishing. Read more: www.mywot.com ... | 2 |
| 10/30/2009 | RayOuang | Phishing or other scams | Link-farming: Monkeyjar scam More info at (http://www.mywot ... | 2 |

http://www.mywot.com/en/scorecard/MONKEYJAR.COM                          9/29/2010

# EXHIBIT J

| Date | Source | Category | Comment | |
|------|--------|----------|---------|---|
| 12/22/2009 | Sad Story | Phishing or other scams | Phishing/ Betrug Karriere-Scamseite, Finger weg! P... | 2 |
| 03/30/2009 | shazza | Phishing or other scams | Defraud & Bell scam see http://www.mywot.com/b/scam/8385a | 1 , 2 |
| | | | * Check a website's reputation | |

Page 2 of 3   «   ‹   1   2   3   ›   »

Home   Download   Trust seal   Blog   Forum   Community   Support

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language    © WOT Services 2010

# EXHIBIT J



* Check a website's reputation

**WOT Reputation Scorecard**                                                    Help view

## monkeyjar.com

| Popularity: | | | Description: | How to increase your site's ratings |
|---|---|---|---|---|
| Rank: | N/A | | MonkeyJar earns members cash back on every online purchase made through their MonkeyJar mall. Visit MonkeyJar to start saving today. | Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site. Read reputation building tips |
| Owner: | whois | | | |
| Server location: | US | | | |
| Statistics: | Compete | | | |
| Similar sites: | SimilarSites | | | |

Warning! This site has a poor reputation.

**Reputation rating:**   [Edit my rating]

| | | **Comments by category:** | |
|---|---|---|---|
| Trustworthiness | 3 | Phishing or other scams | 70 |
| Vendor reliability | 3 | Malicious content, viruses | 5 |
| Privacy | 4 | | |
| Child Safety | 6 | | |

**Add a comment**                                                    Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | ▲ Category | Comment | |
|---|---|---|---|---|
| 11/28/2009 | store-list | Phishing or other scams | see: http://www.mywot.com/en/forum/2151-career-network-scam | 3 |
| 09/08/2010 | hpHosts | Phishing or other scams | Engaged in phishing. | |

Page 3 of 3   «   ‹   1   2   **3**   ›   »

EXHIBIT A

# MYRA NICHOLSON, P.A.
*1743 Park Center Drive, Orlando, FL 32835*

Telephone: 407-803-4729                                    Facsimile: 407-803-5861

September 3, 2010

Vesa Perälä                              **SENT VIA EMAIL TO VESA@MYWOT.COM**
Chief Executive Officer                  **AND FEDERAL EPXRESS**
WOT Services, Ltd.
Itälahdenkatu 27 A
00210 Helsinki
Finland

Re:     Libel Notice per §770.01, Florida Statute

Dear Mr. Perälä:

This letter is to serve as formal notice under Florida Statute §770.01 that WOT Services, Ltd. via the www.mywot.com website has published false and defamatory statements about my clients, Ayman A. Difrawi, Career Network, Inc., MonkeyJar, Inc., Three Stars, Inc., Internetcompany, Inc., Buzzgrub, Inc. MediaLogic, Inc., and Power Applications, Inc. Although you are well aware of the false and defamatory statements on the mywot.com site via my prior emails to you, I want to formally notify you of these issues prior to filing legal action against you, your companies and various anonymous posters.

As you are aware, my clients have issues not only with the content posted by certain users, but also the way in which www.mywot.com makes the grading determinations. If the following links are not removed within the next five days, my client has instructed me to file legal action against you personally, WOT Services, Ltd., Against Intuition, Inc., Timo Ala-Kleemola, Sami Tolvahen, Esa Suurio, and various anonymous posters.

Links to forum threads that are false and defamatory and must be removed:

http://www.mywot.com/en/forum/3615-monkeyjar-ponzi-phishing
http://www.mywot.com/en/forum/5029-the-recruiter-source-therecruitersource-com-phishing-scam
http://www.mywot.com/en/forum/5023-web-development-group-webdevelopmentgroup-net-phishing-scam
http://www.mywot.com/en/forum/5017-the-media-company-media-company-net-phishing-scam
http://www.mywot.com/en/forum/5016-employment-network-employmentnetwork-org-phishing-scam
http://www.mywot.com/en/forum/2181-career-network-scam
http://www.mywot.com/en/forum/4903-get-your-contractor-jobs-phishing-scam
http://www.mywot.com/en/forum/4876-internet-project-systems-phishing-scam
http://www.mywot.com/en/forum/4875-side-by-side-tutors-phishing-scam
http://www.mywot.com/en/forum/4874-the-job-cooler-jobs-phishing-scam

Mr. Vesa Perälä
September 3, 2010
Page 2

http://www.mywot.com/en/forum/4780-internet-company-com-next-defrawi-phishing-site
http://www.mywot.com/en/forum/4718-buzzgrub-on-hotjobs
http://www.mywot.com/en/forum/4354-nextmediapartners-com-consider-this-marketing-another-defrawi-phishing-scam
http://www.mywot.com/en/forum/4332-media-logic-inc-medialogicinc-com-fka-three-stars-inc-phishing-scam
http://www.mywot.com/en/forum/2119-three-stars-orlando
http://www.mywot.com/en/forum/3690-abouius-org-scammer-s-haven
http://www.mywot.com/en/forum/3689-chris-pirillo-pyramid-phishing-cheerleader
http://www.mywot.com/en/forum/3683-job-match-now-jobmatchnow-net-phishing
http://www.mywot.com/en/forum/3554-kelly-joe-ellis
http://www.mywot.com/en/forum/3288-applicant-tree-by-three-stars-career-network-in-orlando
http://www.mywot.com/en/forum/2198-what-could-this-be
http://www.mywot.com/en/forum/2182-power-applications-powerapplications-com-orlando-fl
http://www.mywot.com/en/forum/4256-monkeyjar-affiliate-shopping-site
http://www.mywot.com/en/forum/4298-monkeyjar-affiliate-three-stars
http://www.mywot.com/en/forum/4911-complete-job-search-completejobsearch-net-phishing
http://www.mywot.com/en/forum/4338-what-media-logic-inc-is
http://www.mywot.com/en/forum/4612-misrating-thebestapplications-com
http://www.mywot.com/en/forum/4333-medialogicinc-com-media-logic-inc
http://www.mywot.com/en/forum/7445-the-supermodel-project-facebook-com-thesupermodelproject-orlando-fl-phishing-scam

**GOVERN YOURSELF ACCORDINGLY.**

Myra P. Nicholson, Esq.

**FedEx**

Home | Customer Support | FedEx Locations | Search

PackagaEnvelope | Freight | Expedited | Office/Print Services
Ship ▾ | Track ▾ | Manage ▾ | Business Solutions ▾

### Detailed Results

Quick Results    Get User    Help

Enter tracking number

| Detailed Results | Notifications |

Tracking no.: 862723861107    Select time format: 12H | 24H    E-mail notifications

**Delivered**

Initiated   Picked up   In transit   Delivered
Delivered
Signed for by: JNTKKANEN

**Shipment Dates**                          **Destination**

Ship date ⓘ  Sep 3, 2010                    HELSINKI FI
Delivery date ⓘ  Sep 6, 2010 1:34 PM       Signature Proof of Delivery ⓘ

**Shipment Facts**                                             Help

Service type    Priesty Envelope    Delivered to    Shipping/Receiving
Weight    0.1 lbs/1.1 kg

**Shipment Travel History**                                    Help

Select time zone:  Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Sep 6, 2010 1:34 PM | Delivered | HELSINKI FI | |
| Sep 6, 2010 10:20 AM | On FedEx vehicle for delivery | VANTAA FI | |
| Sep 6, 2010 8:25 AM | At Shipment release | VANTAA FI | |
| Sep 6, 2010 8:25 AM | At local FedEx facility | VANTAA FI | |
| Sep 4, 2010 11:13 PM | In transit | PARIS FR | |
| Sep 4, 2010 10:45 PM | Departed FedEx location | PARIS FR | |
| Sep 4, 2010 7:32 PM | Arrived at FedEx location | PARIS FR | |
| Sep 4, 2010 5:39 AM | In transit | MEMPHIS, TN | |
| Sep 4, 2010 4:38 AM | Departed FedEx location | MEMPHIS, TN | |
| Sep 4, 2010 4:35 AM | In transit | MEMPHIS, TN | |
| Sep 4, 2010 1:02 AM | Departed FedEx location | MEMPHIS, TN | |
| Sep 3, 2010 10:38 PM | Arrived at FedEx location | MEMPHIS, TN | |
| Sep 3, 2010 8:20 PM | Left FedEx origin facility | ORLANDO, FL | |
| Sep 3, 2010 6:02 PM | Picked up | ORLANDO, FL | |

Sign up for FedEx Billing Online Plus
to save paper, save time and enter
for a chance to win

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995- 2010 FedEx

http://www.fedex.com/Tracking                              9/15/2010