# Exhibit "A"
# (Part 2 of 7)

**EXHIBIT G**

example.com

* Check a website's reputation

Home Download Trust seal Blog Forum Community Support

Profile My posts My scorecard comments



## Board

Your message

Private Post

difrawi_defrawy

Platinum member

Member since March 2003

My activity score: 12,358 *

My ratings: 5,598 *

My posts: 4,420

SCAM BUSTER Award

* Your activity score and the number of ratings are updated daily.

Anonymous 09/29/2010 09:54:07 PM

Thank you for great work!

http://www.mywot.com/forum/2181-career-network-scam

Brandi (Rookie) 05/26/2010 10:37:13 PM

I am very new to this but you seem to be in the know about side by side tutors!

I am currently in the market for new work and i found their site....i dont know what phising (I could be wrong on the word there) I looked up their ratings but was hoping you could explain to me what makes them so untrust worthy

Show more

Friends About us Press Terms Privacy Partners Tools Choose language © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

**EXHIBIT H**

Profile My posts My scorecard comments



Home Download Trust seal Blog Forum Community Support

## Comments

[redacted]

| Time | Type | Subject | Comment |
|---|---|---|---|
| 03/26/2010 | Forum | placeholder, I think | Hmm, r[illegible] june, still a parked page. Vague, no full certainty, but my first thoughts are: a Difrawi placeholder . |
| 03/26/2010 | Forum | A list of contributions | A list of contributions on this forum, regarding the Difrawi & Bea phishing scam. It will be updated with future contributions. Please, do not reply to this particular post also. Of course you can always Post new comment. * Phantazm - Thu 11 Sep 2008 Job offer scam sites http://www.mywot.com/forum/1527-job-offer-scam-... Fri 06 Mar 2009 Three Stars Orlando http://www.mywot.com/forum/2119-three-stars-orl... Sat 14 Mar 2009 Career Network scam http://www.mywot.com/forum/2181-career-network-... Sat 14 Mar 2009 Power Applications powerapplications.com Orlando FL http://www.mywot.com/forum/2182-power-applicati... Mon 16 Mar 2009 What could this be? (buzzgrub related) http://www.mywot.com/forum/2186-what-could-this... Tue 05 May 2009 Applicant Tree by Three Stars / Career Network in Orlando http://www.mywot.com/forum/3268-applicant-tree-... |

difrawi_defrawy

Platinum member

Member since March 2009

My activity score: 12,352 *

My ratings: 5,998 *

My posts: 4,420

SCAMBUSTER AWARDS

* Your activity score and the number of ratings are updated daily.

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

**EXHIBIT H**

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | Thu 28 May 2009 Kelly Joe Ellis http://www.mywot.com/forum/3564-kelly-joe-ellis |
| | | | Wed 03 Jun 2009 Monkeyjar, ponzi phishing http://www.mywot.com/forum/3615-monkeyjar-ponzi... |
| | | | Tue 09 Jun 2009 Job Match Now jobmatchnow.net phishing http://www.mywot.com/forum/3683-job-match-now-j... |
| | | | Wed 10 Jun 2009 Chris Pirillo pyramid phishing cheerleader http://www.mywot.com/forum/3629-chris-pirillo-p... |
| | | | Wed 10 Jun 2009 Aboutus.org scammer's haven http://www.mywot.com/forum/3690-aboutus-org-sca... |
| | | | ** by Debbie D (scam PR) - Tue 01 Sep 2009 MonkeyJar affiliate shopping site http://www.mywot.com/forum/4256-monkeyjar-affi... |
| | | | ** Debbie D (scam PR) - Wed 09 Sep 2009 Monkeyjar Affiliate Three Stars http://www.mywot.com/forum/4298-monkeyjar-affi... |
| | | | Mon 14 Sep 2009 Media Logic Inc. medialogicinc.com fka Three Stars Inc phishing scam http://www.mywot.com/forum/4332-media-logic-inc... |
| | | | ** bennieg (scam troll) - Mon 14 Sep 2009 medialogicinc.com - Media Logic Inc. http://www.mywot.com/forum/4333-medialogicinc-c... |
| | | | ** Debbie D (scam PR) - Tue 15 Sep 2009 What Media Logic Inc. is http://www.mywot.com/forum/4338-what-media-logi... |
| | | | Wed 16 Sep 2009 NEXTMEDIAPARTNERS.COM Consider This Marketing, another Defrawi phishing scam http://www.mywot.com/forum/4354-nextmediapartne... |
| | | | Thu 29 Oct 2009 Buzzgrub on Hotjobs http://www.mywot.com/forum/4718-buzzgrub-on-hot... |
| | | | Tue 03 Nov 2009 Internet-Company.com next Defrawi phishing site? |

Friends About us Press Terms Privacy Partners Tools

Choose language

© WOT Services 2010

Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

**EXHIBIT H**

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | http://www.mywot.com/forum/4780-internet-compan... |
| | | | Tue 17 Nov 2009 Side by Side Tutors phishing scam http://www.mywot.com/forum/4875-side-by-side-tu... |
| | | | Tue 17 Nov 2009 Internet Project Systems phishing scam http://www.mywot.com/forum/4676-internet-projec... |
| | | | Tue 17 Nov 2009 The Meganiche phishing scam http://www.mywot.com/forum/4873-the-meganiche-p... |
| | | | Tue 17 Nov 2009 The Job Cooler Jobs phishing scam http://www.mywot.com/forum/4874-the-job-cooler-... |
| | | | Thu 19 Nov 2009 Get Your Contractor Jobs phishing scam http://www.mywot.com/forum/4903-get-your-contra... |
| | | | ** by Leo13 (maybe related) - Fri 20 Nov 2009 Complete Job Search - completejobsearch.net Phishing http://www.mywot.com/forum/4911-complete-job-se... |
| | | | Sat 05 Dec 2009 Employment Network employmentnetwork.org phishing scam http://www.mywot.com/forum/5016-employment-netw... |
| | | | Sat 05 Dec 2009 The Media Company media-company.net phishing scam http://www.mywot.com/forum/5017-the-media-compa... |
| | | | Sat 05 Dec 2009 Web Development Group webdevelopmentgroup.net phishing scam http://www.mywot.com/forum/5023-web-development... |
| | | | Mon 07 Dec 2009 The Recruiter Source therecruitersource.com phishing scam http://www.mywot.com/forum/5029-the-recruiter-s... |
| | | | Wed 20 Jan 2010 Gulf Coast Staffing phishing scam advancedjobs.net advancedjobapplication.net http://www.mywot.com/forum/5357-gulf-coast-staf... |
| | | | Fri 29 Jan 2010 Job Match Direct jobmatchdirect.com phishing scam |

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | Indeed affiliate http://www.mywot.com/forum/5433-job-match-direc... |
| | | | Fri 29 Jan 2010 The Home Room Project homeroomproject.com / Hidden Job Source hiddenjobsource.com phishing scam on Facebook http://www.mywot.com/forum/5431-the-home-room-p... |
| | | | Fri 29 Jan 2010 Million Student Project phishing scam MillionStudentProject.org MillionStudentProject.com http://www.mywot.com/forum/5432-million-student... |
| | | | Sat 30 Jan 2010 Wireless Communication Services, Inc. wirelesscommunicationservices.com wirelesscommunicationscorp.com phishing scam sms texting http://www.mywot.com/forum/5437-wireless-commun... |
| | | | Sat 30 Jan 2010 (likely a F/P) Alcoa domain fairchilddirect.com on Ditawi scam server http://www.mywot.com/forum/5440-alcoa-domain-fa... |
| | | | http://www.mywot.com/forum/5689-a2z-placement-s... Wed 03 Mar 2010 A2Z Placement placingservices.com phishing scam on Hotjobs |
| | | | http://www.mywot.com/forum/5690-the-hr-departme... Wed 03 Mar 2010 The HR Department the-hrdepartment.com phishing scam on SimplyHired/Jobamatic and Employmentguide |
| | | | http://www.mywot.com/forum/5692-mann-security-c... Wed 03 Mar 2010 Mann Security Consulting mannsecurityconsulting.com phishing scam |
| | | | http://www.mywot.com/forum/5693-best-choice-car... Wed 03 Mar Best Choice Careers bestchoicecareers.com phishing scam |
| | | | http://www.mywot.com/forum/5833-career-center-c... Wed 17 Mar 2010 Career Center Corporation careercentercorp.com phishing scam |


© WOT Services 2010

**EXHIBIT H**

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | http://www.mywot.com/forum/6431-job-nab-jobnab-...<br>Tue 15 May 2010 Job Nab Jobnab.com phishing scam on Facebook Marketplace / Oodle<br><br>http://www.mywot.com/forum/6778-job-source-plan...<br>Wed 23 Jun 2010 Job Source Planet Jobsourceplanet.com phishing scam<br><br>http://www.mywot.com/forum/7445-the-supermodel-...<br>Sun 29 Aug 2010 The Supermodel Project facebook.com/thesupermodelproject Orlando FL phishing scam<br><br>http://www.mywot.com/forum/7794-johnson-armel-c...<br>Sun 26 Sep 2010 Johnson & Armel Consulting & Staffing johnsonandarmelconsulting.com phishing scam<br><br>=====<br><br>POSSIBLY RELATED<br><br>Mon 15 Jun 2009 Defamation campaign against Web of Trust http://www.mywot.com/blog/157-defamation-campai...<br><br>Wed 12 Aug 2009 mywotinvestigation.com http://www.mywot.com/forum/4134-mywotinvestigat<br><br>Fri 08 Jan 2010 http://www.mywot.com/forum/5272-can-web-of-trus...<br><br>Sat 09 Jan 2010 WOT defamation page on facebook: www.facebook.com/mywot<br><br>http://www.mywot.com/forum/5274-wot-defamation-... |
| 09/26/2010 | Forum | Johnson and Armel Consulting & Staffing johnsonandarmelconsulting.com phishing scam | Johnson and Armel Consulting & Staffing ( johnsonandarmelconsulting.com ) is another company name to be added to the Dimwi & Bell scams list. Started out last April, now has 1500 job ads on various boards and over 200K of monthly visitors. Purportedly run by Texan gals Stefanie Armel and Ella Johnson.<br><br>I challenge any reputable investigating journalist to identify and interview these apparently very successful startup-entrepeneurs. My prediction: they cannot |

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | be found. Reason: they do not exist, they are a complete fabrication. The whole operation is run as usual from offices in Orlando, Florida.<br>——————<br>Given address:<br>5956 Sherry Lane, Suite 1000 Dallas, Texas<br>Phone: (214) 377-5101<br>——————<br>Registrant:<br>Johnson Armel Consulting<br>ATTN<br>JOHNSONANDARMELCONSULTING.CC<br>care of Network Solutions<br>PO Box 459<br>Drums, PA. US 18222<br>Domain Name:<br>JOHNSONANDARMELCONSULTING.CC<br>Administrative Contact, Technical Contact:<br>Johnson Armel Consulting<br>ATTN<br>JOHNSONANDARMELCONSULTING.CC<br>care of Network Solutions<br>PO Box 459<br>Drums, PA 18222<br>US<br>570-708-8780<br>Record expires on 23-Mar-2011.<br>Record created on 23-Mar-2010.<br>Domain servers in listed order:<br>NS1.LNHI.NET<br>NS2.LNHI.NET 65.36.150.56<br>IP Address: 204.12.106.1<br>IP Location: - United States - Hostmysite<br>I guess there are a lot more domains associated to this one, but unfortunately these days I am not able to spend enough time to dig 'm up. Everyone's help is appreciated.<br>---<br>See for an overview:<br>http://www.mywot.com/forum/5541-the-dilrawl-bal... |
| 09/29/2010 | Forum | few more | advantageousprofessions.com<br>bcjobsnow.net<br>beaconemployment.com |

Friends About us Press Terms Privacy Partners Tools

Choose language

© WOT Services 2010

## Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | brightcareeroptions.com<br>corporatepositioning.net<br>delightfulemployment.com<br>employer-backoffice.com<br>employmentdelight.com<br>fortunedemployment.com<br>maximumonlinejobs.com<br>the-careerspot.com<br>thejoboptions.com<br>trinitycorporateresources.net<br>urbanrecruiters247.com |
| 08/29/2010 | Forum | The Supermodel Project facebook.com/thesupermodelproject Orlando FL phishing scam | Why erect your own scam website when there is Facebook? Obviously Facebook does not care the slightest bit about the safety of its visitors. No TOS, no PP, no nothing becomes known about this shady "part of a multimillion dollar venture" http://www.facebook.com/thesupermodelp<br><br>See the application form:<br><br>The Supermodel Project is part of a multimillion dollar venture to create the single largest online platform for models and actors in the world. We are currently seeking select models and industry insiders that reside in the Orlando, FL area to act as a focus group for our new online services.<br><br>Our project is backed by the largest names in the industry and our executive team is a combination of top modeling industry and tech executives. We are looking for local industry talent and people wanting to get into the industry to act as an extended focus group.<br><br>If you would like to be a part of the team please complete the form below.<br><br>First Name<br>Last Name<br>Email Address<br><br>Age<br>Zip Code<br>Height<br>Weight (lbs)<br><br>You may select more than one of the following<br>I am a model/actor<br>I would like to be a model/actor<br>I would like to be a talent scout |



 © WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | I am a part of the industry in a non-talent role<br><br>I would be interested in future full-time employment with your company<br>Yes No Maybe<br><br>On Juli 19 they had 2 job ads on Snagajob.com and InternationalJobs.com, offering positions as Talent Scout and Casting Manager. Still visible in Google cache at this moment.<br><br>My educated guess: a new Alec Difrawi phishing scam. Hard to tell at this time if it will grow any bigger. It may just be intended to serve Ayman's favorite hobby: getting young girls not even half his age into his bed.<br><br>Following domain names have been registered anonymously via Network Solutions on Juli 1, 2010.<br>IP Address: 205.178.189.129 (Reverse underconstruction.networksolutions.com)<br><br>thesupermodelproject.com<br>thesupermodelproject.net<br>thesupermodelproject.org |
| 08/25/2010 | Forum | BBB reports | Exerpts of BBB reports about Difrawi & Betts "main" companies in the last five years.<br><br>http://www.bbb.org/stlouis/business-reviews/intern/...<br><br>BBB Accreditation<br><br>On December 3, 2009 the accreditation was suspended due to engaging in activities reflecting poorly on the BBB or its members. The matter will be reviewed by the BBB's Board of Directors at its next meeting.<br><br>Business Contact and Profile<br><br>Name: Three Stars Inc<br>Phone: (636) 203-4023<br>Address: 10805 Sunset Office Dr Ste 300<br>Saint Louis, MO 63127-1027<br>Website: http://www.threestarsinc.com<br><br>Original Business Start Date: January 2007 |

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | Principal: Ms. Kelly Weems, Operations Manager<br>Customer Contact: Ms. Kelly Weems, Operations Manager - (314) 754-1783<br>Incorporated: September 2007, MO<br>Additional DBA Names: Absolute Concept Corp (????)<br>Additional company management personnel include: Mr. Shau Dan - President<br><br>Additional Addresses<br>Two City Place Dr, 2nd Floor<br>Saint Louis, MO 63141<br><br>===<br><br>http://centralflorida.app.bbb.org/newsearc c...<br><br>Based on BBB files, this business has a BBB Rating of F<br><br>Name: Three Stars Media, Inc.<br>Phone: (321) 293-3236<br>Address: 1743 Park Center Drive, Orlando, FL 32835<br>Business Category: Internet Marketing Services, Internet Web Design, Job Listing & Advisory Services, Marketing Programs & Services<br>eMail: info@threestarsmedia.com<br>BBB file opened: October 07, 2008<br>Business started locally: September 2006<br>Primary Contact: Myra Nicholson (Attorney)<br>Complaint Contact: Julie Elling (Executive Legal Assistant)<br>Other Contacts:<br>Ms. Terri Beare<br>Mr. Alec Defrawi (Consultant)<br>M/M Kelly Watch Romero (Vice President)<br><br>Alternate Business Names:<br>Employment Select<br>Placement 101 Jobs<br>The Internet Company, Inc.<br>Three Stars Inc.<br><br>Additional Locations and Phone Numbers<br>1743 Park Center Drive, 4 th Floor, Orlando, FL 32835<br>6965 Piazza Grande Avenue, Orlando, FL 32835, Orange County<br>2295 S. Hiawassee Rd. #1000, Orlando, FL 32835, Orange County |

Friends About us Press Terms Privacy Partners Tools Choose language © WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | (314) 754-1793<br>(321) 293-3230<br>(646) 520-0697<br>(321) 293-3203 (FAX)<br><br>The company operates the Career Network job board under a variety of different names. (A separate report is available on Career Network.)<br><br>11 complaints - 4 resolved - 2 Company did not respond<br><br>=====<br><br>http://centralflorida.app.bbb.org/newbusc C...<br><br>Based on BBB files, this business has a BBB Rating of F<br><br>Name: Career Networks, Inc.<br>Phone: (800) 516-1764<br>Address: 6965 Plaza Grande Ave., Ste. 315, Orlando, FL 32835<br>Business Category: Job Listing & Advisory Services<br>BBB file opened: June 25, 2008<br>Business started: February 2008<br>Business started locally: February 2008<br>Primary Contact: Ms. Kelly Romero (President)<br>Other Contacts:<br>Mr. Jason Badenoch (HR Manager)<br>Mr. Ralph Bell (Mr.)<br>Mr. Alec DeFrawy<br>Ms. Jill Martin<br><br>Alternate Business Names:<br>Extend Your Careers<br>Medialogic<br>thejobpush.com<br><br>Additional Locations and Phone Numbers<br>1743 Park Center Drive, Orlando, FL 32835, Orange County<br>(321) 249-1490<br>(646) 520-0697<br><br>Complaints concern consumers applying for jobs posted by the company or being contacted by the company based on their resume posted online. According to consumers, no job exists and the company asks consumers for information that is not relevant to hiring or a job search.<br>The BBB has been unable to contact the company concerning complaint(s). We |

Friends About us Press Terms Privacy Partners Tools Choose language © WOT Services 2010

Keep in touch with us

- Like us on Facebook
- Join the professional group on Linkedin
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | have not been able to determine a valid address and/or phone number for this company.<br><br>Additional Information<br>As of August 2009 the BBB is unable to contact this company by mail. All addresses provided by the company are undeliverable according to the Post Office. The BBB does send a first notice to Keith Kress at kkress@kress-law.com but complaints still go unanswered. As of January 2010, Mr. Kress has advised he is no longer associated with Career Networks. The BBB can no longer process complaints. All future complaints will be recorded against the company as unable to contact.<br><br>72 complaints - 25 resolved - 47 unresolved (12 times Company did not respond, or The company could not be located or is out of business)<br><br>=====<br><br>http://centralflorida.app.bbb.org/newsearc C...<br><br>Based on BBB files, this business has a BBB Rating of F<br><br>Name: Internet Solutions Corporation<br>Phone: (321) 293-0685<br>Address: 2295 S. Hiawassee Rd., Ste. 311, Orlando, FL 32835<br>Business Category: Job Listing & Advisory Services<br>BBB file opened: May 15, 2006<br>Primary Contact: Keith Kress (General Counsel)<br>Complaint Contact: Keith Kress (General Counsel)<br>Other Contacts:<br>Mr. Alec Defrawi<br>Mr. Ayman A. El-Difrawi<br><br>Alternate Business Names:<br>Consumer Business Bureau<br>Instant Human Resources<br>Titan Website<br>Toospoiled.com<br>USA Voice<br>VeriResume<br><br>Additional Locations and Phone Numbers:<br>PO Box 915095, Longwood, FL 32791, Seminole County |

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | 5401 S. Kirkman Rd., Ste. 310, Orlando, FL 32819, Orange County<br><br>According to information available, the company collects personal information through the use of online job sites. Also DeFrawi is also known to the BBB from Studio 58 and Options Talent, which are no longer in operation.<br><br>13 complaints - 11 resolved<br><br>=====<br><br>http://www.dc.bbb.org/report.html?nationalry&compl...<br><br>Based on BBB files, this business has a BBB Rating of F<br><br>Name: Instant Human Resources<br>Phone: (301) 216-3814<br>Address: One Research Court Suite 450, Rockville, MD 20850<br>Business Category: Employment Agencies<br>BBB file opened: January 20, 2006<br><br>Alternate Business Names<br>Internet Solutions Corp.<br>National Human Resources<br>World Careers (Worldcareersite)<br><br>Additional Locations and Phone Number: the postal service who fwdg. address.<br>PO Box 915095, Longwood, FL 32791<br>(301) 216-3814<br>(301) 216-3824<br><br>The company provides internet based employment services, purportedly for telework positions.<br>Additional Locations and Phone Numbers<br>The BBB has been unable to contact the company concerning complaint(s). We have not been able to determine a valid address and/or phone number for this company.<br><br>2 unanswered complaints<br><br>=====<br><br>http://www.fl.bbb.org/Business-Report/TooSpoiled-1...<br><br>BBB rating: F |

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

**Keep in touch with us**

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

**What's new?**

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

**Support WOT's development**

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | Significant reasons for this rating:<br>Unanswered Complaints<br>Business type is problematic<br><br>Address:<br>700 South Flower Street, Suite 1100 #208<br>Los Angeles, CA 90017<br><br>Web Site: hxxp://www.toospoiled.com<br>Contact: Customer Service -<br>Business Start Date: N/A<br>Company ID: 100056527<br>Nature of Business: The company's business sis providing talent agency services.<br><br>Our complaint history for this company shows that the business has not responded to customer complaints brought to its attention by the Bureau.<br><br>3 unanswered complaints<br><br>=====<br><br>http://www.bbb.org/new-york-city/business-reviews/...<br><br>Based on BBB files, this business has a BBB Rating of F<br><br>Business Name:<br>Impact 210 Worldwide<br>Too Spoiled<br>TooSpoiled.com<br>Business Address: 447 Broadway, 4th Floor, New York, NY 10013<br>Original Business Start Date: 4/1/2005<br>Incorporated: 2005 in NJ<br>Principals:<br>Peter Luterek, President<br>Michael Fomkin, President<br>Phone Number: (212) 334-5325<br>Fax Number: (212) 334-2002<br>Email Address: michael@impact210.com<br>Website Address:<br>hxxp://www.impact210.com<br>hxxp://www.impact210.com<br>hxxp://www.impact-worldwide-talent.com<br>hxxp://www.impactww.com<br><br>Additional Locations & Phone Numbers<br>700 S Flower Street, Suite 1100 #200<br>Los Angeles , CA 90017<br><br>According to complaints filed with the Bureau, Impact 210 Worldwide engages in aggressive marketing in order to recruit "talent scouts". The company |

Friends About us Press Terms Privacy Partners Tools Choose language © WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | sends e-mails or makes calls to "eligible" job seekers stating that the job available has benefits and a salary of up to $78,000. Complaints report that the "job" is actually a commission sales position and many consumers do not get their paychecks. Consumers report that when they pay for talent services and services are not rendered they cannot get a refund. Reports also state that it is extremely difficult to contact the company.<br><br>23 complaints - 13 No Response - 10 Unpursuable |
| 06/24/2010 | Forum | Keith Howze, the internet company employee | Try http://www.google.com/search?q=%22The+Internet+Com...<br><br>Top result is a facebook page entitled " Stop The Internet Company Scam \| Facebook" . The page has just been removed, but at the moment it is still in cache<br>This is Google's cache of http://www.facebook.com/pages/Stop-The-Internet-Co...<br><br>. It is a snapshot of the page as it appeared on 19 Jun 2010 06:58:38 GMT.<br>http://webcache.googleusercontent.com/s q=cac...<br><br>Quoting Keith Howze: Yes, I can assure you, the jobs are real. (I work there as well. (means the internet company)) Some companies charge a fee to use their site. We put ads on the job applications so that we don't have to charge job applicants or employers to use our site. I know first hand how hard it is out there...don't give up!<br>April 1 at 8:58am<br><br>Overview @ http://www.mywot.com/forum/5541-the-difrawi-bel... |
| 06/23/2010 | Forum | Job Source Planet Jobsourceplanet.com phishing scam | Job Source Planet Jobsourceplanet.com is another name for the same old deceptive leads-generation scam The Internet Company aka Career Network by Orlando FL crooks Difrawi and Bell. Seems like they just started this one, it isn't even in Google yet. On the site's |

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | TOS page it says it is owned by Power Applications, Inc. Powerapplications.com is a career-network.com clone. On the About page however it says the company was founded by some unmentioned Brazilian and was taken over by his nephew, one Fabier Oliveira Sobrinho. Mr Sobrinho is completely-untraceable-on-the-web and no doubt purely fictional.<br><br>At the moment they have 12 ads on Yahoo Hotjobs http://hotjobs.yahoo.com/careers-797565-Job_Source...<br><br>Given address;<br>Job Source Planet<br>15751 Sheridan St., Ste. 100<br>Ft. Lauderdale FL 33331<br>+1 800 559 6580 |
| 08/23/2010 | Forum | latest | abcemploymentjobs.com<br>amazing-jobs.com<br>astonishingcareers.com<br>careercabin.com<br>careercapabilities.net<br>careercentercorpjobs.com<br>careerspecialistjobs.com<br>cooperativeemployment.com<br>employmentbell.com<br>employmentrace.com<br>employmentselectjobs.net<br>enviouscareer.com<br>getbacktoworkjobs.com<br>globalcareerchoice.com<br>innovativerecruiter.com<br>jobsourceplanet.com<br>jobachievement.com<br>kitchentablerecruiterjobs.com<br>myjobmarkets.com<br>mypotentialcareer.com<br>nextmediapartnerscareers.com<br>numerouscareers.com<br>numerousjobs.net<br>professionpost.com<br>qualifiedcareers.com<br>righteffectcareers.com<br>selectiverecruitingsolution.com<br>showcaseemployment.com<br>thecareerjobspot.com<br>thejob-spot.com<br>trueresponsecareers.com<br>workingenvironment.net |

Friends About us Press Terms Privacy Partners Tools Choose language © WOT Services 2010

## Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| 05/18/2010 | Forum | Job Nab Jobnab.com phishing scam on Facebook Marketplace / Oodle | JobNab.com is part of the Internet Company in Orlando FL. Job Nab is recruiting "job scouts" nationwide to supply Facebook Marketplace / Oodle and other boards with the usual Difrawi & Bell crap to get desperate job seeker's personal information. Also as usual hardly anybody will get paid for their work. Major traffic is generated via http://www.facebook.com/JobNab?v=app_110456256512...<br><br>and job board Oodle.<br><br>Jobnab.com on IP 64.45.62.33 was already rated. There are now 49 domains hosted on this IP address. I found 42 of the new ones myself, need assistance for the remaining. Strange, they were created in March, but only a few show up in robtex.<br><br>Category: phishing and other scams<br><br>apply-here-now.com<br>apply-here-now.net<br>apply-herenow.com<br>apply-herenow.net<br>applyhere-now.com<br>applyhere-now.net<br>apply-right-now.com<br>apply-right-now.net<br>apply-rightnow.com<br>apply-rightnow.net<br>applyright-now.com<br>applyright-now.net<br>click-here-to-apply.com<br>click-here-to-apply.net<br>click-here-toapply.com<br>click-here-toapply.net<br>click-heretoapply.com<br>click-heretoapply.net<br>click-to-apply-now.com<br>click-to-apply-now.net<br>click-to-apply.com<br>click-to-apply.net<br>click-to-applynow.com<br>click-to-applynow.net<br>click-toapply.com<br>click-toapply.net<br>click-toapplynow.com<br>click-toapplynow.net<br>clickhere-toapply.com<br>clickhere-toapply.net<br>clickhereto-apply.com<br>clickhereto-apply.net<br>clickheretoapply.net<br>clickto-apply.com |

Friends About us Press Terms Privacy Partners Tools

Choose language

© WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | clicko-apply.net<br>clicktoapply-now.com<br>clicktoapply-now.net<br>clicktoapply.net<br>clicktoapplynow.com<br>clicktoapplynow.net<br>clicktoapplyrightnow.com<br>clicktoapplyrightnow.net<br>________<br>See also<br>http://www.mywot.com/forum/5541-the-dfraw4-bet... |
| 05/18/2010 | Forum | couple of new ones popped up | internetcompanycareers.com<br>abcemploymentservicesjobs.com<br>advance-yourcareer.com<br>advance-yourjob.com<br>advanced-jobbank.com<br>affinitymediapartners.com<br>affinitymedia-partnersnow.com<br>affinity-mediapartnersnow.com<br>affinity-media-partnersnow.com<br>affinity-media-partners-now.com<br>affinitymedia.jobamatic.com<br>alternativecareerchoice.com<br>available-jobsonline.com<br>availableposition.net<br>careerfancy.com<br>cooperativecareers.com<br>coordinatedemployment.com<br>corporatecultures.net<br>cashforcareers.com<br>dashingcareers.com<br>employmentselectjobs.net<br>employmentstaffingnow.com<br>fasttopcareers.com<br>focusedjobs.net<br>getstartedjobs.com<br>immensecareers.com<br>jobmarketcentral.com<br>jobresourcecenters.com<br>myadvanced-jobbank.com<br>nationalstaffingjobs.net<br>newjobspot.com<br>oasisjobs.com<br>selectiverecruitingsolutionjobs.com<br>sidebysideemployment.com<br>sparklingemployment.com<br>thesimplejobsolutions.com<br>the-career-exchange.com<br>todayscareermarket.com<br>variousvocations.com<br>yournextprofession.com |

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

**Keep in touch with us**

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

**What's new?**

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

**Support WOT's development**

Your generous contribution is appreciated by WOT's add-on developers:

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| 03/17/2010 | Forum | My guess is it serves as a | My guess is it serves as a front for recruiting in-house personnel.<br><br>http://www.mywot.com/forum/5541-the-difrawi-bel... |
| 03/17/2010 | Forum | Career Center Corporation careercentercorp.com phishing scam | Career Center Corporation careercentercorp.com (already rated) is another site run by phishers Difrawi & Bell, I'm quite certain.<br><br>http://orlando.craigslist.org/ofc/1625821#(<br><br>[quote]<br>The Internet Company (Metro West)<br>Date: 2010-03-02, 6:35PM EST<br>Reply to: see below<br>More Entertainment.<br>Featuring The Internet Company or Three Stars Media<br>Starring Channel 9 Action News:<br>http://www.youtube.com/watch?v=4RN-MY9EUE&feature...<br>See – The Internet Company internet-company.com, WFTV reporting complaints about Difrawi company (Find this one under "More from Friendsdates) and WFTV: Ralph Edward Bell and Alec Defrawy aka Ayman Difrawi Fraud-<br>These are public information but this nasty company will try to keep hiding the truth.<br>Craigslist should allow warnings to be posted. By constant warnings posted, The Internet Company will see that they will always be exposed.<br>Also – BEWARE of "Career Center Corp."<br>[/quote]<br><br>http://careercentercorp.com<br><br>5005 Rockside Road, Ste. 602, Cleveland, Ohio 44131, +1.2162019675<br><br>One Bruce Jetts is listed as the owner. Miraculously it is impossible to find a trace of him on the internet, even though on the site he is said to be running this internet based company for a long time.<br>Also Googling for url, company name, address, phone, gives results that in no way match the site's content.<br>Quote "The Career Center Corporation has grown tremendously in the last ten years, starting out with only one |

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

## Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

## What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | employee. Today, our staff has over one-hundred people and clients in every state." A pack of lies, a bogus company. But they have a page on Careerbuilder. http://www.careerbuilder.com/Jobs/Comp and few weeks ago they had three job ads, now expired http://www.jobisjob.com/career+center+c-off... Currently no ads. |
| 03/15/2010 | Forum | Click Apply, and you'll get | Click Apply, and you'll get a form with " Please send me status updates on my application via email, phone or text (recommended)". Google that. If you apply with some bogus info, it ultimately leads you to mamasecurityconsultingjobs.com, a Career Network site. http://www.mywot.com/forum/5541-the-dirawi-bel... |
| 03/14/2010 | Forum | Thread navigation also at top of page | With many-paged threads addicts like me it would be much more user friendly, wouldn't it. Thank you WOT for rewarding my plea. |
| 03/14/2010 | Forum | and a few more to | and a few more to rate careerdazzle.com fastpacejobs.com giftedemployment.com careercentercorp.com http://www.mywot.com/forum/5541-the-dirawi-bel... |
| 03/14/2010 | Forum | Military Advantage, Inc. vs Three Stars, Inc. | Monster subsidiary Military Advantage, Inc. has filed a lawsuit for Trademark Infringement against Career Network parent company Three Stars, Inc. (aka the Internet Company). http://dockets.justia.com/docket/court-nysdce/case... Overview: http://www.mywot.com/forum/5541-the-dirawi-bel... |

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

### Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| 03/14/2010 | Forum | my 2 cents | Gentlemen, please don't take this too far.<br><br>After exploring and checking reputations of quite a few linked sites I found beammachine.net content is safe enough and deserves to be rated green.<br><br>If any of you find a bad apple, please do report it. |
| 03/05/2010 | Forum | No need for it here, pretty | No need for it here, pretty useless service imho, But if it would lead to a significant increase of noobs using WOT, it's fine with me. |
| 03/03/2010 | Forum | Best Choice Careers bestchoicecareers.com phishing scam | bestchoicecareers.com is rated red<br><br>Recently deleted from examiner.com, currently still in cache. http://209.85.229.132/search?q=cache:Xkqid..bnc.lU:...<br><br><br>Job hunters beware: resume sites become prey for scams.<br>John Swiderski - Computers Examiner<br>Posted: 01/29/2010 8:32 PM<br>More Gadgets & Tech >><br><< Prev \| Next >><br>A lot of people are hunting for work these days, and the internet is an indispensable tool for finding and applying for many jobs. Recently I was helping a few of my friends look for work using a few of the most popular job searching portals and a few shall we say less scrupulous sites. Surely I felt safe visiting places like Jobs.com, Theladders.com and hotjobs.com so I tried those first. Things went well as I navigated the many hundreds of openings. I imported one of my friends resume, reformatted it a bit and applied for 4 different positions that matched his criteria. For some reason I expected results in a few days, but not getting any I went ahead and tried some of the other job sites that come up in searches. bestchoicecareers.com was particularly annoying. The site was easy to use but when I came to the end of posting the resume, it asked me if I was interested in furthering my education. A feature I have now since spotted on several sites. Certain my friend would be interested if it meant obtaining a great job I clicked yes. Within 15 minutes he had received over 10 calls to his cell |

Friends About us Press Terms Privacy Partners Tools Choose language © WOT Services 2010

## Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | phone from several "Institutes" and "internet colleges" requesting more information. Despite his efforts, the calls kept coming for nearly 2 weeks. |

1 2 3 > >>

Friends About us Press Terms Privacy Partners Tools

Choose language ©WOT Services 2010

## Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

**EXHIBIT I**

My WOT [redacted]

example.com

* Check a website's reputation

# Forum

Home Download Trust seal Blog Forum Community Support

Comments on websites Internet-Company.com next Defrawi phishing site?



difrawi_defrawy (Platinum) on Tue 03 Nov 2009 05:59:55 PM UTC

Internet-Company.com next Defrawi phishing site?

A while ago it seemed that threestarsinc.com was going to be replaced by medialogicinc.com (see http://www.mywot.com/forum/4332-media-logic-inc... ). It looks like this may only have been an act of distraction, They have a new site Internet-Company.com up now, and Internet Company inc may be the one to replace Three Stars.

Internet-Company.com is hosted on a dedicated server, IP 130.94.30.81
Record created on 23-Sep-2009
Registrant Search: "Internet Company" owns about 42 other domains

Rate Red: phishing and other scams

*http://www.mywot.com/en/forum/5541-the-difrawi-bell-phishing-scam-referral-thread*

Comments:



difrawi_defrawy (Platinum) on Tue 03 Nov 2009 08:52:49 PM UTC

Internet-Company.net as well

Internet-Company.net was registered the same day. Rated and commented.

---

WOT this is all about - backgrounds:
http://threestarswatch.blogspot.com/

http://www.siteadvisor.com/sites/internetsolutionsc...
http://www.youtube.com/user/friendsofafec

Friends About us Press Terms Privacy Partners Tools Choose language © WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.

Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

reply



difrawi_defrawy (Platinum) on Sun 24 Jan 2010 05:06:56 PM UTC

**WFTV Action 9 Todd Ulrich on the case again**

New report by the impeccable investigating journalist Todd Ulrich, who did several reports on the Alec Difrawi / Ralph Edward Ball scams before.

Watch http://www.wftv.com/video/22318192/index.html

Apparently the mob knew about the report's content in advance, considering the attempts to defame this brave woman http://www.zipreality.com/agent/mashraf

See http://www.complaintsboard.com/complaints/scam-ide.... and http://www.ripoffreport.com/realtors/melanie-ashra...

reply



CDA230 (Gold) on Sun 24 Jan 2010 06:44:57 PM UTC

**Is this not the same pattern**

Is this not the same pattern they used against Esa Sourio? Ripoffreport and Complaintsboard I remember, this will only be the start I think.

They are stupid, saying "Career Network is aware that Melanie Ashraf filed a complaint with the Better Business Bureau against our company". How? Why are you Googling her? Those dates are even before the WFTV report I think.

If WOT members are also on Ripoffreport and Complaintsboard then perhaps they can help fight this libel?

reply



difrawi_defrawy (Platinum) on Mon 25 Jan 2010 12:25:50 AM UTC

**Yep**

According to Melanie this happened, and I believe she's telling the truth: "So I told The Internet Co that I was filing with the BBB and then I got a call from The Internet Co and was told to google my name and I discovered this false slander about me posted here. A guy on the phone from The Internet Co told me I'd have to live with it for the rest of my life and I was devastated." The scumbags. Same pattern they used against Esa Sourio? Exactly.

reply

Melaniercee29 (Rookie) on Mon 25 Jan 2010 09:01:20 PM UTC

**Hello**

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

Who is Esa Suurio? If she/he was hurt by slander I would like to talk....

reply

CDA230 (Gold) on Mon 25 Jan 2010 11:37:35 PM UTC

Esa Suurio is the founder of

Esa Suurio was the CEO of WOT, but also other people who work for WOT have been attacked personally.

reply

g7w (Platinum) on Sun 24 Jan 2010 11:55:33 PM UTC

complaintsboard

I logged in and made a short reply.

Everything on ripOffReport is duplicate postings as found on complaintsBoard.
RipOffReport want PII which I will not give to an online forum; beside, there have been reports that RipOffReport takes sides with the highest bidder - I found that info out several months ago from some Googling, which is why I will not create an account there...

reply

defrawi_defrawy (Platinum) on Mon 25 Jan 2010 12:28:39 AM UTC

:)

Good one, David!

Btw, most of the negative information about Ripoffreport is spread by exposed scammers.

reply

g7w (Platinum) on Mon 25 Jan 2010 01:36:41 AM UTC

re: ROR

Here's a quick example of what I was referring to, though I'm not in the mood to look deeper. I'm sure when toes get stepped on, they want to kick back. WOT has already experienced this a few times, from "stepping on toes."

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

## Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter
Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

SEOmoz - The Anatomy of a RipOff Report Lawsuit

*January 21st, 2009*

reply



CDA230 (Gold) on Mon 25 Jan 2010 07:53:03 AM UTC

**Duplicates?**

Duplicates? Perhaps!

http://docs.justia.com/cases/federal/district-cour...

reply



Melanierose29 (Rookie) on Mon 25 Jan 2010 08:57:40 PM UTC

**The Internet Co aka Careernetwork**

Hello - I was the one on the news and this guy Alec Defrawi is bad news. Not only have I been slandered on complaintsboard.com but I found this morning that my yahoo email had been hacked and the password changed....I was able to retrieve it by having yahoo text me a code. I just cant believe what this guy has gotten away with and I've been looking into what can be done to right the wrongs he's done.

reply



CDA230 (Gold) on Mon 25 Jan 2010 10:54:27 PM UTC

**Hey Melanie, we all**

Hey Melanie, we all appreciate the the stand you are taking. Stay strong!

This sounds like RICO

. Time to call the cops as well as your lawyer!

reply

defrawi_defrawy (Platinum) on Mon 25 Jan 2010 03:21:48 AM UTC



**Keep in touch with us**

- Like us on Facebook
- Join the professional group on Linkedin
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

**What's new?**

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

**Support WOT's development**

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

re:

I know the ongoing discussions and I have a few critical thoughts about ROR's MO myself, but in general I agree to the massive excellent WOT rating. Let's not make this a thread about ROR, please.

reply



CDA230 (Gold) on Mon 25 Jan 2010 07:58:41 AM UTC

What we are seeing is

What we are seeing is scammers abusing those things that are used against them. This is an act of revenge on both Melanie Ashraf and Ripoffreport and Complaintsboard, they carry hundreds of complaints about "Career Network" and the other names between them.

reply



CDA230 (Gold) on Mon 25 Jan 2010 10:38:41 PM UTC

kress-law.com

Some research shows that the President of Three Stars is Keith Kress, Florida attorney. His website is kress-law.com. Anyone care to rate?

reply



g7w (Platinum) on Tue 26 Jan 2010 01:30:47 AM UTC

re: kress-law.com

Confirmed re:
http://threestarsinc.com/teams/corpTeams.cfm?ocpt=1

Keith K. "hot rockin legal dude:
*he now serves as our CEO and General Counsel*

whois: kress-law.com
Created: 2008-04-14
Registrant info hides behind privacy protection
    Registrant: Kress Law
    ATTN: KRESS-LAW.COM
    c/o Network Solutions
    P.O. Box 459
    Drums, PA. 18222

Wonder why a legit attorney has to hide identity ...
He's a cheap lawyer too, his domain sits on a shared IP

Rated and commented

Friends About us Press Terms Privacy Partners Tools

Choose language

© WOT Services 2010

Keep in touch with us

- Like us on Facebook
- Join the professional group on Linkedin
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

reply

## Post new comment

Your name: [redacted]

Subject:

Comment: *

Cancel

Preview Submit

Allowed HTML tags: <a> <em> <strong> <cite> <code> <ul> <ol> <li> <dl> <dt> <dd> <img> <red> <green> <yellow>

Lines and paragraphs break automatically.

Web page addresses and e-mail addresses turn into links automatically.

More information about formatting options

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

### Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

**EXHIBIT I**

My WOT [redacted]

example.com

Check a website's reputation

# Forum

Home Download Trust seal Blog Forum Community Support

Comments on websites The Difrawi & Bell phishing scam referral thread



difrawi_defrawy (Platinum) on Tue 09 Feb 2010 05:47:12 PM UTC

## The Difrawi & Bell phishing scam referral thread

Ayman Ahmed el Difrawi (Alec Difrawi/Defrawi/Defrawy) & Ralph Edward Bell are long time partners in crime http://www.google.com/search?q=difrawi+%26+bell

. After Difrawi finished working with Lou Pearlman on modeling scam Wilhelmina Scouting Network aka Trans Continental Talent aka Fashion Rock aka Talent Rock in 2004, they teamed up again to start this new line of phishing scams. Modus Operandi: by purporting to offer career opportunities (that exist only remotely or not at all) they lure job seekers into providing their personal information.

First years the Difrawi & Bell operation targeted mainly wannabe models, musicians, dancers and writers, combining their deceptive leads generation with consumer- & franchise scams for fees. At that time most leads were raked in with hit & run spamruns by various completely non-existing "companies".

Later they broadened the target area to job seekers in general, and the scam evolved into offering most of their bogus services for free, only to obtain and sell the victims personal information. By spreading their mass-mailings over hundreds of fake company names and a high number of mail servers they manage to stay under the spam radar.

Since Internet Solutions Corporation (2007) their "main" company names were actually incorporated, most of them in Delaware. However, there is only one entity (whatever given names or addresses), located in the Orlando FL Metro West area.

Just google following domain names to gain some insight in the scam's history from 2005 till 2008. Next post will contain a list of my contributions regarding their more recent activities.

americantalentawards.com - scoutwebsite.com - talentimages.com - imagestalent.com - coastalmanagementweb.com - greymarketingteam.com - [illegible]group.com - corbinwatson.com - palmercareersonline.com - bluestarcareers.com - [illegible]cosmetics.com - secureapplication100.com - americanbusinesswebsite.com - applications.bz - employmentwire.com - searchformybusiness.com - futurevisionadvertising.com - [illegible]partners.net - cslcareersite.com - talentindustrywatch.com - [illegible]resources.net - askamerica.org - ask-america.net - goodgradesnow.com - adminsolutionsgroup.net - [illegible]careers.com - [illegible]search.com - [illegible]web.com - amateurpoker[illegible].com - wpiclub.com - usavoice.org - worldvoicenews.com - worldvoicereport.com - scout2007.net - instanthumanresources.com - ourclassifieds.org - promogroup.org - nationalhumanresources.com - impactww.com - [illegible].com - [illegible].com - consumer-business-bureau.com - cbbureau.com - cbbsite.org - [illegible].org - internetsolutionscorp.com

Useful sources of information:

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

http://www.google.com/search?q=site%3Ascamfraudale...

http://threatstreamwatch.blogspot.com/

http://www.siteadvisor.com/sites/internetsolutions...

http://www.youtube.com/user/friendsofaloc

http://wikileaks.org/leak/ayman-difrawi.html

Please, do not reply to this particular post. Plenty of opportunity in this thread below. Thanks.

*http://www.mywot.com/en/forum/5541-the-difrawi-bell-phishing-scam-referral-thread*

## Comments:



difrawi_defamey (Platinum) on Sun 26 Sep 2010 10:26:33 AM UTC

A list of contributions

A list of contributions on this forum, regarding the Difrawi & Bell phishing scam. It will be updated with future contributions. Please, do not reply to this particular post also. Of course you can always Post new comment.

* Phantom - Thu 11 Sep 2008 Job offer scam sites http://www.mywot.com/forum/1527-job-offer-scam-...

Fri 06 Mar 2009 Three Stars Orlando http://www.mywot.com/forum/2115-three-stars-orl...

Sat 14 Mar 2009 Career Network scam http://www.mywot.com/forum/2181-career-network-...

Sat 14 Mar 2009 Power Applications powerapplications.com Orlando FL http://www.mywot.com/forum/2162-power-applicati...

Mon 16 Mar 2009 What could this be? (buzzgrub related) http://www.mywot.com/forum/2196-what-could-this...

Tue 05 May 2009 Applicant Tree by Three Stars / Career Network in Orlando http://www.mywot.com/forum/3288-applicant-tree-...

Thu 28 May 2009 Kelly Joe Ellis http://www.mywot.com/forum/3554-kelly-joe-ellis

Wed 03 Jun 2009 Monkeyjar, ponzi phishing http://www.mywot.com/forum/3615-monkeyjar-ponzi...

Tue 09 Jun 2009 Job Match Now jobmatchnow.net phishing http://www.mywot.com/forum/3583-job-match-now-j...

Wed 10 Jun 2009 Chris Pirillo pyramid phishing cheerleader http://www.mywot.com/forum/3628-chris-pirillo-p...

Wed 10 Jun 2009 Aboutus.org scammer's haven http://www.mywot.com/forum/3690-aboutus-org-sca...

** by Debbie D (scam PR) - Tue 01 Sep 2009 MonkeyJar affiliate shopping site http://www.mywot.com/forum/4256-monkeyjar-affil...

** Debbie D (scam PR) - Wed 09 Sep 2009 Monkeyjar Affiliate Three Stars http://www.mywot.com/forum/4298-monkeyjar-affil...

Friends About us Press Terms Privacy Partners Tools Choose language

© WOT Services 2010

Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on YouTube
- Grab screenshots from Flickr

What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

Mon 14 Sep 2009 Media Logic Inc. medialogicinc.com like Three Stars Inc phishing scam http://www.mywot.com/forum/4332-media-logic-inc...

** barrdog (scam troll) - Mon 14 Sep 2009 medialogicinc.com - Media Logic Inc. http://www.mywot.com/forum/4333-medialogicinc-c...

** Debbie D (scam PR) - Tue 15 Sep 2009 What Media Logic Inc. is http://www.mywot.com/forum/4336-what-media-logi...

Wed 16 Sep 2009 NEXTMEDIAPARTNERS.COM Consider This Marketing, another Defrawi phishing scam http://www.mywot.com/forum/4354-nextmediapartne...

Thu 29 Oct 2009 Buzzgrub on Hotjobs http://www.mywot.com/forum/4718-buzzgrub-on-hot...

Tue 03 Nov 2009 Internet-Company.com next Defrawi phishing site? http://www.mywot.com/forum/4780-internet-compan...

Tue 17 Nov 2009 Side by Side Tutors phishing scam http://www.mywot.com/forum/4875-side-by-side-tu...

Tue 17 Nov 2009 Internet Project Systems phishing scam http://www.mywot.com/forum/4876-internet-projec...

Tue 17 Nov 2009 The Meganiche phishing scam http://www.mywot.com/forum/4873-the-meganiche-p...

Tue 17 Nov 2009 The Job Cooler Jobs phishing scam http://www.mywot.com/forum/4874-the-job-cooler-...

Thu 19 Nov 2009 Get Your Contractor Jobs phishing scam http://www.mywot.com/forum/4903-get-your-contra...

** by Leo13 (maybe related) - Fri 20 Nov 2009 Complete Job Search - completejobsearch.net Phishing http://www.mywot.com/forum/4911-complete-job-se...

Sat 05 Dec 2009 Employment Network employmentnetwork.org phishing scam http://www.mywot.com/forum/5016-employment-netw...

Sat 05 Dec 2009 The Media Company media-company.net phishing scam http://www.mywot.com/forum/5017-the-media-compa...

Sat 05 Dec 2009 Web Development Group webdevelopmentgroup.net phishing scam http://www.mywot.com/forum/5023-web-development...

Mon 07 Dec 2009 The Recruiter Source therecruitersource.com phishing scam http://www.mywot.com/forum/5029-the-recruiter-s...

Wed 20 Jan 2010 Gulf Coast Staffing phishing scam advancedjobs.net advancedjobsapplication.net http://www.mywot.com/forum/5357-gulf-coast-staf...

Fri 29 Jan 2010 Job Match Direct jobmatchdirect.com phishing scam Indeed affiliate http://www.mywot.com/forum/5433-job-match-direc...

Fri 29 Jan 2010 The Home Room Project homeroomproject.com / Hidden Job Source hiddenjobsource.com phishing scam on Facebook http://www.mywot.com/forum/5431-the-home-room-p...

Fri 29 Jan 2010 Million Student Project phishing scam MillionStudentProject.org MillionStudentProject.com http://www.mywot.com/forum/5432-million-student...

Sat 30 Jan 2010 Wireless Communication Services, Inc. wirelesscommunicationservices.com wirelesscommunicationscorp.com phishing scam sms texting http://www.mywot.com/forum/5437-wireless-commun...

Sat 30 Jan 2010 (likely a F/P) Alcoa domain fairchilddirect.com on Difrawi scam server http://www.mywot.com/forum/5440-alcoa-domain-fa...

http://www.mywot.com/forum/5689-a2z-placement-p...
Wed 03 Mar 2010 A2Z Placement placingservices.com phishing scam on Hotjobs

http://www.mywot.com/forum/5690-the-hr-departme...
Wed 03 Mar 2010 The HR Department the-hrdepartment.com phishing scam on SimplyHired/Jobsmatic and Employmentguide

http://www.mywot.com/forum/5692-mann-security-c...
Wed 03 Mar 2010 Mann Security Consulting mannsecurityconsulting.com phishing scam

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

http://www.mywot.com/forum/5593-best-choice-car...
Wed 03 Mar Best Choice Careers bestchoicecareers.com phishing scam

http://www.mywot.com/forum/5833-career-center-c...
Wed 17 Mar 2010 Career Center Corporation careercentercorp.com phishing scam

http://www.mywot.com/forum/6431-job-nab-jobnab-...
Tue 18 May 2010 Job Nab Jobnab.com phishing scam on Facebook Marketplace / Oodle

http://www.mywot.com/forum/6779-job-source-plan...
Wed 23 Jun 2010 Job Source Planet Jobsourceplanet.com phishing scam

http://www.mywot.com/forum/7445-the-supermodel-...
Sun 28 Aug 2010 The Supermodel Project facebook.com/thesupermodelproject Orlando FL phishing scam

http://www.mywot.com/forum/7794-johnson-armel-c...
Sun 26 Sep 2010 Johnson & Armel Consulting & Staffing johnsonandarmelconsulting.com phishing scam

---

POSSIBLY RELATED

Mon 15 Jun 2009 Defamation campaign against Web of Trust http://www.mywot.com/blog/157-defamation-campai...

Wed 12 Aug 2009 mywotinvestigation.com http://www.mywot.com/forum/4134-mywotinvestigat...

Fri 08 Jan 2010 http://www.mywot.com/forum/5272-can-web-of-trus...

Sat 09 Jan 2010 WOT defamation page on facebook: www.facebook.com/mywot

http://www.mywot.com/forum/5274-wot-defamation-...

http://www.mywot.com/en/forum/5541-the-difrawi-bell-phishing-scam-referral-thread

reply



difrawi_delrawy (Platinum) on Fri 25 Jun 2010 09:34:35 AM UTC

BBB reports

Exerpts of BBB reports about Difrawi & Bell's "main" companies in the last five years.

http://www.bbb.org/stlouis/business-reviews/intern...

BBB Accreditation

On December 3, 2009 the accreditation was suspended due to engaging in activities reflecting poorly on the BBB or its members. The matter will be reviewed by the BBB's Board of Directors at its next meeting.

Business Contact and Profile

Name: Three Stars Inc
Phone: (636) 203-4023
Address: 10805 Sunset Office Dr Ste 300
Saint Louis, MO 63127-1027
Website: http://www.threestarsinc.com

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

## Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter
Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

Original Business Start Date: January 2007
Principal: Ms. Kelly Weems, Operations Manager
Customer Contact: Ms. Kelly Weems, Operations Manager - (314) 754-1793
Incorporated: September 2007, MO
Additional DBA Names: Absolute Concept Corp (????)
Additional company management personnel include: Mr. Shau Darr - President

Additional Addresses
Two City Place Dr, 2nd Floor
Saint Louis, MO 63141

---

http://centralflorida.app.bbb.org/newsearch2.asp?C...

Based on BBB files, this business has a BBB Rating of F

Name: Three Stars Media, Inc.
Phone: (321) 293-3236
Address: 1743 Park Center Drive, Orlando, FL 32835
Business Category: Internet Marketing Services, Internet Web Design, Job Listing & Advisory Services, Marketing Programs & Services
eMail: info@threestarsmedia.com
BBB file opened: October 07, 2008
Business started locally: September 2008
Primary Contact: Myra Nicholson (Attorney)
Complaint Contact: Julie Elling (Exective Legal Assistant)
Other Contacts:
Ms. Terri Bears
Mr. Alec Difrawi (Consultant)
MM Kelly Welch Romero (Vice President)

Alternate Business Names:
Employment Select
Placement 101 Jobs
The Internet Company, Inc.
Three Stars Inc.

Additional Locations and Phone Numbers
1743 Park Center Drive, 4 th Floor, Orlando, FL 32835
6965 Piazza Grande Avenue, Orlando, FL 32835, Orange County
2295 S. Hiawassee Rd. #1000, Orlando, FL 32835, Orange County
(314) 754-1793
(321) 293-3230
(646) 320-0697
(321) 293-3203 (FAX)

The company operates the Career Network job board under a variety of different names. (A separate report is available on Career Network.)

11 complaints - 4 resolved - 2 Company did not respond

---

http://centralflorida.app.bbb.org/newsearch2.asp?C...

Based on BBB files, this business has a BBB Rating of F

Friends About us Press Terms Privacy Partners Tools Choose language © WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

**EXHIBIT I**

Name: Career Networks, Inc.
Phone: (800) 516-1784
Address: 5896 Plaza Grande Ave., Ste. 315, Orlando, FL 32835
Business Category: Job Listing & Advisory Services
BBB file opened: June 25, 2008
Business started: February 2009
Business started locally: February 2009
Primary Contact: Ms. Kelly Romero (President)
Other Contacts:
Mr. Jason Badenoch (HR Manager)
Mr. Ralph Bell (Mr.)
Mr. Alec DeFrawy
Ms. Jill Martin

Alternate Business Names:
Extend Your Careers
Medialogic
thejobpush.com

Additional Locations and Phone Numbers
1743 Park Center Drive, Orlando, FL 32835, Orange County
(321) 249-1490
(646) 520-0697

Complaints concern consumers applying for jobs posted by the company or being contacted by the company based on their resume posted online. According to consumers, no job exists and the company asks consumers for information that is not relevant to hiring or a job search. The BBB has been unable to contact the company concerning complaint(s). We have not been able to determine a valid address and/or phone number for this company.

Additional Information
As of August 2009 the BBB is unable to contact this company by mail. All addresses provided by the company are undeliverable according to the Post Office. The BBB does send a first notice to Keith Kress at kkress@kress-law.com but complaints still go unanswered. As of January 2010, Mr. Kress has advised he is no longer associated with Career Networks. The BBB can no longer process complaints. All future complaints will be recorded against the company as unable to contact.

72 complaints - 25 resolved - 47 unresolved (12 times Company did not respond, or The company could not be located or is out of business)

====

http://centralflorida.app.bbb.org/newsearch2.asp?C...

Based on BBB files, this business has a BBB Rating of F

Name: Internet Solutions Corporation
Phone: (321) 293-0625
Address: 2295 S. Hiawassee Rd., Ste. 311, Orlando, FL 32835
Business Category: Job Listing & Advisory Services
BBB file opened: May 15, 2006
Primary Contact: Keith Kress (General Counsel)
Complaint Contact: Keith Kress (General Counsel)
Other Contacts:
Mr. Alec Difrawi
Mr. Ayman A. El-Difrawi

Alternate Business Names:
Consumer Business Bureau
Instant Human Resources
Titan Website

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

## Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

TooSpoiled.com
USA Voice
VeriResume

Additional Locations and Phone Numbers
PO Box 915096, Longwood, FL 32791, Seminole County
5401 S. Kirkman Rd., Ste. 310, Orlando, FL 32819, Orange County

According to information available, the company collects personal information through the use of online job sites. Alec DeFrawi is also known to the BBB from Studio 58 and Options Talent, which are no longer in operation.

13 complaints - 11 resolved

=====

http://www.dc.bbb.org/report.html?national=y&compl...

Based on BBB files, this business has a BBB Rating of F

Name: Instant Human Resources
Phone: (301) 216-3814
Address: One Research Court Suite 450, Rockville, MD 20850
Business Category: Employment Agencies
BBB file opened: January 20, 2006

Alternate Business Names
Internet Solutions Corp.
National Human Resources
World Careers (Worldcareersite)

Additional Locations and Phone Number:
the postal service who fwdg. address., PO Box 915096, Longwood, FL 32791
(301) 216-3814
(301) 218-3824

The company provides internet based employment services, purportedly for telework positions.
Additional Locations and Phone Numbers
The BBB has been unable to contact the company concerning complaint(s). We have not been able to determine a valid address and/or phone number for this company.

2 unanswered complaints

====

http://www.la.bbb.org/Business-Report/TooSpoiled-1...

BBB rating: F

Significant reasons for this rating:
Unanswered Complaints
Business type is problematic

Address:
700 South Flower Street, Suite 1100 #208
Los Angeles, CA 90017

Friends About us Press Terms Privacy Partners Tools Choose language © WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

Web Site: http://www.toospoiled.com
Contact: Customer Service -
Business Start Date: N/A
Company ID: 100056527
Nature of Business: The company's busines sis providing talent agency services.

Our complaint history for this company shows that the business has not responded to customer complaints brought to its attention by the Bureau.

3 unanswered complaints

xxxx

http://www.bbb.org/new-york-city/business-reviews/...

Based on BBB files, this business has a BBB Rating of F

Business Name:
Impact 210 Worldwide
Too Spoiled
TooSpoiled.com
Business Address: 447 Broadway, 4th Floor, New York, NY 10013
Original Business Start Date: 4/1/2005
Incorporated: 2005 in NJ
Principals:
Peter Luderek, President
Michael Fomkin, President
Phone Number: (212) 334-5325
Fax Number: (212) 334-2002
Email Address: michael@impact210.com
Website Address:
http://www.impact210.com
http://www.impact210.com
http://www.impact-worldwide-talent.com
http://www.impactww.com

Additional Locations & Phone Numbers
700 S Flower Street, Suite 1100 #208 Los Angeles , CA 90017

According to complaints filed with the Bureau, Impact 210 Worldwide engages in aggressive marketing in order to recruit "talent scouts". The company sends e-mails or makes calls to "eligible" job seekers stating that the job available has benefits and a salary of up to $78,000. Complaints report that the "job" is actually a commission sales position and many consumers do not get their paychecks. Consumers report that when they pay for talent services and services are not rendered they cannot get a refund. Reports also state that it is extremely difficult to contact the company.

23 complaints - 13 No Response - 10 Unpursuable

reply



evilfantasy (Platinum) on Sun 12 Sep 2010 03:06:43 AM UTC
**Many hours**

I'm sure you have put many, many hours into your research and doing what you can to get the word out on these scams.

Friends About us Press Terms Privacy Partners Tools Choose language © WOT Services 2010

Keep in touch with us
Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

What's new?
Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development
Your generous contribution is appreciated by WOT's add-on developers.
Contribute Now