# Exhibit “A”
# (Part 3 of 7)

# EXHIBIT I

Nice work!!!

reply



FormerTIC (Rookie) on Sat 11 Sep 2010 10:37:41 PM UTC

I was a former employee

If anyone needs information on this company i would be more than happy to help

reply



Stealth Mode (Gold) on Fri 17 Sep 2010 03:41:41 AM UTC

Take no offense, but a

Take no offense, but a former employee would be the last I would ask.
Since I don't no the reason of termination, be it by you or them.
Most likely would be a bias opinion.

*Target acquired; We have missile lock! Fox 2... Splash another bad website.*

reply



01Johanna (Bronze) on Fri 17 Sep 2010 03:42:47 AM UTC

RE:FormerTIC

@FormerTIC

Why that have not directly done you at the first topic produced.
But now, tell us what this company causes misery, and how they do all of that

*This forum does give your boost to promote your website for sure*

reply



01Johanna (Bronze) on Fri 17 Sep 2010 05:11:06 AM UTC

RE: * Stealth Mode

no offense at all, and difrawi_dafrawy did a very good job here.
Anyway I did not understand his first topic over this in the first place.

*This forum does give your boost to promote your website for sure*

Forests About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

reply

floridas84 (Rookie) on Fri 17 Sep 2010 02:07:04 PM UTC

Almost had a run-in with

Almost had a run-in with these people. Thanks to your site, and others, I won't be going through with them. If it helps, the email they sent me came from jobappnow@gmail.com and they are still located in the Metrowest section of Orlando.

(from site, if anyone is interested)
Jobntab, Inc.
7635 Ashley Park Court Suite 503
Orlando FL 32835

Direct Contact
Robert Schaffer
407-406-5894

reply



SuperHero58 (Platinum) on Fri 17 Sep 2010 04:32:53 PM UTC

@ florida84 = welcome to WOT , and you are quite welcome .
this message makes our efforts worth while .

reply



amishrabbit (Silver) on Fri 17 Sep 2010 04:35:44 PM UTC

I, for one, am surprised

That nobody has noted that the name "Difrawi" looks and sounds (when spoken aloud) like the word "Defraud-y"

~A

reply



BobJam (Platinum) on Sat 18 Sep 2010 02:10:05 AM UTC

Lisp

@ amishrabbit,

Works best with a lisp.

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.

Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

**EXHIBIT I**

reply |

## Post new comment

Your name: [redacted]

Subject:

Comment: *

Preview Submit

Cancel

Allowed HTML tags: <a> <em> <strong> <cite> <code> <ul> <ol> <li> <dl> <dt> <dd> <img> <red> <green> <yellow>

Lines and paragraphs break automatically.

Web page addresses and e-mail addresses turn into links automatically.

More information about formatting options

Friends About us Press Terms Privacy Partners Tools

Choose language

© WOT Services 2010

### Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

**EXHIBIT I**

## Forum

Comments on websites    Three Stars Orlando

example.com

* Check a website's reputation

diftawi_deftawy (Platinum) on Fri 06 Mar 2009    06:26:34 PM UTC

Three Stars Orlando

Home Download Trust seal Blog Forum Community Support

Involved in this combined marketing / phishing for leads scam are about 6000 domains. Ratings of their latest sites are heavily influenced by scammers shills. Get them the ratings they deserve, if you please.

See http://www.aboutus.org/User:sn4galet/ThreeStarsTea...

for background info and a selected domain list, and http://www.siteadvisor.com/sites/internetsolutions... for an extended listing.

*http://www.mywot.com/en/forum/5541-the-diftawi-bell-phishing-scam-referral-thread*

Comments:

Sami (Platinum) on Fri 06 Mar 2009    07:31:00 PM UTC

Re: Three Stars Orlando

If anyone else is interested in looking into these, here's a list of hostnames

posted in SiteAdvisor comments.

Edit: Here's the same list

without recently expired domains.

reply

cotojo (Platinum) on Fri 06 Mar 2009    07:39:12 PM UTC

Friends About us Press Terms Privacy Partners Tools

Choose language    © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on YouTube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

That is not a list it's a

That is not a list it's a tome all of its own Sami :D
Will have to have a look through some of these, please the time LOL

Colin
http://freepcsecurity.co.uk

reply

g7w (Platinum) on Fri 06 Mar 2009 07:55:05 PM UTC
registrar

You'd need to be your own registrar just to maintain renewals...

@cotojo
O.K. you take the first batch of 10^3 and I'll take the second :-D

Seriously.
So what about the ones that have expired, or are pending for renewal / expire?
If the domain name expires, and chosen by another innocent party, how would they overcome previous "bad site" ratings?

Is there a script online / downloadable that you can feed a domain name (or multiple names) that would report not only active but expiration status.
Example, the first one on the list is: hxxp://www.100careerservice.com/
WOT pops up with the Warning Screen, but it is actually a safe, Network Solutions Parking Page because this domain expired 25FEB09 and is in "limbo" (30 days renewal grace period). There is no "site"

I do not think members having access to the mass rating tool should start plugging in all the names listed until they have sorted out expired / parked domain from active "real site" domains, and also verify active domain ownership.

reply

cotojo (Platinum) on Fri 06 Mar 2009 08:07:06 PM UTC
Good point

As some are 'parked' and at present in limbo, is it matter of time before they return as they can be lucrative for the scammers behind them or will they simply create a new batch?

Colin
http://freepcsecurity.co.uk

reply

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

Sami (Platinum) on Fri 06 Mar 2009 08:13:52 PM UTC

**Re: Good point**

I believe these types of domains are regularly rotated, but unless they've been blacklisted, I don't suppose there's nothing forcing them to register new ones.

reply

Sami (Platinum) on Fri 06 Mar 2009 08:11:00 PM UTC

**Re: registrar**

*If the domain name expires, and chosen by another innocent party, how would they overcome previous "bad site" ratings?*

Ratings expire too and new ratings are considered more reliable.

Of course, someone buying one of the scammer domains can also notify us of the fact and we'll take a look at it.

*It is actually a safe*

I'm almost sure all the sites are safe to visit, but probably shouldn't be trusted. I wouldn't rate this domain green either, just because it might not get renewed in the next few weeks.

*I do not think members having access to the mass rating tool should start plugging in all the names*

Yes, one should always check sites before rating them. Also, the mass rating tool leaves a trail of comments, so others can evaluate the ratings.

Update: 37 (or 0,77%) of the 4798 domains had recently expired.

reply

g7w (Platinum) on Fri 06 Mar 2009 08:24:01 PM UTC

**How**

*Update: 37 (or 0,77%) of the 4798 domains had recently expired.*

How did you do that so fast?

reply

cotojo (Platinum) on Fri 06 Mar 2009 08:51:05 PM UTC

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

Some renewed

Some have been renewed until 2011 and lead back to the same pages every time, this will be a hard slog LOL

I'm running what I am pretty sure is a fake scanner, 12% complete after 8 hours and over 8000 problems hahaha.......over 7000 are in the registry......anyone who believes that would soon have a PC that wouldn't boot if they used it.

I'll let it run as I want to get all of the details first.....glutton for punishment :D

Colin
http://freepcsecurity.co.uk

reply

Saml (Platinum) on Fri 06 Mar 2009 09:58:27 PM UTC

Re: How

*How did you do that so fast?*

Some ad-hoc scripting.

reply

difrawi_defrawy (Platinum) on Fri 06 Mar 2009 10:48:59 PM UTC

Very good list, thanks!

Very good list, thanks!

Great job. Here's few that need a little extra attention

Career-network.com
Powerapplications.com
Threestarsteam.com
Employmentselect.com
Brightmediaweb.com
Actionmarketingteam.com
Franchisecreature.com
Qwesting.com
Threestarsforums.com
Threestarspromotions.com
Threestarscommunity.com
Thegreatjobhunt.com

reply

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

**EXHIBIT I**



cotojo (Platinum) on Fri 06 Mar 2009 11:37:33 PM UTC

Got them :)

Will run them through :D
I see a challenge hahaha

(EDIT) The Whois Reverse IP also brings up some interesting links.
Colin
http://freepcsecurity.co.uk

reply



difrawi_defrawy (Platinum) on Sun 08 Mar 2009 01:08:30 AM UTC

Some more posted on

Some more posted on SiteAdvisor

Actioncareeronline.com
Applicantfreecareers.com
Applicantfreejobs.com
Career-applicant-free.com
Career-freeapplicants.com
Jobsapplicantfree.com
Buzzgrub.com
Buzzgrub.net
Buzzgrub.org
Career-network-newyork.com
Career-network-pittsburgh.com
Clovercareers.com
Hourglasscareers.com
Findprecisecareers.com
Goprecisecareers.com
Myprecisecareers.com
Precisecareers.com
Precise-careers.com
Theprecisecareers.com
Myquickcareercenter.com
Quickcareercenter.com
Quick-careercenter.com
Quickcareer-center.com
Quick-career-center.com
Thequickcareercenter.com

reply

difrawi_defrawy (Platinum) on Mon 09 Mar 2009 06:01:05 PM UTC

Friends About us Press Terms Privacy Partners Tools

Choose language

© WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

Start your engines for a few

Start your engines for a few minutes please, to do some leftovers and some spam servers. Thanks!

actionmarketingteam.com
adminandsuppcareers.com
applicantsource.com
applicanttrackingsystems.org
bestonworkplace.com
businesscareersrightnow.com
busybeecareers.com
careeropenings800.com
careeropeningsnow.com
careerservices100.com
careersourceteam.com
corpjobsnow.com
creativecareersrightnow.com
currentcareers200.com
ecareersite.com
educationalandtutoringcareers.com
employment-source.net
fastjoballiance.com
fast-track-careers.com
governmentalandmilitarycareers.com
headstartcareers.org
hospitalityandretailingcareers.com
icareersource.com
ijobmarket.net
jobbanknow.com
jobopenings800.com
jobsource-group.com
legalcareersrightnow.com
link-in-careers.com
manufacturingandtransportingcareers.com
medicalogicjobs.com
metrojobsnow.com
metroplacingservices.com
nationalcareerservices.com
nationaljobsource.com
networkedcareers.com
newcareeradvancements.com
newcareeradvancements.com
onlinejobsource.org
perfectapps.net
politicaljobs.com
power-careers.net
power-network-careers.com
regionalcareerbank.com
regionalcareerboard.com
regionalcareersource.com
regionaljobbank.com
silver-star-jobs.com
sterling-careers.com
strategicjobsource.com
technologyandsciencecareers.com
thecareerapplications.com
thecareersource.org
theperfectcareers.net

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

ticcareers.com
tradesandlaborerscareers.com
usa-careers.net
usa-jobsite.net
usavoice.org
us-careersite.com
usdatagroup.net
worldvoicereport.com

waterford-dynamic.com
gomailsecure.com
supportmailservices.com
tpohost.com
gjdmailhost.com
samohsekim.com
dpmailco.com
careermailhostmaster.com
pisor.com
securejobsserver.com
advancemailserver.com
datagroupmailhost.com
gbmailhosting.com
careersourcemail.com
intermarksystem.com
pomailhost.com
securedmailsender.com
timbusotem.com
executivemailerservices.com
thepersnicketysender.com

reply



BobJam (Platinum) on Mon 09 Mar 2009 07:02:04 PM UTC

Geeezzzz . . .

You could make a career out of this. Just cutting and pasting those sites into the address bar would require the patience of Job. Would have to lock yousself in a room and hang a "Do Not Disturb" sign on the door and have your food brought to you.

Though it might yield some interesting stats.

GOM Award Holder 2008

reply



cotoja (Platinum) on Mon 09 Mar 2009 07:04:30 PM UTC

Geeeeeeeeeeezzzzzzzzzzzzz

The whois is entertaining as is the Reverse IP LOL
Never mind locking oneself in a room with 'Do Not Disturb'.....padded cell would sound quite healthy :D

Colin
http://freepcsecurity.co.uk

Friends About us Press Terms Privacy Partners Tools

Choose language ©WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on Linkedin
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

reply



ditrawi_defrawy (Platinum) on Mon 09 Mar 2009 10:35:22 PM UTC

**It's almost like meditating**

You spoiled young brats with your superfast scripts should try it too some time. Taking a horse and carriage instead of a jet plane can be very rewarding, mentally. Hehheh.

reply



colnjo (Platinum) on Mon 09 Mar 2009 11:05:06 PM UTC

**Horse, Carriage, Jet Plane?**

I'm too young to think of these things and too old to remember them, so it's one foot in front of the other.....albeit slowly LOL

Now the last time I was called a 'spoiled young brat' was a very long time ago so I take that as a compliment hahaha

Colin
http://freepcsecurity.co.uk

reply



ditrawi_defrawy (Platinum) on Sat 14 Mar 2009 08:57:45 AM UTC

**Ghost site!**

Recently a fake URL has been submitted to Google by the owner of Three Stars. Using search term Three Stars Orlando currently gives as a first result: Three Stars (HR Department) threestarsmediateam.com, 2295 South Hiawassee Road, Orlando, FL 32835, (321) 293-3256. However, the domain does not exist at all. Well, I bet many will be puzzled, visit the second in line, WOT, and find the information here extra credible. Thanks for your help, mr. Ditrawi!

reply



ditrawi_defrawy (Platinum) on Thu 02 Apr 2009 06:18:31 PM UTC

**some more to rate**

intelligentemploymentdecisions.com
Longtermemployment.com

Friends About us Press Terms Privacy Partners Tools

Choose language

© WOT Services 2010

## Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

**EXHIBIT I**

Luckycareers.com
Rapidemploymentprofessionals.com
Sophisticatedcareers.com
Usefulcareers.com
Valuableemployment.com
Valuedemployees.com
Greatvaluedemployees.com
Rapidemployment-professionals.com
Thesophisticatedcareers.com
Thevaluableemployment.com
Govaluedemployees.com
Findintelligentemploymentdecisions.com
Luck-careers.com
Mylongtermemployment.com
Myusefulcareers.com
Findusefulcareers.com
Theluckycareers.com
Gointelligentemploymentdecisions.com
Goluckycareers.com
Useful-careers.com
Findlongtermemployment.com
Intelligentemployment-decisions.com
Intelligent-employment-decisions.com
Long-termemployment.com
Gousefulcareers.com
Longterm-employment.com
Myluckycareers.com
Findluckycareers.com
Intelligent-employmentdecisions.com
Long-term-employment.com
Theusefulcareers.com
Career-network-kansascityks.com
Career-network-lascruces.com
Career-network-texarkanaar.com
Careernetworkanniston.com
Careernetworkkansascityks.com
Careernetworklascruces.com
Careernetworkpeoria.com
Careernetworktexarkanaar.com
Kansascityks-career-network.com
Texarkanaar-career-network.com
Findrapidemploymentprofessionals.com
Findsophisticatedcareers.com
Govaluableemployment.com
Findvaluedemployees.com
Findvaluableemployment.com
Sophisticated-careers.com
Valued-employees.com
Gosophisticatedcareers.com
Rapid-employment-professionals.com
Thevaluedemployees.com
Valuable-employment.com
Myjoblist.com
Geotechmanagement.com
Advantageplusmedia.com
Careerladderpersonnel.com
Citywidemarketingsolutions.com
Gulfcoast-staffing.com

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

Horizonsrecruiting.com
Maximumpersonnelstaffing.com
Reallliferecruiting.com
Sidebysidestaffing.com
Silvermoonmarketing.com
Ultimatepersonnelstaffing.com

reply

cotojo (Platinum) on Thu 02 Apr 2009 03:28:29 PM UTC
Thank you

Got them listed will check them and rate ;-)

Colin
http://freepcsecurity.co.uk

reply

clifford_delravy (Platinum) on Thu 02 Apr 2009 09:01:05 PM UTC
I noticed myjoblist.com is

I noticed myjoblist.com is for sale, ignore.

reply

cotojo (Platinum) on Thu 02 Apr 2009 09:45:03 PM UTC
Will remove

Will remove it from the list ;-)

Colin
http://freepcsecurity.co.uk

reply

g7w (Platinum) on Thu 02 Apr 2009 11:48:02 PM UTC

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.

Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

**EXHIBIT I**

done

myjoblist.com removed from list.
the other 65 domains have been rated "poorly" - RED

Against Intuition - gives us safety through Web of Trust.
WOT Community - gives us security through unity.
Thank you all
G7W (G.O.M)
http://g7w.net/

reply

Tonor (Platinum) on Thu 02 Apr 2009 11:55:35 PM UTC

Sold

Looks like it's been bought as it's registered until 2013.

Edit: scrub that, Domain Tools shows it's for sale at Sedo.

reply

dStrawt_dofcowy (Platinum) on Wed 22 Apr 2009 11:51:29 PM UTC

Linkfarming

threestarsinc.net
threestarsinc.org
threestarsinc.biz
threestarsinc.us
threestarsinc.info
threestarsinc.tv
threestarsinc.bz
threestarsinc.us.com
three-stars-inc.com
three-stars-inc.net
three-stars-inc.org
three-stars-inc.biz
three-stars-inc.us
three-stars-inc.info
three-stars-inc.tv
three-stars-inc.bz

rated and commented

reply

Friends About us Press Terms Privacy Partners Tools Choose language © WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

http://www.mywot.com/en/forum/2119-three-stars-orlando 9/29/2010

# EXHIBIT I

g7w (Platinum) on Thu 23 Apr 2009 03:02:43 AM UTC

re: Linkfarming

rated and commented as well.
Thanks for the hard work you put in to revealing these scoundrels!
----
Against Intrusion - gives us safety through Web of Trust.
WOT Community - gives us security through unity.
Thank you all
G7W (G.O.M)
http://g7w.net/

reply

dllcool_dotraery (Platinum) on Tue 05 May 2009 09:03:56 AM UTC

and more

Actionmarketingjobs.com
Aggressiveemploymentprofessionals.com
Applestaffingcareers.com
Applestaffingjobs.com
Applicantsourcecareers.com
Career-network.org
Career-network.biz
Career-network.us
Career-network.fr
Career-network.com.us
Careernetworkemployment.com
Careernetworksitecareers.com
Employmentselectjobs.com
Employmentstarter.com
Energeticemployment.com
Findmynewcareer.com
Hard-to-find-careers.com
Hardcareersonline.com
Incredibleemployment.com
Jobsmatchnowemployment.com
Nextcareers.com
Newlyemployed.com
Onlinecareercentersearch.com
Perfectcareercenter.com
Permanenthirecareers.com
Placement101careers.com
Placement101jobs.com
Apple-staffingcareers.com
Apple-staffingjobs.com
Applicant-source-careers.com
Find-mynewcareer.com
Findenergeticemployment.com
Findnewlyemployed.com
Findperfectcareercenter.com

Friends About us Press Terms Privacy Partners Tools

Choose language ©WOT Services 2010

Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

- Myincredibleemployment.com
- Online-careercentersearch.com
- Permanenthirecareersnow.com
- Placement101jobsnow.com
- Energetic-employment.com
- Findapplestaffingjobs.com
- Findmy-new-career.com
- Incredible-employment.com
- Onlinecareer-center-search.com
- Perfectcareer-center.com
- Aggressive-employment-professionals.com
- Employment-starter.com
- Employmentselect-jobs.com
- Hunt-careers-online.com
- Jobsmatch-nowemployment.com
- Next-careers.com
- Nowhard-to-find-careers.com
- Placement-101careers.com
- Actionmarketingjobs.com
- Career-networkemployment.com
- Findemploymentselectjobs.com
- Gohuntcareersonline.com
- Myhard-to-find-careers.com
- Mynextcareers.com
- Action-marketingjobs.com
- Career-network-sitecareers.com
- Careernetwork-employment.com
- Goaggressiveemploymentprofessionals.com
- Gohard-to-find-careers.com
- Jobs-match-nowemployment.com
- Myemploymentstarter.com
- Myhuntcareersonline.com
- Thenextcareers.com
- Aggressive-employmentprofessionals.com
- Career-networksitecareers.com
- Findactionmarketingjobs.com
- Gonextcareers.com
- Hard-to-find-careersnow.com
- Careernetwork-sitecareers.com
- Employment-select-jobs.com
- Findplacement101careers.com
- Huntcareers-online.com
- Jobs-matchnowemployment.com
- Employmentselectjobsnow.com
- Findcareernetworkemployment.com
- Findnextcareers.com
- Goemploymentstarter.com
- Jobsmatchnow-employment.com
- Placement-101-careers.com
- Action-marketing-jobs.com
- Career-network-site-careers.com
- Careernetworkemploymentnow.com
- Findaggressiveemploymentprofessionals.com
- Findemploymentstarter.com
- Myplacement101careers.com
- Thehard-to-find-careers.com
- Aggressiveemployment-professionals.com
- Career-network-employment.com

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

## Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

Careernetworksite-careers.com
Employment-selectjobs.com
Goodforumarketingjobs.com
Hunt-careersonline.com
Jobs-match-now-employment.com
Placement101-careers.com
Theemploymentstarter.com
Applicantsourcecareernow.com
Energeticemploymentnow.com
Find-my-new-career.com
Myapplestaffingcareers.com
Permanent-hire-careers.com
Apple-staffing-jobs.com
Goincredibleemployment.com
Newly-employed.com
Online-career-center-search.com
Perfect-careercenter.com
Applestaffing-careers.com
Applestaffing-jobs.com
Applicantsource-careers.com
Findpermanenthirecareers.com
Findplacement101jobs.com
Gonewlyemployed.com
Theenergeticemployment.com
Find-my-newcareer.com
Findincredibleemployment.com
Goperfectcareercenter.com
Newlyemployednow.com
Online-career-centersearch.com
Choiceemploymentservice.com

reply

g7w (Platinum) on Tue 05 May 2009 10:21:18 AM UTC
rated

Rated and commented.
Thanks for your time.
———
Against Intrusion - gives us safety through Web of Trust.
WOT Community - gives us security through unity.
Thank you all
G7W {G.O.M}
http://g7w.net/

reply

ditlrawi_defrawy (Platinum) on Tue 05 May 2009 12:01:47 PM UTC
ty

Friends About us Press Terms Privacy Partners Tools

Choose language

© WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.

Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

Thanks for the heads up.

Btw (my mistake, causing the confusion) except for
Career-network.org
Career-network.biz
Career-network.us
Career-network.tv
Career-network.com.us
which are forwarding, the latest list consists of the usual Ditrawi & Bell fake online application domains

reply



cotojo (Platinum) on Tue 05 May 2009 02:20:05 PM UTC
Ditto

Rated and commented......need more crayons LOL

Colin
http://firepcsecurity.co.uk

"If you have knowledge, let others light their candles with it" - Winston Churchill

reply

1 2 > >>

## Post new comment

Your name: rsnick

Subject:

Comment: *

Cancel

Preview Submit

Allowed HTML tags: <a> <em> <strong> <cite> <code> <ul> <ol> <li> <dl> <dt> <dd> <img> <red> <green> <yellow>

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

### Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

### What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT I

- Lines and paragraphs break automatically.
- Web page addresses and e-mail addresses turn into links automatically.

More information about formatting options

Friends About us Press Terms Privacy Partners Tools

Choose language

© WOT Services 2010

## Keep in touch with us

- Like us on Facebook
- Join the professional group on Linkedin
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT J

WOT Reputation Scorecard — Help view

## career-network.com



| | | |
|---|---|---|
| Popularity: | | |
| Rank: | N/A | |
| Owner: | whois | |
| Server location: | US | |
| Statistics: | Compete | |
| Similar sites: | SimilarSites | |

Description:
fipe is a full service, international creative studio based in Washington, DC. Our trained, professional staff shares a passion for applying unique and creative design solutions to clients' projects.

How to increase your site's ratings

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site.Read reputation building tips

Warning! This site has a poor reputation.

**Reputation rating:** [ Edit my rating ]

| | |
|---|---|
| Trustworthiness | 4 |
| Vendor reliability | 4 |
| Privacy | 4 |
| Child Safety | 5 |

**Comments by category:**

| | |
|---|---|
| Spam | 1 |
| Bad customer experience | 7 |
| Phishing or other scams | 131 |
| Malicious content, viruses | 2 |

**Add a comment** — Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 02/19/2009 | Andrei_j | Phishing or other scams | Thousands of phishing and spamvertised sites from http://nt ... | 3 |
| 04/01/2009 | Andrei_j | Bad customer experience | For those who are still sceptic about this site being a frau ... | 6 |
| 11/16/2009 | Anonymized | Phishing or other scams | Phishing site - low trustworthiness. q.v. http://www.mywot. ... | 3 |
| 12/29/2009 | Arcade™ | Phishing or other scams | Phishing Scam Website! - This site carries a risk of identi ... | 3 |
| 05/18/2010 | Bonobo4 | Phishing or other scams | Linkfarming site see http://www.mywot.com/en/forum/3615-monk ... | 2 |
| 05/05/2009 | byronbroke | Phishing or other scams | I applied for a job and got a call back for a pre-interview. ... | 5 |
| 05/09/2009 | cosmicjean | Phishing or other scams | Phishing scam/Linkfarming http://threestarswitch.blogspot.co ... | 2 |
| 02/16/2010 | Cheater97 | Phishing or other scams | Phishing/Scamming site | 5 |

Friends About us Press Terms Privacy Partners Tools — Choose language © WOT Services 2010

# EXHIBIT J

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 03/13/2009 | cotojo | Phishing or other scams | Bogus spam sites that link to internetsolutionscorp [redacted] | 7 |
| 04/15/2010 | Dante v3.11 | Phishing or other scams | Involved in scamming. In Reference too: http://www.[illegible] | 3 |

* Check a website's reputation

Page 1 of 4 « ‹ 1 2 3 4 › »

Home Download Trust seal Blog Forum Community Support

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

# EXHIBIT J

WOT Reputation Scorecard

Help view

## career-network.com



| | |
|---|---|
| Popularity: | |
| Rank: | N/A |
| Owner: | whois |
| Server location: | US |
| Statistics: | Compete |
| Similar sites: | SimilarSites |

Description:
fipe is a full service, international creative studio based in Washington, DC. Our trained, professional staff shares a passion for applying unique and creative design solutions to clients' projects.

How to increase your site's ratings

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site.Read reputation building tips

Warning! This site has a poor reputation.

Reputation rating: [ Edit my rating ]

| | |
|---|---|
| Trustworthiness | 4 |
| Vendor reliability | 4 |
| Privacy | 4 |
| Child Safety | 3 |

Comments by category:

| | |
|---|---|
| Spam | 1 |
| Bad customer experience | 7 |
| Phishing or other scams | 131 |
| Malicious content, viruses | 2 |

Add a comment

Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 09/28/2009 | Destini Haruya | Phishing or other scams | Part of Three Stars Inc. phishing/data mining scam. | 2 |
| 03/03/2009 | dIfrawi_defrawy | Phishing or other scams | Elaborate scam, see also http://www.aboutus.org/Userpragalo ... | 7 |
| 10/27/2009 | edilsoncaldas | Phishing or other scams | Phishing scam / Linkfarming! Veja: http://www.mywot.com/pt- ... | 2 |
| 06/05/2009 | evilfantasy | Phishing or other scams | Phishing scam/Linkfarming. | 2 |
| 03/11/2009 | g7w | Phishing or other scams | Seeking personal identifiable information via a FAKE SITE pr ... | 7 |
| 06/05/2009 | Galaxyfox | Phishing or other scams | Monkeyjar linkfarming phishing scam by Three Stars Inc. More ... | 2 |
| 12/31/2009 | jgoogle | Phishing or other scams | terrible... | 2 |
| 06/24/2010 | klaus_b | Phishing or other scams | Part of a scam career network. See reference: http://www.my ... | 2 |

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

# EXHIBIT J

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 06/05/2009 | LiV2RpUdLlAn932 | Malicious content, viruses | Monkeyjar, ponzi phishing (See: http://www.mywot [redacted] | 0 |
| 09/25/2009 | LiV=RpUdLlAn932 | Phishing or other scams | Career Network scam See: http://www.mywot.com/en/forum/2631- — | 2 |

* Check a website's reputation

Page 2 of 4 « ‹ 1 2 3 4

Home Download Trust seal Blog Forum Community Support

Friends About us Press Terms Privacy Partners Tools Choose language ©WOT Services 2010

# EXHIBIT J

WOT Reputation Scorecard

Help view

## career-network.com



| | |
|---|---|
| Popularity: | |
| Rank: | N/A |
| Owner: | whois |
| Server location: | US |
| Statistics: | Compete |
| Similar sites: | SimilarSites |

Description:
npe is a full service, international creative studio based in Washington, DC. Our trained, professional staff shares a passion for applying unique and creative design solutions to clients' projects.

**How to increase your site's ratings**

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site.Read reputation building tips

Warning! This site has a poor reputation.

**Reputation rating:** [ Edit my rating ]

| | |
|---|---|
| Trustworthiness | 4 |
| Vendor reliability | 4 |
| Privacy | 4 |
| Child Safety | 5 |

**Comments by category:**

| | |
|---|---|
| Spam | 1 |
| Bad customer experience | 7 |
| Phishing or other scams | 131 |
| Malicious content, viruses | 2 |

Add a comment

Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 06/24/2010 | MassimilianoF | Phishing or other scams | Warning: Keep out. IP/Hostname/Website created in order to l ... | 2 |
| 12/10/2009 | markusuksma | Phishing or other scams | Career network scam | 3 |
| 08/21/2009 | pgilbanks | Phishing or other scams | Thank you WOT! I just got a call from them too and quickly I ... | 2 |
| 07/05/2009 | phantabm | Phishing or other scams | PHISHING - "combined marketing / phishing for leads scam". ... | 2 |
| 06/15/2009 | ponderance | Malicious content, viruses | I also was sent here by an email -- didn't click the link bu ... | 0 |
| 05/18/2010 | QuickMan | Phishing or other scams | Spam and scam. | 2 |
| 08/23/2010 | raydarken | Phishing or other scams | Phishing/Scam site | 1 |
| 10/30/2009 | RayQuang | Phishing or other scams | Link-farming: Moneyjar scam More info at (http://www.mywot.c ... | 2 |

Friends About us Press Terms Privacy Partners Tools

Choose language

© WOT Services 2010

# EXHIBIT J

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 12/22/2009 | Sad Story | Phishing or other scams | Phishing/ Betrug Kamera-Scamseite, Finger weg! P | 3 |
| 07/14/2009 | shazza | Phishing or other scams | See http://www.mywot.com/en/forum/2119-three-[illegible] P ... | 2 |

* Check a website's reputation

Page 3 of 4 « ‹ 1 2 3 4 › »

Home Download Trust seal Blog Forum Community Support

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

# EXHIBIT J

example.com

* Check a website's reputation

Home Download Trust seal Blog Forum Community Support

WOT Reputation Scorecard

Help view

## career-network.com



| | | |
|---|---|---|
| Popularity: | | |
| Rank: | N/A | |
| Owner: | whois | |
| Server location: | US | |
| Statistics: | Compete | |
| Similar sites: | SimilarSites | |

Description:
npe is a full service, international creative studio based in Washington, DC. Our trained, professional staff shares a passion for applying unique and creative design solutions to clients' projects.

How to increase your site's ratings

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site.Read reputation building tips

Warning! This site has a poor reputation.

**Reputation rating:** [ Edit my rating ]

| | |
|---|---|
| Trustworthiness | 4 |
| Vendor reliability | 4 |
| Privacy | 4 |
| Child Safety | 5 |

**Comments by category:**

| | |
|---|---|
| Spam | 1 |
| Bad customer experience | 7 |
| Phishing or other scams | 131 |
| Malicious content, viruses | 2 |

Add a comment

Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 11/25/2009 | stonefist | Phishing or other scams | see: http://www.mywot.com/en/forum/2181-career-network-scam | 3 |
| 09/07/2009 | Vasya | Phishing or other scams | Three Stars Inc, Career Network and the people behind it hav ... | 2 |
| 04/02/2009 | Xp54321 | Phishing or other scams | Scam site going after personal information! | 6 |
| 05/25/2009 | Yatti420 | Phishing or other scams | Scam run by Ayman El Difrawi... | 4 |
| 09/08/2010 | hpHosts | Phishing or other scams | Engaged in phishing. | |
| 08/04/2010 | SpamCop | Spam | Appeared on an automatically composed list of spamvertised websites. (Low reliability) | |

Page 4 of 4 « ‹ 1 2 3 4 › »

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

# EXHIBIT J

WOT Reputation Scorecard — Help view

## threestarsinc.com



| | |
|---|---|
| Popularity: | |
| Rank: | N/A |
| Owner: | whois |
| Server location: | US |
| Statistics: | Compete |
| Similar sites: | SimilarSites |

How to increase your site's ratings

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site.Read reputation building tips

Warning! This site has a poor reputation.

**Reputation rating:** [ Edit my rating ]

| | |
|---|---|
| Trustworthiness | 2 |
| Vendor reliability | 3 |
| Privacy | 2 |
| Child Safety | 7 |

**Comments by category:**

| | |
|---|---|
| Phishing or other scams | 40 |
| Malicious content, viruses | 4 |

Add a comment — Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 09/05/2009 | Vasya | Phishing or other scams | Three Stars Inc has been exposed as gathering personal infor ... | 4 |
| 11/18/2009 | Leo13 | Phishing or other scams | Every bit the scam they are accused of being. I interviewed ... | 3 |
| 10/30/2009 | RayChang | Phishing or other scams | Link-farming: Moneyjar scam More info at (http://www.mywot.c ... | 3 |
| 09/26/2009 | LiVeRpUdLiAn932 | Malicious content, viruses | Media Logic Inc. medialogicinc.com fka Three Stars Inc phish ... | 3 |
| 06/09/2009 | cconnelsap | Phishing or other scams | Phishing scam/Linkfarming http://threestarswatch.blogspot.co ... | 3 |
| 06/05/2009 | evilfantasy | Phishing or other scams | Phishing scam/Linkfarming. | 3 |
| 06/05/2009 | Galaxyfox | Phishing or other scams | Moneyjar linkfarming phishing scam by Three Stars Inc. More ... | 3 |
| 12/20/2009 | Arcade™ | Phishing or other scams | Phishing Scam Website! - This site carries a risk of identi ... | 2 |

Friends About us Press Terms Privacy Partners Tools — Choose language — © WOT Services 2010

http://www.mywot.com/en/scorecard/threestarsinc.com 9/29/2010

# EXHIBIT J

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 12/03/2009 | TurboCat24 | Phishing or other scams | Beware this company now operates under the nam | 2 |
| 11/29/2009 | phantazm | Phishing or other scams | SCAM - Monkeyjar, ponzi phishing. Read more: www.mywot.com ... | 2 |

[redacted]

example.com

* Check a website's reputation

Page 1 of 2 « ‹ 1 2 › »

Home Download Trust seal Blog Forum Community Support

Friends About us Press Terms Privacy Partners Tools

Choose language

© WOT Services 2010

# EXHIBIT J

example.com

* Check a website's reputation

Home Download Trust seal Blog Forum Community Support

WOT Reputation Scorecard

Help view

## threestarsinc.com



| | |
|---|---|
| Popularity: | |
| Rank: | N/A |
| Owner: | whois |
| Server location: | US |
| Statistics: | Compete |
| Similar sites: | SimilarSites |

**How to increase your site's ratings**

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site. Read reputation building tips.

Warning! This site has a poor reputation.

**Reputation rating:** [ Edit my rating ]

| | |
|---|---|
| Trustworthiness | 2 |
| Vendor reliability | 3 |
| Privacy | 2 |
| Child Safety | 7 |

**Comments by category:**

| | |
|---|---|
| Phishing or other scams | 40 |
| Malicious content, viruses | 4 |

Add a comment

Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 10/27/2009 | edilsoncaldas | Phishing or other scams | Phishing scam / Linkfarming! Veja: http://www.mywot.com/pt- ... | 2 |
| 03/30/2010 | SuperHero58 | Phishing or other scams | dangerous site = Re http://www.mywot.com/en/forum/5541-the-d ... | 6 |
| 05/16/2010 | Bonobo4 | Phishing or other scams | Linkfarming site see http://www.mywot.com/en/forum/3815-monk ... | 0 |
| 04/29/2009 | wendycox | Other | How can I comment on this site when this thing won't let me ... | -2 |
| 03/08/2010 | hoHoes | Phishing or other scams | Engaged in phishing. | |

Page 2 of 2 « ‹ 1 2 › »

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

# EXHIBIT J

WOT Reputation Scorecard

Help view

## monkeyjar.com



| | | |
|---|---|---|
| Popularity: | | |
| Rank: | N/A | |
| Owner: | whois | |
| Server location: | US | |
| Statistics: | Compete | |
| Similar sites: | SimilarSites | |

Description:
MonkeyJar earns members cash back on every online purchase made through their MonkeyJar mall. Visit MonkeyJar to start saving today.

How to increase your site's ratings

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site.Read reputation building tips

Warning! This site has a poor reputation.

Reputation rating: [Edit my rating]

| | |
|---|---|
| Trustworthiness | 3 |
| Vendor reliability | 3 |
| Privacy | 4 |
| Child Safety | 6 |

Comments by category:

| | |
|---|---|
| Phishing or other scams | 70 |
| Malicious content, viruses | 5 |

Add a comment

Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 11/16/2009 | Anonymized | Phishing or other scams | Phishing site - low trustworthiness. q.v. http://www.mywot ... | 2 |
| 12/20/2009 | Arcade™ | Phishing or other scams | Phishing Scam Website! - This site carries a risk of identi ... | 2 |
| 05/16/2010 | Bonobo4 | Phishing or other scams | Linkfarming site see http://www.mywot.com/en/forum/3615-monk ... | 0 |
| 06/09/2009 | [illegible] | Phishing or other scams | Phishing scam/Linkfarming http://threestarswatch.blogspot.co ... | 4 |
| 04/16/2010 | Dante v3.11 | Phishing or other scams | Involved in scamming. In Reference too: http://www.mywot.co ... | 0 |
| 09/23/2009 | Destinil Harye | Phishing or other scams | Part of Three Stars Inc. phishing/data mining scam. | 2 |
| 05/03/2009 | difrawi_dafrowy | Phishing or other scams | Monkeyjar is part of a phishing scam by Three Stars Inc, Ori ... | 7 |
| 10/27/2009 | edisoncaldas | Phishing or other scams | Phishing scam / Linkfarming! Veja: http://www.mywot.com/pt- ... | 2 |

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

http://www.mywot.com/en/scorecard/MONKEYJAR.COM

9/29/2010

# EXHIBIT J

| Date | Source | Category | Comment |
|---|---|---|---|
| 06/05/2009 | [illegible] | Phishing or other scams | Phishing scam/Linkfarming. |
| 06/05/2009 | g7w | Phishing or other scams | Linkfarming re: http://www.mywot.com/en/forum/361... |

Check a website's reputation

Page 1 of 5 « ‹ 1 2 3 › »

Home Download Trust seal Blog Forum Community Support

Friends About us Press Terms Privacy Partners Tools

Choose language

© WOT Services 2010

# EXHIBIT J

WOT Reputation Scorecard

Help view

## monkeyjar.com



Popularity:

Rank: N/A

Owner: whois

Server location: US

Statistics: Compete

Similar sites: SimilarSites

Description:
MonkeyJar earns members cash back on every online purchase made through their MonkeyJar mall. Visit MonkeyJar to start saving today.

### How to increase your site's ratings

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site.Read reputation building tips

Warning! This site has a poor reputation.

### Reputation rating: [ Edit my rating ]

| | |
|---|---|
| Trustworthiness | 3 |
| Vendor reliability | 3 |
| Privacy | 4 |
| Child Safety | 6 |

### Comments by category:

| | |
|---|---|
| Phishing or other scams | 70 |
| Malicious content, viruses | 5 |

Add a comment

Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 06/05/2009 | Gatesyfox | Phishing or other scams | Monkeyjar linkfarming phishing scam by Three Stars Inc. More ... | 6 |
| 09/01/2009 | jarsvaru | Entertaining | hilarious... a shopping MLM... it makes no pretensions and d ... | 4 |
| 06/24/2010 | klaus_b | Phishing or other scams | Part of a scam career network. See reference: http://www.my ... | 4 |
| 05/05/2009 | LiVeRpUdLiAn932 | Malicious content, viruses | Monkeyjar, ponzi phishing (See: http://www.mywot.com/en/for ... | 4 |
| 09/26/2009 | LiVeRpUdLiAn932 | Phishing or other scams | Career Network scam See: http://www.mywot.com/en/forum/2181- ... | 3 |
| 06/24/2010 | MazzarillianoF | Phishing or other scams | Warning: Keep out. IP/Hostname/Website created in order to l ... | 3 |
| 11/25/2009 | phantazm | Phishing or other scams | SCAM - Monkeyjar, ponzi phishing. Read more: www.mywot.com ... | 2 |
| 10/30/2009 | ReyOuang | Phishing or other scams | Link-farming: Moneyjar scam More into at (http://www.mywot.c ... | 2 |

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

http://www.mywot.com/en/scorecard/MONKEYJAR.COM 9/29/2010

# EXHIBIT J

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 12/22/2009 | Sad Story | Phishing or other scams | Phishing/ Betrug Karriere-Scamseite, Finger weg! [redacted] | 2 |
| 09/30/2009 | [illegible] | Phishing or other scams | Defawi & Bell scam see http://www.mywot.com/en/forum/... c ... | 2 |

Page 2 of 3 « ‹ 1 2 3 › »

Check a website's reputation

Home Download Trust seal Blog Forum Community Support

Friends About us Press Terms Privacy Partners Tools Choose language

© WOT Services 2010

# EXHIBIT J

[redacted]

example.com

* Check a website's reputation

Home Download Trust seal Blog Forum Community Support

WOT Reputation Scorecard

Help view

## monkeyjar.com



| | | |
|---|---|---|
| Popularity: | | |
| Rank: | N/A | |
| Owner: | WhoIs | |
| Server location: | US | |
| Statistics: | Compete | |
| Similar sites: | SimilarSites | |

Description:
MonkeyJar earns members cash back on every online purchase made through their MonkeyJar mall. Visit MonkeyJar to start saving today.

How to increase your site's ratings

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site.Read reputation building tips

Warning! This site has a poor reputation.

**Reputation rating:** [Edit my rating]

| | |
|---|---|
| Trustworthiness | 3 |
| Vendor reliability | 3 |
| Privacy | 4 |
| Child Safety | 6 |

**Comments by category:**

| | |
|---|---|
| Phishing or other scams | 70 |
| Malicious content, viruses | 5 |

Add a comment

Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 11/26/2009 | slotelfol | Phishing or other scams | see: http://www.mywot.com/en/forum/2181-career-network-scam | 3 |
| 08/03/2010 | hpHosts | Phishing or other scams | Engaged in phishing. | |

Page 3 of 3 « ‹ 1 2 3 › »

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

http://www.mywot.com/en/scorecard/MONKEYJAR.COM 9/29/2010

EXHIBIT K

MYRA NICHOLSON, P.A.
*1743 Park Center Drive, Orlando, FL 32835*

Telephone: 407-803-4729 Facsimile: 407-803-5861

September 3, 2010

Vesa Perälä
Chief Executive Officer
WOT Services, Ltd.
Itälahdenkatu 27 A
00210 Helsinki
Finland

**SENT VIA EMAIL TO VESA@MYWOT.COM AND FEDERAL EPXRESS**

Re: Libel Notice per §770.01, Florida Statute

Dear Mr. Perälä:

This letter is to serve as formal notice under Florida Statute §770.01 that WOT Services, Ltd. via the www.mywot.com website has published false and defamatory statements about my clients, Ayman A. Difrawi, Career Network, Inc., MonkeyJar, Inc., Three Stars, Inc., Internetcompany, Inc., Buzzgrub, Inc. MediaLogic, Inc., and Power Applications, Inc. Although you are well aware of the false and defamatory statements on the mywot.com site via my prior emails to you, I want to formally notify you of these issues prior to filing legal action against you, your companies and various anonymous posters.

As you are aware, my clients have issues not only with the content posted by certain users, but also the way in which www.mywot.com makes the grading determinations. If the following links are not removed within the next five days, my client has instructed me to file legal action against you personally, WOT Services, Ltd., Against Intuition, Inc., Timo Ala-Kleemola, Sami Tolvahen, Esa Suurio, and various anonymous posters.

Links to forum threads that are false and defamatory and must be removed:

http://www.mywot.com/en/forum/3615-monkeyjar-ponzi-phishing
http://www.mywot.com/en/forum/5029-the-recruiter-source-therecruitersource-com-phishing-scam
http://www.mywot.com/en/forum/5023-web-development-group-webdevelopmentgroup-net-phishing-scam
http://www.mywot.com/en/forum/5017-the-media-company-media-company-net-phishing-scam
http://www.mywot.com/en/forum/5016-employment-network-employmentnetwork-org-phishing-scam
http://www.mywot.com/en/forum/2181-career-network-scam
http://www.mywot.com/en/forum/4903-get-your-contractor-jobs-phishing-scam
http://www.mywot.com/en/forum/4876-internet-project-systems-phishing-scam
http://www.mywot.com/en/forum/4875-side-by-side-tutors-phishing-scam
http://www.mywot.com/en/forum/4874-the-job-cooler-jobs-phishing-scam

http://www.mywot.com/en/forum/4780-internet-company-com-next-defrawi-phishing-site
http://www.mywot.com/en/forum/4718-buzzgrub-on-hotjobs
http://www.mywot.com/en/forum/4354-nextmediapartners-com-consider-this-marketing-another-defrawi-phishing-scam
http://www.mywot.com/en/forum/4332-media-logic-inc-medialogicinc-com-fka-three-stars-inc-phishing-scam
http://www.mywot.com/en/forum/2119-three-stars-orlando
http://www.mywot.com/en/forum/3690-aboutus-org-scammer-s-haven
http://www.mywot.com/en/forum/3689-chris-pirillo-pyramid-phishing-cheerleader
http://www.mywot.com/en/forum/3683-job-match-now-jobmatchnow-net-phishing
http://www.mywot.com/en/forum/3554-kelly-joe-ellis
http://www.mywot.com/en/forum/3288-applicant-tree-by-three-stars-career-network-in-orlando
http://www.mywot.com/en/forum/2198-what-could-this-be
http://www.mywot.com/en/forum/2182-power-applications-powerapplications-com-orlando-fl
http://www.mywot.com/en/forum/4256-monkeyjar-affiliate-shopping-site
http://www.mywot.com/en/forum/4298-monkeyjar-affiliate-three-stars
http://www.mywot.com/en/forum/4911-complete-job-search-completejobsearch-net-phishing
http://www.mywot.com/en/forum/4338-what-media-logic-inc-is
http://www.mywot.com/en/forum/4612-misrating-thebestapplications-com
http://www.mywot.com/en/forum/4333-medialogicinc-com-media-logic-inc
http://www.mywot.com/en/forum/7445-the-supermodel-project-facebook-com-thesupermodelproject-orlando-fl-phishing-scam

**GOVERN YOURSELF ACCORDINGLY.**

Myra P. Nicholson, Esq.

EXHIBIT A

FedEx.

Package/Envelope | Freight | Expedited | Office/Print Services
Ship | Track | Manage | Business Solutions

Detailed Results

Enter tracking number

Detailed Results | Notifications

Tracking no.: 862723861107 Select time format: 12H | 24H E-mail notifications

**Delivered**

Initiated Picked up In transit Delivered

Delivered
Signed for by: .MYKKANEN

Shipment Dates

Ship date Sep 3, 2010
Delivery date Sep 6, 2010 1:34 PM

Destination

HELSINKI FI
Signature Proof of Delivery

Shipment Facts Help

Service type Priority Envelope Delivered to Shipping/Receiving
Weight 0.1 lbs/<.1 kg

Shipment Travel History Help

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Sep 6, 2010 1:34 PM | Delivered | HELSINKI FI | |
| Sep 6, 2010 10:20 AM | On FedEx vehicle for delivery | VANTAA FI | |
| Sep 6, 2010 8:25 AM | [illegible] | VANTAA FI | |
| Sep 6, 2010 8:25 AM | At local FedEx facility | VANTAA FI | |
| Sep 4, 2010 11:15 PM | In transit | PARIS FR | |
| Sep 4, 2010 10:45 PM | Departed FedEx location | PARIS FR | |
| Sep 4, 2010 7:32 PM | Arrived at FedEx location | PARIS FR | |
| Sep 4, 2010 5:33 AM | In transit | MEMPHIS, TN | |
| Sep 4, 2010 4:38 AM | Departed FedEx location | MEMPHIS, TN | |
| Sep 4, 2010 4:36 AM | In transit | MEMPHIS, TN | |
| Sep 4, 2010 1:02 AM | Departed FedEx location | MEMPHIS, TN | |
| Sep 3, 2010 10:32 PM | Arrived at FedEx location | MEMPHIS, TN | |
| Sep 3, 2010 8:33 PM | Left FedEx origin facility | ORLANDO, FL | |
| Sep 3, 2010 6:42 PM | Picked up | ORLANDO, FL | |

Sign up for FedEx® Billing Online Plus to save paper, save time and enter for a chance to win

Learn more

Global Home | Small Business Center | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995- 2010 FedEx