# Exhibit "A"
# (Part 5 of 7)

# EXHIBIT B

reply



cotaje (Platinum) on Sat 11 Apr 2009 07:50:16 PM UTC

.php

He has not removed the 'impressum.php' but it looks as though the rest of the site he has been through and removed all of the content.

Colin
http://freepcsecurity.co.uk

reply



FlyAqua (Platinum) on Thu 16 Apr 2009 08:30:27 PM UTC

gone

Edit: sorry, accidental post. Wrong thread.

reply



soran (Platinum) on Sun 12 Apr 2009 10:53:04 PM UTC

story

All the following sentences is hopefully covered by §5 german civil rights. The enemy is with us. I fear so.
@g7w : Seems to be a ugly story .As I have written before it's simply fear that he has. I have contacted him on Saturday after his emergency call on my message board. Second latter from "You-know-who-I-mean". 500€ are a lot of money for a young boy never or less also for his parents. But "You-know-who-I-mean" seems to be tradable. "Suspiciously there is something wrong in his "bill of indictment"." Let's see what's going on in the next days. There are a some helping hands on the german site including TV and other possabilities.
check out http://www.nicht-abzocken.eu/news.php?readmore=236...

with a translation tool. Then you will see what I mean.

I will report further on.
"§5 german civil rights end's up here."

reply

1 2 3 4 5 > >>

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

## Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT B

## Post new comment

Your name: mnick

Subject:

Comment: *

Cancel

Preview Submit

Allowed HTML tags: <a> <em> <strong> <cite> <code> <ul> <ol> <li> <dl> <dt> <dd> <img> <red> <green> <yellow>

Lines and paragraphs break automatically.

Web page addresses and e-mail addresses turn into links automatically.

More information about formatting options

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

### Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT C

example.com

* Check a website's reputation

Home　Download　Trust seal　Blog　Forum　Community　Support

Profile　My posts　My scorecard comments

## Board

Your message

☐ Private　　Post

No comments available



Vesa P

Silver member

Member since October 2009

| | |
|---|---|
| My activity score: | 4,331 * |
| My ratings: | 869 * |
| My posts: | 29 |

* Your activity score and the number of ratings are updated daily.

Friends　About us　Press　Terms　Privacy　Partners　Tools　　Choose language　© WOT Services 2010

### Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT D

Profile My posts My scorecard comments

## Board

Your message

Private

Post



Sami
Platinum member
Member since September 2005

| | |
|---|---|
| My activity score: | 79,773 * |
| My ratings: | 38,413 * |
| My posts: | 10,714 |
| First name: | Sami |
| Last Name: | Tolvanen |
| Country: | Finland |

Homepage:
http://www.mywot.com/

* Your activity score and the number of ratings are updated daily.



kiwikiwi (Rookie) 09/28/2010 05:49:17 PM
- Thank you for your kind assistance.
Steve

Show more

Friends About us Press Terms Privacy Partners Tools Choose language © WOT Services 2010

### Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

**EXHIBIT D**

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

### Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT E

example.com

* Check a website's reputation

Home Download Trust seal Blog Forum Community Support

Profile My posts My scorecard comments

## Board

Your message

Private Post

No comments available



Timo

Platinum member

Member since September 2006

My activity score: 11,950 *

My ratings: 12,734 *

My posts: 815

First name: Timo

Last Name: Ala-Kleemola

* Your activity score and the number of ratings are updated daily.

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

**EXHIBIT F**

Profile My posts My scorecard comments



## Board

Your message

Private Post

No comments available

g7w

Platinum member

Member since November 2008

Hello and greetings: My name is David, I currently reside in Massillon, Ohio USA. I am a veteran of the US Navy (1977-1981) and work in the HVAC industry. For those who need to know my age, I'm over 45. :-) Want to know a little more? check out my homepage

| | |
|---|---|
| My activity score: | 51,607 * |
| My ratings: | 524,124 * |
| My posts: | 545,937 |







Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

**EXHIBIT F**

| | |
|---|---|
| Birth Year: | [illegible] |
| First Name: | David |
| Gender: | Male |
| Country: | United States |
| Homepage: | |
| http://g7w.net/ | |

* Your activity score and the number of ratings are [illegible] only

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT G

[redacted]

example.com

* Check a website's reputation

Home Download Trust seal Blog Forum Community Support

Profile My posts My scorecard comments

## Board



Your message

Private

Post

difrawi_defrawy

Platinum member

Member since March 2005

My activity score: 12,358 *

My ratings: 5,998 *

My posts: 4,426

SCAMBUSTER Award 2009

* Your activity score and the number of ratings are updated daily.



Anonymous 09/29/2010 09:54:07 PM

Thank you for great work!

http://www.mywot.com/forum/2181-career-network-scam



EvanH (Rookie) 05/26/2010 10:37:53 PM

i am very new to this but you seem to be in the know about side by side tutors!

I am currently in the market for new work and i found their site....i dont know what phising (I could be wrong on the word there) I looked up their ratings but was hoping you could explain to me what makes them so untrust worthy

Show more

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

### Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

**EXHIBIT H**

Profile My posts My scorecard comments

Home Download Trust Seal Blog Forum Community Support



difrawi_defrawy

Platinum member

Member since March 2009

| | |
|---|---|
| My activity score: | 12,358 * |
| My ratings: | 5,998 * |
| My posts: | 4,426 |

* Your activity score and the number of ratings are updated daily.

## Comments

| Time | Type | Subject |
|---|---|---|
| 09/26/2010 | Forum | placeholder, I think |
| 09/26/2010 | Forum | A list of contributions |

[redacted]

Comment example.com

Hmm, [illegible] june, still a parked page. Vague, no full certainty, but my first thoughts are: a Difrawi placeholder .

A list of contributions on this forum, regarding the Difrawi & Bell phishing scam. It will be updated with future contributions. Please, do not reply to this particular post also. Of course you can always Post new comment.

* Phantom - Thu 11 Sep 2008 Job offer scam sites http://www.mywot.com/forum/1527-job-offer-scam-...

Fri 06 Mar 2009 Three Stars Orlando http://www.mywot.com/forum/2119-three-stars-orl...

Sat 14 Mar 2009 Career Network scam http://www.mywot.com/forum/2181-career-network-...

Sat 14 Mar 2009 Power Applications powerapplications.com Orlando FL http://www.mywot.com/forum/2182-power-applicati...

Mon 16 Mar 2009 What could this be? (buzzgrub related) http://www.mywot.com/forum/2198-what-could-this-...

Tue 05 May 2009 Applicant Tree by Three Stars / Career Network in Orlando http://www.mywot.com/forum/3288-applicant-tree-...

Friends About us Press Terms Privacy Partners Tools

Choose language

© WOT Services 2010

### Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | Thu 28 May 2009 Kelly Joe Ellis http://www.mywot.com/forum/3554-kelly-joe-ellis |
| | | | Wed 03 Jun 2009 Monkeyjar, ponzi phishing http://www.mywot.com/forum/3615-monkeyjar-ponzi... |
| | | | Tue 09 Jun 2009 Job Match Now jobmatchnow.net phishing http://www.mywot.com/forum/3683-job-match-now-j... |
| | | | Wed 10 Jun 2009 Chris Pirillo pyramid phishing cheerleader http://www.mywot.com/forum/3689-chris-pirillo-p... |
| | | | Wed 10 Jun 2009 Aboutus.org scammer's haven http://www.mywot.com/forum/3690-aboutus-org-sca... |
| | | | ~ by Debbie D (scam PR) - Tue 01 Sep 2009 MonkeyJar affiliate shopping site http://www.mywot.com/forum/4256-monkeyjar-affil... |
| | | | ~ Debbie D (scam PR) - Wed 09 Sep 2009 Monkeyjar Affiliate Three Stars http://www.mywot.com/forum/4298-monkeyjar-affil... |
| | | | Mon 14 Sep 2009 Media Logic Inc. medialogicinc.com fka Three Stars Inc phishing scam http://www.mywot.com/forum/4332-media-logic-inc... |
| | | | ~ bennieg (scam troll) - Mon 14 Sep 2009 medialogicinc.com - Media Logic Inc. http://www.mywot.com/forum/4333-medialogicinc-c... |
| | | | ~ Debbie D (scam PR) - Tue 15 Sep 2009 What Media Logic Inc. is http://www.mywot.com/forum/4338-what-media-logi... |
| | | | Wed 16 Sep 2009 NEXTMEDIAPARTNERS.COM Consider This Marketing, another Dafrawi phishing scam http://www.mywot.com/forum/4354-nextmediapartne... |
| | | | Thu 29 Oct 2009 Buzzgrub on Hotjobs http://www.mywot.com/forum/4718-buzzgrub-on-hot... |
| | | | Tue 03 Nov 2009 Internet-Company.com next Dafrawi phishing site? |

Friends About us Press Terms Privacy Partners Tools
Choose language © WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

**EXHIBIT H**

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | http://www.mywot.com/forum/4780-internet-compan... |
| | | | Tue 17 Nov 2009 Side by Side Tutors phishing scam http://www.mywot.com/forum/4675-side-by-side-tu... |
| | | | Tue 17 Nov 2009 Internet Project Systems phishing scam http://www.mywot.com/forum/4676-internet-projec... |
| | | | Tue 17 Nov 2009 The Meganiche phishing scam http://www.mywot.com/forum/4873-the-meganiche-p... |
| | | | Tue 17 Nov 2009 The Job Cooler Jobs phishing scam http://www.mywot.com/forum/4874-the-job-cooler-... |
| | | | Thu 19 Nov 2009 Get Your Contractor Jobs phishing scam http://www.mywot.com/forum/4903-get-your-contra... |
| | | | ~ by Leo13 (maybe related) • Fri 20 Nov 2009 Complete Job Search - completejobsearch.net Phishing http://www.mywot.com/forum/4911-complete-job-se... |
| | | | Sat 05 Dec 2009 Employment Network employmentnetwork.org phishing scam http://www.mywot.com/forum/5016-employment-netw... |
| | | | Sat 05 Dec 2009 The Media Company media-company.net phishing scam http://www.mywot.com/forum/5017-the-media-compa... |
| | | | Sat 05 Dec 2009 Web Development Group webdevelopmentgroup.net phishing scam http://www.mywot.com/forum/5023-web-development... |
| | | | Mon 07 Dec 2009 The Recruiter Source therecruitersource.com phishing scam http://www.mywot.com/forum/5029-the-recruiter-s... |
| | | | Wed 20 Jan 2010 Gulf Coast Staffing phishing scam advancedjobs.net advancedjobsapplication.net http://www.mywot.com/forum/5357-gulf-coast-staf... |
| | | | Fri 29 Jan 2010 Job Match Direct jobmatchdirect.com phishing scam |

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
| --- | --- | --- | --- |
| | | | Indeed affiliate http://www.mywot.com/forum/5433-job-match-direc... |
| | | | Fri 29 Jan 2010 The Home Room Project homeroomproject.com / Hidden Job Source hiddenjobsource.com phishing scam on Facebook http://www.mywot.com/forum/5431-the-home-room-p... |
| | | | Fri 29 Jan 2010 Million Student Project phishing scam MillionStudentProject.org MillionStudentProject.com http://www.mywot.com/forum/5432-million-student... |
| | | | Sat 30 Jan 2010 Wireless Communication Services, Inc. wirelesscommunicationservices.com wirelesscommunicationscorp.com phishing scam sms texting http://www.mywot.com/forum/5437-wireless-commun... |
| | | | Sat 30 Jan 2010 (likely a F/P) Alcoa domain fairchilddirect.com on Ditrawi scam server http://www.mywot.com/forum/5440-alcoa-domain-fa... |
| | | | http://www.mywot.com/forum/5689-a2z-placement-p... Wed 03 Mar 2010 A2Z Placement placingservices.com phishing scam on Hotjobs |
| | | | http://www.mywot.com/forum/5690-the-hr-departme... Wed 03 Mar 2010 The HR Depadment the-hrdepartment.com phishing scam on SimplyHired/Jobamatic and Employmentguide |
| | | | http://www.mywot.com/forum/5692-mann-security-c... Wed 03 Mar 2010 Mann Security Consulting mannsecurityconsulting.com phishing scam |
| | | | http://www.mywot.com/forum/5693-best-choice-car... Wed 03 Mar Best Choice Careers bestchoicecareers.com phishing scam |
| | | | http://www.mywot.com/forum/5833-career-center-c... Wed 17 Mar 2010 Career Center Corporation careercentercorp.com phishing scam |

Friends About us Press Terms Privacy Partners Tools

Choose language

© WOT Services 2010

## Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | http://www.mywot.com/forum/6431-job-nab-jobnab-... Tue 18 May 2010 Job Nab Jobnab.com phishing scam on Facebook Marketplace / Oodle<br>http://www.mywot.com/forum/6779-job-source-plan... Wed 23 Jun 2010 Job Source Planet Jobsourceplanet.com phishing scam<br>http://www.mywot.com/forum/7445-the-supermodel-... Sun 29 Aug 2010 The Supermodel Project facebook.com/thesupermodelproject Orlando FL phishing scam<br>http://www.mywot.com/forum/7794-johnson-armel-c... Sun 26 Sep 2010 Johnson & Armel Consulting & Staffing johnsonandarmelconsulting.com phishing scam<br>====<br>POSSIBLY RELATED<br>Mon 15 Jun 2009 Defamation campaign against Web of Trust http://www.mywot.com/blog/157-defamation-campai...<br>Wed 12 Aug 2009 mywotinvestigation.com http://www.mywot.com/forum/4134-mywotinvestigat<br>Fri 08 Jan 2010 http://www.mywot.com/forum/5272-can-web-of-trus...<br>Sat 09 Jan 2010 WOT defamation page on facebook: www.facebook.com/mywot<br>http://www.mywot.com/forum/5274-wot-defamation-... |
| 09/26/2010 | Forum | Johnson and Armel Consulting & Staffing johnsonandarmelconsulting.com phishing scam | Johnson and Armel Consulting & Staffing ( johnsonandarmelconsulting.com ) is another company name to be added to the Dihawi & Bell scams list. Started out last April, now has 1500 job ads on various boards and over 200K of monthly visitors. Purportedly run by Texan gals Stefanie Armel and Ella Johnson.<br>I challenge any reputable investigating journalist to identify and interview these apparently very successful startup-entrepenours. My prediction: they cannot |

**EXHIBIT H**

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | be found. Reason: they do not exist, they are a complete fabrication. The whole operation is run as usual from offices in Orlando, Florida.<br>---<br>Given address:<br>5856 Sherry Lane, Suite 1000 Dallas, Texas<br>Phone: (214) 377-6101<br>---<br>Registrant:<br>Johnson Armel Consulting<br>ATTN JOHNSONANDARMELCONSULTING.CO<br>care of Network Solutions<br>PO Box 459<br>Drums, PA. US 18222<br>Domain Name:<br>JOHNSONANDARMELCONSULTING.CO<br>Administrative Contact, Technical Contact:<br>Johnson Armel Consulting<br>ATTN<br>JOHNSONANDARMELCONSULTING.CO<br>care of Network Solutions<br>PO Box 459<br>Drums, PA 18222<br>US<br>570-708-8780<br>Record expires on 23-Mar-2011.<br>Record created on 23-Mar-2010.<br>Domain servers in listed order:<br>NS1.LNHI.NET<br>NS2.LNHI.NET 65.36.160.56<br>IP Address: 204.12.106.1<br>IP Location: - United States - Hostmysite<br>I guess there are a lot more domains associated to this one, but unfortunately these days I am not able to spend enough time to dig 'm up. Everyone's help is appreciated.<br>---<br>See for an overview:<br>http://www.mywot.com/forum/5541-the-diffrawl-bel... |
| 08/29/2010 | Forum | few more | advantagiousprofessions.com<br>bcjobsnow.net<br>beaconemployment.com |

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | brightcareeroptions.com<br>corporatepositioning.net<br>delightfulemployment.com<br>employer-backoffice.com<br>employmentdelight.com<br>featuredemployment.com<br>maximumonlinejobs.com<br>the-careerspot.com<br>thejoboptions.com<br>trinitycorporateresources.net<br>urbanrecruiters247.com |
| 08/29/2010 | Forum | The Supermodel Project facebook.com/thesupermodelproject Orlando FL phishing scam | Why erect your own scam website when there is Facebook? Obviously Facebook does not care the slightest bit about the safety of its visitors. No TOS, no PP, no nothing becomes known about this shady "part of a multimillion dollar venture" http://www.facebook.com/thesupermodel |

See the application form:

The Supermodel Project is part of a multimillion dollar venture to create the single largest online platform for models and actors in the world. We are currently seeking select models and industry insiders that reside in the Orlando, FL area to act as a focus group for our new online services.

Our project is backed by the largest names in the industry and our executive team is a combination of top modeling industry and tech executives. We are looking for local industry talent and people wanting to get into the industry to act as an extended focus group.

If you would like to be a part of the team please complete the form below.

First Name
Last Name
Email Address

Age
Zip Code
Height

Weight (lbs)

You may select more than one of the following
I am a model/actor
I would like to be a model/actor
I would like to be a talent scout

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on YouTube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | I am a part of the industry in a non-talent role<br>I would be interested in future full-time employment with your company<br>Yes No Maybe<br>On Juli 19 they had 2 job ads on Snagajob.com and InternationalJobs.com, offering positions as Talent Scout and Casting Manager. Still visible in Google cache at this moment.<br>My educated guess: a new Alec Difrawi phishing scam. Hard to tell at this time if it will grow any bigger. It may just be intended to serve Ayman's favorite hobby: getting young girls not even half his age into his bed.<br>Following domain names have been registered anonymously via Network Solutions on Juli 1, 2010.<br>IP Address: 205.178.189.129 (Reverse underconstruction.networksolutions.com)<br>thesupermodelproject.com<br>thesupermodelproject.net<br>thesupermodelproject.org |
| 08/25/2010 | Forum | BBB reports | Exerpts of BBB reports about Difrawi & Bell's "main" companies in the last five years.<br>http://www.bbb.org/stlouis/business-reviews/intern...<br>BBB Accreditation<br>On December 3, 2009 the accreditation was suspended due to engaging in activities reflecting poorly on the BBB or its members. The matter will be reviewed by the BBB's Board of Directors at its next meeting.<br>Business Contact and Profile<br>Name: Three Stars Inc<br>Phone: (636) 203-4023<br>Address: 16805 Sunset Office Dr Ste 300<br>Saint Louis, MO 63127-1027<br>Website: http://www.threestarsinc.com<br>Original Business Start Date: January 2007 |

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

## Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | Principal: Ms. Kelly Weems, Operations Manager<br>Customer Contact: Ms. Kelly Weems, Operations Manager - (314) 754-1783<br>Incorporated: September 2007, MO<br>Additional DBA Names: Absolute Concept Corp (????)<br>Additional company management personnel include: Mr. Shau Darr - President<br><br>Additional Addresses<br>Two City Place Dr, 2nd Floor<br>Saint Louis, MO 63141<br>==<br>http://centralflorida.app.bbb.org/newsearc<br>c...<br><br>Based on BBB files, this business has a BBB Rating of F<br><br>Name: Three Stars Media, Inc.<br>Phone: (321) 293-3236<br>Address: 1743 Park Center Drive, Orlando, FL 32835<br>Business Category: Internet Marketing Services, Internet Web Design, Job Listing & Advisory Services, Marketing Programs & Services<br>eMail: info@threestarsmedia.com<br>BBB file opened: October 07, 2008<br>Business started locally: September 2008<br>Primary Contact: Myra Nicholson (Attorney)<br>Complaint Contact: Julie Elling (Exective Legal Assistant)<br>Other Contacts:<br>Ms. Terri Bears<br>Mr. Alec Delrawi (Consultant)<br>M/M Kelly Welch Romero (Vice President)<br><br>Alternate Business Names:<br>Employment Select<br>Placement 101 Jobs<br>The Internet Company, Inc.<br>Three Stars Inc.<br><br>Additional Locations and Phone Numbers<br>1743 Park Center Drive, 4 th Floor, Orlando, FL 32835<br>6965 Piazza Grande Avenue, Orlando, FL 32835, Orange County<br>2295 S. Hiawassee Rd. #1000, Orlando, FL 32835, Orange County |

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on YouTube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | (314) 754-1793<br>(321) 293-3230<br>(646) 520-0697<br>(321) 293-3203 (FAX)<br><br>The company operates the Career Network job board under a variety of different names. (A separate report is available on Career Network.)<br><br>11 complaints - 4 resolved - 2 Company did not respond<br><br>=====<br><br>http://centralflorida.app.bbb.org/newsearc C...<br><br>Based on BBB files, this business has a BBB Rating of F<br><br>Name: Career Networks, Inc.<br>Phone: (800) 516-1764<br>Address: 6895 Plaza Granda Ave., Ste. 315, Orlando, FL 32835<br>Business Category: Job Listing & Advisory Services<br>BBB file opened: June 25, 2008<br>Business started: February 2009<br>Business started locally: February 2009<br>Primary Contact: Ms. Kelly Romero (President)<br>Other Contacts:<br>Mr. Jason Badenoch (HR Manager)<br>Mr. Ralph Bell (Mr.)<br>Mr. Alec DeFrawy<br>Ms. Jill Martin<br><br>Alternate Business Names:<br>Extend Your Careers<br>Medialogic<br>thejobpush.com<br><br>Additional Locations and Phone Numbers<br>1743 Park Center Drive, Orlando, FL 32835, Orange County<br>(321) 249-1490<br>(646) 520-0697<br><br>Complaints concern consumers applying for jobs posted by the company or being contacted by the company based on their resume posted online. According to consumers, no job exists and the company asks consumers for information that is not relevant to hiring or a job search.<br>The BBB has been unable to contact the company concerning complaint(s). We |

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

Time Type Subject

Comment

have not been able to determine a valid address and/or phone number for this company.

Additional Information
As of August 2009 the BBB is unable to contact this company by mail. All addresses provided by the company are undeliverable according to the Post Office. The BBB does send a first notice to Keith Kress at kkress@kress-law.com but complaints still go unanswered. As of January 2010, Mr. Kress has advised he is no longer associated with Career Networks. The BBB can no longer process complaints. All future complaints will be recorded against the company as unable to contact.

72 complaints - 25 resolved - 47 unresolved (12 times Company did not respond, or The company could not be located or is out of business)

====

http://centralflorida.app.bbb.org/newsearc C...

Based on BBB files, this business has a BBB Rating of F

Name: Internet Solutions Corporation
Phone: (321) 293-0685
Address: 2295 S. Hiawassee Rd., Ste. 311, Orlando, FL 32835
Business Category: Job Listing & Advisory Services
BBB file opened: May 15, 2008
Primary Contact: Keith Kress (General Counsel)
Complaint Contact: Keith Kress (General Counsel)
Other Contacts:
Mr. Alec Defrawi
Mr. Ayman A. El-Difrawi

Alternate Business Names:
Consumer Business Bureau
Instant Human Resources
Titan Website
Toospoiled.com
USA Voice
VeriResume

Additional Locations and Phone Numbers
PO Box 915096, Longwood, FL 32791, Seminole County

Friends About us Press Terms Privacy Partners Tools

Choose language

© WOT Services 2010

## Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

## What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

Time Type Subject

Comment

5401 S. Kirkman Rd., Ste. 310, Orlando, FL 32819, Orange County

According to information available, the company collects personal information through the use of online job sites. Alec DeFrawi is also known to the BBB from Studio 58 and Options Talent, which are no longer in operation.

13 complaints - 11 resolved

====

http://www.dc.bbb.org/report.html?nationalry&compl...

Based on BBB files, this business has a BBB Rating of F

Name: Instant Human Resources
Phone: (301) 216-3814
Address: One Research Court Suite 450, Rockville, MD 20850
Business Category: Employment Agencies
BBB file opened: January 20, 2006

Alternate Business Names
Internet Solutions Corp.
National Human Resources
World Careers (Worldcareersite)

Additional Locations and Phone Numbers:
the postal service w/no fwdg. address.,
PO Box 915096, Longwood, FL 32791
(301) 216-3814
(301) 216-3824

The company provides internet based employment services, purportedly for telework positions.
Additional Locations and Phone Numbers
The BBB has been unable to contact the company concerning complaint(s). We have not been able to determine a valid address and/or phone number for this company.

2 unanswered complaints

====

http://www.la.bbb.org/Business-Report/TocSpoiled-1...

BBB rating: F

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on YouTube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.
Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | Significant reasons for this rating:<br>Unanswered Complaints<br>Business type is problematic<br><br>Address:<br>700 South Flower Street, Suite 1100 #208<br>Los Angeles, CA 90017<br><br>Web Site: hxxp://www.toospoiled.com<br>Contact: Customer Service -<br>Business Start Date: N/A<br>Company ID: 100056527<br>Nature of Business: The company's business sis providing talent agency services.<br><br>Our complaint history for this company shows that the business has not responded to customer complaints brought to its attention by the Bureau.<br><br>3 unanswered complaints<br><br>====<br><br>http://www.bbb.org/new-york-city/business-reviews/...<br><br>Based on BBB files, this business has a BBB Rating of F<br><br>Business Name;<br>Impact 210 Worldwide<br>Too Spoiled<br>TooSpoiled.com<br>Business Address: 447 Broadway, 4th Floor, New York, NY 10013<br>Original Business Start Date: 4/1/2005<br>Incorporated: 2005 in NJ<br>Principals:<br>Peter Lulenek, President<br>Michael Fomkin, President<br>Phone Number: (212) 334-5325<br>Fax Number: (212) 334-2002<br>Email Address: michael@impact210.com<br>Website Address:<br>hxxp://www.impact210.com<br>hxxp://www.impact210.com<br>hxxp://www.impact-worldwide-talent.com<br>hxxp://www.impactww.com<br><br>Additional Locations & Phone Numbers<br>700 S Flower Street, Suite 1100 #208<br>Los Angeles , CA 90017<br><br>According to complaints filed with the Bureau, Impact 210 Worldwide engages in aggressive marketing in order to recruit "talent scouts". The company |

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | sends e-mails or makes calls to "eligible" job seekers stating that the job available has benefits and a salary of up to $78,000. Complaints report that the "job" is actually a commission sales position and many consumers do not get their paychecks. Consumers report that when they pay for talent services and services are not rendered they cannot get a refund. Reports also state that it is extremely difficult to contact the company.<br>23 complaints - 13 No Response - 10 Unpursuable |
| 06/24/2010 | Forum | Keith Howze, the internet company employee | Try http://www.google.com/search?q=%22The+Internet+Com...<br>Top result is a facebook page entitled " Stop The Internet Company Scam \| Facebook" . The page has just been removed, but at the moment is is still in cache<br>This is Google's cache of http://www.facebook.com/pages/Stop-The-Internet-Co...<br>. It is a snapshot of the page as it appeared on 19 Jun 2010 06:56:38 GMT.<br>http://webcache.googleusercontent.com/s q=cac...<br>Quoting Keith Howze: Yes, I can assure you, the jobs are real. (I work there as well. (means the internet company)) Some companies charge a fee to use their site. We put ads on the job applications so that we don't have to charge job applicants or employers to use our site. I know first hand how hard it is out there...don't give up!<br>April 1 at 6:56am<br>Overview @ http://www.mywot.com/forum/5541-the-difrawi-bel... |
| 06/23/2010 | Forum | Job Source Planet Jobsourceplanet.com phishing scam | Job Source Planet Jobsourceplanet.com is another name for the same old deceptive leads-generation scam The Internet Company aka Career Network by Orlando FL crooks Difrawi and Bell. Seems like they just started this one, it isn't even in Google yet. On the site's |

Friends About us Press Terms Privacy Partners Tools

Choose language

© WOT Services 2010

## Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | TOS page it says it is owned by Power Applications, Inc. Powerapplications.com is a career-network.com clone. On the About page however it says the company was founded by some unmentioned Brazilian and was taken over by his nephew, one Fabier Oliveira Sobrinho. Mr Sobrinho is completely-untraceable-on-the-web and no doubt purely fictional.<br><br>At the moment they have 12 ads on Yahoo Hotjobs http://hotjobs.yahoo.com/careers-797565-Job_Source...<br><br>Given address;<br>Job Source Planet<br>15751 Sheridan St., Ste. 100<br>Ft. Lauderdale FL 33331<br>+1 800 559 6580 |
| 06/22/2010 | Forum | latest | abcemploymentjobs.com<br>amazing-jobs.com<br>astonishingcareers.com<br>careercabin.com<br>careercapabilities.net<br>careercentercorpjobs.com<br>careerspecialistjobs.com<br>cooperativeemployment.com<br>employmentbell.com<br>employmentrace.com<br>employmentselectjobs.net<br>enviouscareer.com<br>getbacktoworkjobs.com<br>globalcareerchoice.com<br>innovativerecruiter.com<br>jobsourceplanet.com<br>jobachievement.com<br>kitchentablerecruiterjobs.com<br>myjobmarkets.com<br>mypotentialcareer.com<br>nextmediapartnerscareers.com<br>numerouscareers.com<br>numerousjobs.net<br>professionpost.com<br>qualifiedcareers.com<br>rbennettdentcareers.com<br>selectiverecruitingsolution.com<br>showcaseemployment.com<br>thecareerjobspot.com<br>thejob-spot.com<br>trueresponsecareers.com<br>workingenvironment.net |

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

## Keep in touch with us

- Like us on Facebook
- Join the professional group on LinkedIn
- Follow us on Twitter
- Watch WOT videos on Youtube
- Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

- Read the latest newsletter
- Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| 05/18/2010 | Forum | Job Nab Jobnab.com phishing scam on Facebook Marketplace / Oodle | JobNab.com is part of the Internet Company in Orlando FL. Job Nab is recruiting "job scouts" nationwide to supply Facebook Marketplace / Oodle and other boards with the usual Difrawi & Bell crap to get desperate job seeker's personal information, Also as usual hardly anybody will get paid for their work. Major traffic is generated via http://www.facebook.com/JobNab?v=app_110455825651 2...<br>and job board Oodle.<br>Jobnab.com on IP 64.45.62.32 was already rated. There are now 49 domains hosted on this IP address. I found 42 of the new ones myself, need assistance for the remaining. Strange, they were created in March, but only a few show up in roblex.<br>Category: phishing and other scams<br>apply-here-now.com<br>apply-here-now.net<br>apply-herenow.com<br>apply-herenow.net<br>applyhere-now.com<br>applyhere-now.net<br>apply-right-now.com<br>apply-right-now.net<br>apply-rightnow.com<br>apply-rightnow.net<br>applyright-now.com<br>applyright-now.net<br>click-here-to-apply.com<br>click-here-to-apply.net<br>click-here-toapply.com<br>click-here-toapply.net<br>click-heretoapply.com<br>click-heretoapply.net<br>click-to-apply-now.com<br>click-to-apply-now.net<br>click-to-apply.com<br>click-to-apply.net<br>click-to-applynow.com<br>click-to-applynow.net<br>click-toapply.com<br>click-toapply.net<br>click-toapplynow.com<br>click-toapplynow.net<br>clickhere-toapply.com<br>clickhere-toapply.net<br>clickhereto-apply.com<br>clickhereto-apply.net<br>clickheretoapply.net<br>clickto-apply.com |

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

Like us on Facebook
Join the professional group on LinkedIn
Follow us on Twitter
Watch WOT videos on Youtube
Grab screenshots from Flickr

What's new?

Keep up with what's happening.

Read the latest newsletter
Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

Contribute Now

# EXHIBIT H

| Time | Type | Subject | Comment |
|---|---|---|---|
| | | | clickto-apply.net<br>clicktoapply-now.com<br>clicktoapply-now.net<br>clicktoapply.net<br>clicktoapplynow.com<br>clicktoapplynow.net<br>clicktoapplyrightnow.com<br>clicktoapplyrightnow.net<br><br>See also<br>http://www.mywot.com/forum/5541-the-difawi-bot... |
| 05/18/2010 | Forum | couple of new ones popped up | internetcompanycareers.com<br>abcemploymentservicesjobs.com<br>advance-yourcareer.com<br>advance-yourjob.com<br>advanced-jobbank.com<br>afinitymediapartners.com<br>afinitymedia-partnersnow.com<br>afinity-mediapartnersnow.com<br>afinity-media-partnersnow.com<br>afinity-media-partners-now.com<br>affinitymedia-jobamatic.com<br>alternativecareerchoices.com<br>available-jobsonline.com<br>availableposition.net<br>careerfancy.com<br>cooperativecareers.com<br>coordinatedemployment.com<br>corporatecultures.net<br>dashforcareers.com<br>dashingcareers.com<br>employmentselectjobs.net<br>employmentstaffingnow.com<br>firststopcareers.com<br>focusedjobs.net<br>getstartedjobs.com<br>immensecareers.com<br>jobmarketcentral.com<br>jobresourcecenters.com<br>myadvanced-jobbank.com<br>nationalstaffingjobs.net<br>newjobspot.com<br>onsitejobs.com<br>selectiverecruitingsolutionjobs.com<br>sidebysideemployment.com<br>sparklingemployment.com<br>thesimplejobsolutions.com<br>the-career-exchange.com<br>todayscareermarket.com<br>variousvocations.com<br>yournextprofession.com |

Friends About us Press Terms Privacy Partners Tools

Choose language © WOT Services 2010

Keep in touch with us

Like us on Facebook

Join the professional group on LinkedIn

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers:

Contribute Now