**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO.: 6:10-cv-01826-GAP-KRS**

**CAREER NETWORK, INC., a Delaware corporation, THREE STARS MEDIA, INC., a Delaware corporation, THREE STARS, INC., a Missouri corporation, d/b/a THREESTARS OF CENTRAL FLORIDA, INC., INTERNETCOMPANY, INC., a Delaware corporation, d/b/a INTERNET- COMPANY OF CENTRAL FLORIDA, INC., MEDIALOGIC, INC., a Delaware corporation, POWER APPLICATIONS, INC., a Delaware corporation, MONKEYJAR, INC., a Delaware corporation, and BUZZGRUB, INC., a Delaware corporation,**

          **Plaintiffs,**

   v.

**WOT SERVICES, LTD., a Finish Limited partnership, AGAINST INTUITION, INC., a Finish partnership, ESA SUURIO, individually, VESA PERÄLÄ, individually, SAMI TOLVAHEN, individually, TIMO ALA-KLEEMOLA, individually, DAVID STADLER a/k/a g7w, and JOHN AND JANE DOES 1 THROUGH 100, all whose true names are unknown,**

          **Defendants.**

**<u>DEFENDANTS WOT SERVICES, LTD'S AND
AGAINST INTUITION, INC.'S, RULE 7.1 DISCLOSURE STATEMENT</u>**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants WOT Services, Ltd. and Against Intuition, Inc., state as follows:

1. There is no parent corporation of Defendants WOT Services, Ltd. and Against Intuition, Inc.

2. There is no public company that owns 10% or more of the stock of Defendants WOT Services, Ltd. and Against Intuition, Inc.

| | |
|---|---|
| Dated:  December 10, 2010 | **DUANE MORRIS LLP**<br>200 South Biscayne Boulevard, Suite 3400 |
| *Of Counsel:* | Miami, Florida 33131<br>Telephone: 305.960.2200 |
| Sandra A. Jeskie<br>(motion *pro hac vice* to be filed)<br>jeskie@duanemorris.com | Facsimile:  305.397.2536 |
| Duane Morris LLP | \_\_\_\_s/ Warren D. Zaffuto\_\_\_\_\_ |
| 30 South 17th Street | Harvey W. Gurland, Jr., P.A |
| Philadelphia, PA 19103-4196 | Florida Bar No.:  284033 |
| Telephone:  215.979.1395 | HWGurland@duanemorris.com |
| Facsimile:  215.979.1020 | Warren D. Zaffuto |
| | Florida Bar No. 0743461 |
| | WDZaffuto@duanemorris.com |
| | *Counsel for Defendants WOT Services, Ltd. and Against Intuition, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF which will send a notice of electronic filing to the following:  **Myra P. Nicholson, Esq.**, Myra Nicholson, P.A., 1743 Park, Center Drive, Orlando, Florida 32825.

                                                  \_\_\_\_s/ Warren D. Zaffuto_____
                                                     Warren D. Zaffuto

DM1\2430634.1