**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CAREER NETWORK, INC., et al,**

           **Plaintiffs,**         Case No. 6:10-cv-01826-Orl-31KRS

    v.

**WOT SERVICES, LTD, et al.,**

           **Defendants.**

**DEFENDANTS WOT SERVICES, LTD AND AGAINST INTUITION, INC.'S CERTIFICATE OF INTERESTED PERSONS AND <u>CORPORATE DISCLOSURE STATEMENT</u>**

On behalf of Defendants WOT Services, Ltd. ("WOT Services") and Against Intuition, Inc. ("AII") (collectively, "WOT Defendants"), we hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable entities related to *any* party in the case:

    a.    **Timo Ala-Kleemola**
    b.    **Sami Tolvanen**
    c.    **Esa Suurio**
    d.    **Start Fund 1, a fund of Finnish Industry Investment Ltd.**
    e.    **Open Ocean Fund Two, a fund controlled by Open Ocean Capital Ltd.**
    f.    **While counsel for WOT Defendants do not have "an interest in the outcome," the attorneys of record for WOT Defendants are currently Harvey W. Gurland, Jr., P.A., Warren D. Zaffuto, Esq. of Duane Morris LLP. WOT Defendants also intends to submit a motion *pro hac vice* on behalf of attorney Sandra A. Jeskie, Esq. of Duane Morris LLP.**

2.)     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**WOT Defendants are not aware of any other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.**

3.)     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**WOT Defendants are not aware of any other entity that is likely to be an active participant in the proceedings.**

4.)     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Plaintiffs allege that they are the victims of wrongful civil conduct. WOT Defendants dispute these contentions and denies any and all wrongful conduct as alleged in Plaintiffs' Complaint.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

| | |
|---|---|
| Dated:  December 21, 2010 | **DUANE MORRIS LLP** |
| | 200 South Biscayne Boulevard, Suite 3400 |
| *Of Counsel:* | Miami, Florida 33131 |
| | Telephone: 305.960.2200 |
| Sandra A. Jeskie | Facsimile:  305.960.2201 |
| (motion *pro hac vice* to be filed) | |
| jeskie@duanemorris.com | |
| Duane Morris LLP | s/ Warren D. Zaffuto |
| 30 South 17th Street | Harvey W. Gurland, Jr., P.A |
| Philadelphia, PA 19103-4196 | Florida Bar No.: 284033 |
| Telephone:  215.979.1395 | HWGurland@duanemorris.com |
| Facsimile:  215.979.1020 | Warren D. Zaffuto |
| | Florida Bar No. 0743461 |
| | WDZaffuto@duanemorris.com |
| | |
| | *Counsel for Defendant WOT Services, Ltd. and Against Intuition, Inc.* |

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 21st day of December, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF which will send a notice of electronic filing to the following: **Myra P. Nicholson, Esq.**, Myra Nicholson, P.A., 1743 Park, Center Drive, Orlando, Florida 32825.

                 s/ Warren D. Zaffuto
                  Warren D. Zaffuto