**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CAREER NETWORK, INC., et al,**

        **Plaintiffs,**        Case No. 6:10-cv-01826-Orl-31KRS

  **v.**

**WOT SERVICES, LTD, et al.,**

        **Defendants.**

**DEFENDANTS WOT SERVICES, LTD AND AGAINST INTUITION, INC.'S**
**NOTICE OF PENDENCY OF OTHER ACTIONS**

On behalf of Defendants WOT Services, Ltd. ("WOT Services") and Against Intuition, Inc. ("AII") (collectively, "WOT Defendants"), and in accordance with Local Rule 1.04(d), we certify that the instant action:

**  X  IS**        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

        Career Network, Inc. et al. v. WOT Services, Ltd. et al., Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2010-CA-022724-O – Notice of Removal filed on December 7, 2010 and amended on December 9, 2010

**___ IS NOT**    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

| | |
|---|---|
| Dated:  December 21, 2010 | **DUANE MORRIS LLP**<br>200 South Biscayne Boulevard, Suite 3400 |
| *Of Counsel:* | Miami, Florida 33131<br>Telephone: 305.960.2200 |
| Sandra A. Jeskie<br>(motion *pro hac vice* to be filed)<br>jeskie@duanemorris.com | Facsimile:  305.960.2201 |
| Duane Morris LLP | _____ s/ Warren D. Zaffuto_____ |
| 30 South 17th Street | Harvey W. Gurland, Jr., P.A |
| Philadelphia, PA 19103-4196 | Florida Bar No.:  284033 |
| Telephone:  215.979.1395 | HWGurland@duanemorris.com |
| Facsimile:  215.979.1020 | Warren D. Zaffuto<br>Florida Bar No. 0743461<br>WDZaffuto@duanemorris.com |

*Counsel for Defendant WOT Services, Ltd. and Against Intuition, Inc.*

### CERTIFICATE OF SERVICE

I I HEREBY CERTIFY that on this 21st day of December, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF which will send a notice of electronic filing to the following:   **Myra P. Nicholson, Esq.**, Myra Nicholson, P.A., 1743 Park, Center Drive, Orlando, Florida 32825.

_____ s/ Warren D. Zaffuto_____
Warren D. Zaffuto

2