**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **CAREER NETWORK, INC.**, a Delaware corporation, **THREE STARS MEDIA, INC.**, a Delaware corporation, **THREE STARS, INC.**, a Missouri corporation, d/b/a **THREESTARS OF CENTRAL FLORIDA, INC., INTERNETCOMPANY, INC.**, a Delaware corporation, d/b/a **INTERNET-COMPANY OF CENTRAL FLORIDA, INC., MEDIALOGIC, INC.**, a Delaware corporation, **POWER APPLICATIONS, INC.**, a Delaware corporation, **MONKEYJAR, INC.**, a Delaware corporation, and **BUZZGRUB, INC.**, a Delaware corporation, | CASE NO.:  6:10-cv-01826-GAO-KRS |

                Plaintiffs,

  v.

**WOT SERVICES, LTD**, a Finish Limited partnership, **AGAINST INTUITION, INC.**, a Finish partnership, **ESA SUURIO**, individually, **VESA PERÄLÄ**, individually, **SAMI TOLVAHEN**, individually, **TIMO ALA-KLEEMOLA**, individually, **DAVID STADLER** a/k/a g7w, and **JOHN AND JANE DOES 1 THROUGH 100**, all whose true names are unknown,

                Defendants.

**DEFENDANTS WOT SERVICES, LTD'S AND AGAINST INTUITION, INC.'S UNOPPOSED MOTION FOR PERMISSION OF SANDRA A. JESKIE TO APPEAR _PRO HAC VICE_**

    Defendants WOT SERVICES, LTD. ("WOT") and AGAINST INTUITION, INC. ("AI")

pursuant to Rule 2.02 of the Rules of  the United States District Court for the Middle District of

Florida, files this Unopposed Motion for Permission of Sandra A. Jeskie to Appear *Pro Hac Vice* on behalf of WOT and AI in this case, and in support states as follows:

1.	Sandra A. Jeskie is a member of the law firm of Duane Morris LLP, which maintains an office at 30 South 17th Street, Philadelphia, Pennsylvania 19103-4196.  Ms. Jeskie has prepared an Affidavit in Support of Unopposed Motion to Appear *Pro Hac Vice*, which is attached hereto as Exhibit "A".

2.	Ms. Jeskie is a member in good standing of the bars for the Commonwealth of Pennsylvania and the State of New Jersey, and is admitted to practice before the bars of the United States District Court for the District of New Jersey, Eastern and Western Districts of Pennsylvania and the United States Court of Appeals for the First and Third Circuits.  She has never been denied admission before any court, nor has she been disciplined, reprimanded, suspended, or otherwise sanctioned by any court.  Ms. Jeskie is not admitted to the Florida Bar.

3.	Ms. Jeskie has attested that she has reviewed the Rules of the United States District Court for the Middle District of Florida, and will abide by those rules of practice and procedure before this Court.

4.	Ms. Jeskie does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

5.	Ms. Jeskie has agreed to pay an admission fee in accordance with the Rules of the United States District Court for the Middle District of Florida.

6.	Ms. Jeskie has designated as local trial counsel, Warren D. Zaffuto, Esq., a member in good standing of the United States District Court for the Middle District of Florida

with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom all notices and papers shall be served.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

7. The undersigned counsel certifies that counsel for WOT and AI has contacted counsel for Plaintiffs, and that Plaintiffs have no objection to the relief sought in this Motion.

WHEREFORE, Defendants WOT SERVICES, LTD. and AGAINST INTUITION, INC. respectfully requests that this Court permit Sandra A. Jeskie to appear and participate in this action *pro hac vice*.

| | |
|---|---|
| Dated:  December 29, 2010 | **DUANE MORRIS LLP** <br> 200 South Biscayne Boulevard |
| *Of Counsel:* | Suite 3400 <br> Miami, Florida 33131 |
| Sandra A. Jeskie | Telephone: 305.960.2200 |
| (motion *pro hac vice* pending) | Facsimile:  305.397.2536 |
| Jeskie@duanemorris.com | |
| Duane Morris LLP | |
| 30 South 17th Street | _ s/ Warren D. Zaffuto _ |
| Philadelphia, PA 19103-4196 | Harvey W. Gurland, Jr., P.A |
| Telephone:  215.979.1395 | Florida Bar No.:  284033 |
| Facsimile:  215.979.1020 | HWGurland@duanemorris.com |
| | Warren D. Zaffuto |
| | Florida Bar No. 0743461 |
| | WDZaffuto@duanemorris.com |
| | |
| | *Counsel for Defendants WOT Services, Ltd. and Against Intuition, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of December, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF which will send a notice of electronic filing to the following: **Myra P. Nicholson, Esq.**, Myra Nicholson, P.A., 1743 Park Center Drive, Orlando, Florida 32825.

s/ Warren D. Zaffuto  
Warren D. Zaffuto

DM1\2428609.1