# Exhibit "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAREER NETWORK, INC., a Delaware corporation, THREE STARS MEDIA, INC., a Delaware corporation, THREE STARS, INC., a Missouri corporation, d/b/a THREESTARS OF CENTRAL FLORIDA, INC., INTERNETCOMPANY, INC., a Delaware corporation, d/b/a INTERNET- COMPANY OF CENTRAL FLORIDA, INC., MEDIALOGIC, INC., a Delaware corporation, POWER APPLICATIONS, INC., a Delaware corporation, MONKEYJAR, INC., a Delaware corporation, and BUZZGRUB, INC., a Delaware corporation,

        Plaintiffs,

v.

WOT SERVICES, LTD, a Finish Limited partnership, AGAINST INTUITION, INC., a Finish partnership, ESA SUURIO, individually, VESA PERÄLÄ, individually, SAMI TOLVAHEN, individually, TIMO ALA-KLEEMOLA, individually, DAVID STADLER a/k/a g7w, and JOHN AND JANE DOES 1 THROUGH 100, all whose true names are unknown,

        Defendants.

CASE NO.: 6:10-cv-01826-GAO-KRS

AFFIDAVIT OF SANDRA A. JESKIE IN SUPPORT
OF UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*

COMMONWEALTH OF PENNSYLVANIA    )
                                                    ) ss:
COUNTY OF PHILADELPHIA             )

        BEFORE ME, this day personally appeared **SANDRA A. JESKIE**, who being duly sworn, deposes and states as follows:

1.  I submit this affidavit in support of an unopposed motion to appear *pro hac vice*, for permission to appear and practice before this court as counsel on behalf of Defendants WOT SERVICES, LTD. and AGAINST INTUITION, INC. in this case.

2.  I am a member of the law firm of Duane Morris LLP, a Delaware Limited Liability Partnership. My office is located at: Duane Morris LLP, 30 South 17th Street, Philadelphia, Pennsylvania 19103-4196. My telephone number, facsimile number, and e-mail address are as follows: 215.979.1395 (telephone), 215.689.2586 (facsimile), and Jeskie@duanemorris.com (e-mail).

3.  I am a member in good standing of the bars for the Commonwealth of Pennsylvania and the State of New Jersey, and I am admitted to practice before the bars of the United States District Court for the District of New Jersey, Eastern and Western Districts of Pennsylvania and the United States Court of Appeals for the First and Third Circuits. I have never been denied admission before any court, nor have I been disciplined, reprimanded, suspended, or otherwise sanctioned by any court. I am not admitted to practice in Florida.

4.  Pursuant to Rule 2.02(a) of the Rules of the United States District Court for the Middle District of Florida, Warren D. Zaffuto, Esq. of the law firm of Duane Morris, LLP, 200 South Biscayne Boulevard, Suite 3400, Wachovia Financial Center, Miami, Florida 33131, is a member in good standing of the United States District Court for the Middle District of Florida, and has consented to his designation as local trial counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom all notices and papers shall be served.

5. I agree to pay an admission fee of $10.00, pursuant to Rule 2.02(a) of the Rules of the United States District Court for the Middle District of Florida.

6. I have not abused the privilege of special appearance by frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

7. I am familiar with the Rules of the United States District Court for the Middle District of Florida, and will abide by those rules of practice and procedure before this Court.

FURTHER AFFIANT SAYETH NAUGHT.

By: _____
SANDRA A. JESKIE

COMMONWEALTH OF PENNSYLVANIA   )
                                ) ss:
COUNTY OF PHILADELPHIA          )

The foregoing instrument was acknowledged before me this 21st day of December, 2010, by **SANDRA A. JESKIE** who is ( ✓ ) personally known to me or ( ___ ) produced _____ as identification.

_____
Notary Public

_____
Printed Name of Notary Public
MARGARET M. Bilotta

_____
Commission Number and Expiration
Oct 25, 2013

NOTARIAL SEAL
MARGARET M BILOTTA
Notary Public
PHILADELPHIA CTY, PHILADELPHIA CNTY
My Commission Expires Oct 25, 2013

DM1\2428671.1

3