**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CAREER NETWORK, INC; THREE STARS MEDIA, INC.; THREE STARS, INC., dba Threestars of Central Florida, Inc.; INTERNETCOMPANY, INC., dba Internet-Company of Central Florida, Inc.; MEDIALOGIC, INC.; POWER APPLICATIONS, INC.; MONKEYJAR, INC.; and BUZZGRUB, INC.,**

               **Plaintiffs,**

**-vs-**    Case No. 6:10-cv-1826-Orl-31KRS

**WOT SERVICES, LTD.; AGAINST INTUITION, INC.; ESA SUURIO; VESA PERALA; SAMI TOLVAHEN; TIMO ALA-KLEEMOLA; DAVID STADLER, aka g7W; and JOHN AND JANE DOES 1 THROUGH 100,**

               **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANTS WOT SERVICES, INC. AND AGAINST INTUITION, INC.'S UNOPPOSED MOTION FOR PERMISSION OF SANDRA A. JESKIE TO APPEAR PRO HAC VICE (Doc. No. 11)
>
> **FILED:** December 29, 2010
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Sandra A. Jeskie, Esq., may specially appear in this case as counsel for Defendants WOT Services, Inc. and Against Intuition, Inc. with Warren D. Zaffuto, Esq., serving as local counsel.

Attorney Jeskie shall immediately begin using the CM/ECF docket system and begin filing electronically. Counsel must register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF." If counsel outside the Middle District of Florida are unable to take the training class offered by the Clerk's Office, counsel must take the tutorial offered on the website before using the system.

The Clerk of Court is directed to mail a copy of this Order to Attorney Jeskie. Thereafter, the Clerk of Court shall not mail copies of documents filed in this case to Attorney Jeskie. They will receive such documents electronically through CM/ECF.

**DONE** and **ORDERED** in Orlando, Florida on December 29, 2010.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties