**EXHIBIT A**

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DAVID A. STADLER

was received by me on *(date)* 10/12/2010 .

☑ I personally served the summons on the individual at *(place)* 147 WESTLAND AVENUE NW *and Complaint* MASSILLON, OH 44646 on *(date)* 10/20/2010 *at 6:20 PM* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/21/2010

*Anthony Trujillo*
Server's signature

ANTHONY TRUJILLO
Printed name and title

834 WALNUT AVENUE NE
CANTON, OH 44702

Server's address

Additional information regarding attempted service, etc: