

My **WOT** ▮▮▮▮▮▮▮

example.com

\* Check a website's reputation

## Forum

Home    Download    Trust seal    Blog    Forum    Community    Support

**Comments on websites**    Internet-Company.com next Defrawi phishing site?



**difrawi_defrawy** (Platinum) on Tue 03 Nov 2009    05:59:55 PM UTC

**Internet-Company.com next Defrawi phishing site?**

A while ago it seemed that threestarsinc.com was going to be replaced by medialogicinc.com (see **http://www.mywot.com/forum/4332-media-logic-inc...** ). It looks like this may only have been an act of distraction, They have a new site Internet-Company.com up now, and Internet Company Inc may be the one to replace Three Stars.

Internet-Company.com is hosted on a dedicated server, IP 130.94.30.81
Record created on 23-Sep-2009
Registrant Search: "Internet Company" owns about 42 other domains

Rate Red: phishing and other scams

*http://www.mywot.com/en/forum/5541-the-difrawi-bell-phishing-scam-referral-thread*

**Comments:**



**difrawi_defrawy** (Platinum) on Tue 03 Nov 2009    08:52:49 PM UTC

**Internet-Company.net as well**

Internet-Company.net was registered the same day. Rated and commented.

============================

WOT this is all about - backgrounds
**http://threestarswatch.blogspot.com/**

**http://www.siteadvisor.com/sites/internetsolutions...**
**http://www.youtube.com/user/friendsofalec**

Friends    About us    Press    Terms    Privacy    Partners    Tools

Choose language    © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

## EXHIBIT "A"

reply



**difrawi_defrawy** (Platinum) on Sun 24 Jan 2010          05:06:58 PM UTC

**WFTV Action 9 Todd Ulrich on the case again**

New report by the impeccable investigating journalist Todd Ulrich, who did several reports on the Alec Difrawi / Ralph Edward Bell scams before.

Watch **http://www.wftv.com/video/22318192/index.html**

Apparently the mob knew about the report's content in advance, considering the attempts to defame this brave woman **http://www.ziprealty.com/agent/mashraf**

See **http://www.complaintsboard.com/complaints/scam-ide...**    and **http://www.ripoffreport.com/realtors/melanie-ashra...**

reply



**CDA230** (Gold) on Sun 24 Jan 2010          06:44:07 PM UTC

**Is this not the same pattern**

Is this not the same pattern they used against Esa Suurio? Ripoffreport and Complaintsboard I remember, this will only be the start I think.

They are stupid, saying "Career Network is aware that Melanie Ashraf filed a complaint with the Better Business Bureau against our company". How? Why are you Googling her? Those dates are even before the WFTV report I think.

If WOT members are also on Ripoffreport and Complaintsboard then perhaps they can help fight this libel?

reply



**difrawi_defrawy** (Platinum) on Mon 25 Jan 2010          12:25:50 AM UTC

**Yep**

According to Melanie this happened, and I believe she's telling the truth: "So I told The Internet Co that I was filing with the BBB and then I got a call from The Internet Co and was told to google my name and I discovered this false slander about me posted here. A guy on the phone from The Internet Co told me I'd have to live with it for the rest of my life and I was devastated." The scumbags. Same pattern they used against Esa Suurio? Exactly.

reply

**Melanierose29** (Rookie) on Mon 25 Jan 2010          09:01:20 PM UTC

**Hello**

Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

## EXHIBIT "A"



Who is Esa Suurio? If she/he was hurt by slander I would like to talk....

**reply**



**CDA230** (Gold) on Mon 25 Jan 2010     11:37:35 PM UTC

**Esa Suurio is the founder of**

Esa Suurio was the CEO of WOT, but also other people who work for WOT have been attacked personally.

**reply**



**g7w** (Platinum) on Sun 24 Jan 2010     11:55:33 PM UTC

**complaintsboard**

I logged in and made a short reply.

Everything on ripOffReport is duplicate postings as found on complainstBoard.
RipOffReport want PII which I will not give to an online forum; beside, there have been reports that RipOffReport takes sides with the highest bidder - I found that info out several months ago from some Googling, which is why I will not create an account there...

**reply**



**difrawi_defrawy** (Platinum) on Mon 25 Jan 2010     12:28:39 AM UTC

**:)**

Good one, David!

Btw, most of the negative information about Ripoffreport is spread by exposed scammers.

**reply**



**g7w** (Platinum) on Mon 25 Jan 2010     01:36:41 AM UTC

**re: ROR**

Here's a quick example of what I was referring to; though I'm not in the mood to look deeper. I'm sure when toes get stepped on, they want to kick back. WOT has already experienced this a few times, from "stepping on toes."

Friends   About us   Press   Terms   Privacy   Partners   Tools                     Choose language     © WOT Services 2010

**Keep in touch with us**                    **What's new?**                        **Support WOT's development**

Like us on Facebook                          Keep up with what's happening.          Your generous contribution is
                                                                                    appreciated by WOT's add-on
Join the professional group on               Read the latest newsletter             developers.
Linkedin
                                             Subscribe to the WOT blog
Follow us on Twitter                         RSS feed

Watch WOT videos on
Youtube                                                                             **Contribute Now**

Grab screenshots from Flickr

# EXHIBIT "A"

SEOmoz - **The Anatomy of a RipOff Report Lawsuit**

*January 21st, 2008*

**reply**



**CDA230** (Gold) on Mon 25 Jan 2010    07:53:03 AM UTC

**Duplicates?**

Duplicates? Perhaps!
**http://docs.justia.com/cases/federal/district-cour...**

**reply**

**Melanierose29** (Rookie) on Mon 25 Jan 2010    08:57:40 PM UTC

**The Internet Co aka Careernetwork**

Hello - I was the one on the news and this guy Alec Defrawi is bad news. Not only have I been slandered on complaintsboard.com but I found this morning that my yahoo email had been hacked and the password changed....I was able to retrieve it by having yahoo text me a code. I just cant believe what this guy has gotten away with and I've been looking into what can be done to right the wrongs he's done.

**reply**



**CDA230** (Gold) on Mon 25 Jan 2010    10:54:27 PM UTC

**Hey Melanie, we all**

Hey Melanie, we all appreciate the the stand you are taking. Stay strong!

This sounds like **RICO**

. Time to call the cops as well as your lawyer!

**reply**

**difrawi_defrawy** (Platinum) on Mon 25 Jan 2010    03:21:48 AM UTC

Friends   About us   Press   Terms   Privacy   Partners   Tools                Choose language    © WOT Services 2010

**Keep in touch with us**

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

**What's new?**

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

**Support WOT's development**

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

# EXHIBIT "A"

**re:**

I know the ongoing discussions and I have a few critical thoughts about ROR's MO myself, but in general I agree to the massive excellent WOT rating. Let's not make this a thread about ROR, please.

**reply**



**CDA230** (Gold) on Mon 25 Jan 2010     07:58:41 AM UTC
**What we are seeing is**

What we are seeing is scammers abusing those things that are used against them. This is an act of revenge on both Melanie Ashraf and Ripoffreport and Complaintsboard, they carry hundreds of complaints about "Career Network" and the other names between them.

**reply**



**CDA230** (Gold) on Mon 25 Jan 2010     10:55:41 PM UTC
**kress-law.com**

Some research shows that the President of Three Stars is Keith Kress, Florida attorney. His website is kress-law.com. Anyone care to rate?

**reply**



**g7w** (Platinum) on Tue 26 Jan 2010     01:30:47 AM UTC
**re: kress-law.com**

Confirmed re:
hxxp://threestarsinc.com/teams/corpTeams.cfm?dept=1

Keith K. "hot rockin legal dude:
*he now serves as our CEO and General Counsel*

**whois: kress-law.com**
Created: 2008-04-14
Registrant info hides behind privacy protection
    Registrant: Kress Law
    ATTN: KRESS-LAW.COM
    c/o Network Solutions
    P.O. Box 459
    Drums, PA. 18222

Wonder why a legit attorney has to hide identity ...
He's a cheap lawyer too, his domain sits on a shared IP

**Rated** and **commented**

Friends   About us   Press   Terms   Privacy   Partners   Tools         Choose language    © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

# EXHIBIT "A"

reply

## Post new comment

Your name: █████

**Subject:**

**Comment:** *

Cancel                                                                    Preview    Submit

Allowed HTML tags: <a> <em> <strong> <cite> <code> <ul> <ol> <li> <dl> <dt> <dd> <img> <red> <green> <yellow>

Lines and paragraphs break automatically.

Web page addresses and e-mail addresses turn into links automatically.

**More information about formatting options**

Friends   About us   Press   Terms   Privacy   Partners   Tools          Choose language   © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

# EXHIBIT "A"



My WOT

example.com

* Check a website's reputation

### Forum

Home   Download   Trust seal   Blog   Forum   Community   Support

**Comments on websites**        The Difrawi & Bell phishing scam referral thread



**difrawi_defrawy** (Platinum) on Tue 09 Feb 2010      08:47:12 PM UTC
**The Difrawi & Bell phishing scam referral thread**

Ayman Ahmed el Difrawi (Alec Difrawi/Defrawi/Defrawy) & Ralph Edward Bell are long time partners in crime
**http://www.google.com/search?q=difrawi+%26+bell**

. After Difrawi finished working with Lou Pearlman on modeling scam Wilhelmina Scouting Network aka Trans Continental Talent aka Fashion Rock aka Talent Rock in 2004, they teamed up again to start this new line of phishing scams. Modus Operandi: by purporting to offer career opportunities (that exist only remotely or not at all) they lure job seekers into providing their personal information.

First years the Difrawi & Bell operation targeted mainly wannabe models, musicians, dancers and writers, combining their deceptive leads generation with consumer- & franchise scams for fees. At that time most leads were raked in with hit & run spamruns by various completely non-existing "companies".

Later they broadened the target area to job seekers in general, and the scam evolved into offering most of their bogus services for free, only to obtain and sell the victims personal information. By spreading their mass-mailings over hundreds of fake company names and a high number of mail servers they manage to stay under the spam radar.

Since Internet Solutions Corporation (2007) their "main" company names were actually incorporated, most of them in Delaware. However, there is only one entity (whatever given names or addresses), located in the Orlando FL Metro West area.

Just google following domain names to gain some insight in the scam's history from 2005 till 2008. Next post will contain a list of my contributions regarding their more recent activities.

americantalentawards.com - scoutwebsite.com - talentimages.com - imagestalent.com - coastalmanagementweb.com - greymarketingteam.com - kraygroup.com - corbinwatson.com - palmercareersonline.com - bluestarcareers.com - lajeunessecosmetics.com - secureapplication100.com - americanbusinesswebsite.com - applications.bz - employernewswire.com - searchformybusiness.com - futurevisionadvertising.com - milehighpartners.net - csicareersite.com - talentindustrywatch.com - amhumanresources.net - askamerica.org - ask-america.net - goodgradesnow.com - adminsolutionsgroup.net - kasambacareers.com - ebandsearch.com - ezauctionsweb.com - amateurpokertourusa.com - wplclub.com - usavoice.org - worldvoicenews.com - worldvoicereport.com - scout2007.net - instanthumanresources.com - ourclassifieds.org - promogroup.org - nationalhumanresources.com - impactww.com - toospoiled.com - veriresume.com - consumer-business-bureau.com - cbbureau.com - cbbsite.org - coponline.org - internetsolutionscorp.com

Useful sources of information:

Friends   About us   Press   Terms   Privacy   Partners   Tools                    Choose language    © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

### Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

**Contribute Now**

http://www.google.com/search?q=site%3Ascamfraudale...

http://threestarswatch.blogspot.com/

http://www.siteadvisor.com/sites/internetsolutions...

http://www.youtube.com/user/friendsofalec

http://wikileaks.org/leak/ayman-difrawi.html

Please, do not reply to this particular post. Plenty of opportunity in this thread below. Thanks.

*http://www.mywot.com/en/forum/5541-the-difrawi-bell-phishing-scam-referral-thread*

**Comments:**



**difrawi_defrawy** (Platinum) on Sun 26 Sep 2010     10:26:33 AM UTC
**A list of contributions**

A list of contributions on this forum, regarding the Difrawi & Bell phishing scam. It will be updated with future contributions. Please, do not reply to this particular post also. Of course you can always Post new comment.

* Phantazm - Thu 11 Sep 2008 Job offer scam sites **http://www.mywot.com/forum/1527-job-offer-scam-...**

Fri 06 Mar 2009 Three Stars Orlando **http://www.mywot.com/forum/2119-three-stars-orl...**

Sat 14 Mar 2009 Career Network scam **http://www.mywot.com/forum/2181-career-network-...**

Sat 14 Mar 2009 Power Applications powerapplications.com Orlando FL **http://www.mywot.com/forum/2182-power-applicati...**

Mon 16 Mar 2009 What could this be? (buzzgrub related) **http://www.mywot.com/forum/2198-what-could-this...**

Tue 05 May 2009 Applicant Tree by Three Stars / Career Network in Orlando **http://www.mywot.com/forum/3288-applicant-tree-...**

Thu 28 May 2009 Kelly Joe Ellis **http://www.mywot.com/forum/3554-kelly-joe-ellis**

Wed 03 Jun 2009 Monkeyjar, ponzi phishing **http://www.mywot.com/forum/3615-monkeyjar-ponzi-...**

Tue 09 Jun 2009 Job Match Now jobmatchnow.net phishing **http://www.mywot.com/forum/3683-job-match-now-j...**

Wed 10 Jun 2009 Chris Pirillo pyramid phishing cheerleader **http://www.mywot.com/forum/3689-chris-pirillo-p...**

Wed 10 Jun 2009 Aboutus.org scammer's haven **http://www.mywot.com/forum/3690-aboutus-org-sca...**

** by Debbie D (scam PR) - Tue 01 Sep 2009 MonkeyJar affiliate shopping site **http://www.mywot.com/forum/4256-monkeyjar-affil...**

** Debbie D (scam PR) - Wed 09 Sep 2009 Monkeyjar Affiliate Three Stars **http://www.mywot.com/forum/4298-monkeyjar-affil...**

Friends   About us   Press   Terms   Privacy   Partners   Tools                    Choose language     © WOT Services 2010

**Keep in touch with us**

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

**What's new?**

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

**Support WOT's
development**

Your generous contribution is
appreciated by WOT's add-on
developers.

**Contribute Now**

# EXHIBIT "A"

Mon 14 Sep 2009 Media Logic Inc. medialogicinc.com fka Three Stars Inc phishing scam http://www.mywot.com/forum/4332-media-logic-inc...

** bennieg (scam troll) - Mon 14 Sep 2009 medialogicinc.com - Media Logic Inc. http://www.mywot.com/forum/4333-medialogicinc-c...

** Debbie D (scam PR) - Tue 15 Sep 2009 What Media Logic Inc. is http://www.mywot.com/forum/4338-what-media-logi...

Wed 16 Sep 2009 NEXTMEDIAPARTNERS.COM Consider This Marketing, another Defrawi phishing scam http://www.mywot.com/forum/4354-nextmediapartne...

Thu 29 Oct 2009 Buzzgrub on Hotjobs http://www.mywot.com/forum/4718-buzzgrub-on-hot...

Tue 03 Nov 2009 Internet-Company.com next Defrawi phishing site? http://www.mywot.com/forum/4780-internet-compan...

Tue 17 Nov 2009 Side by Side Tutors phishing scam http://www.mywot.com/forum/4875-side-by-side-tu...

Tue 17 Nov 2009 Internet Project Systems phishing scam http://www.mywot.com/forum/4876-internet-projec...

Tue 17 Nov 2009 The Meganiche phishing scam http://www.mywot.com/forum/4873-the-meganiche-p...

Tue 17 Nov 2009 The Job Cooler Jobs phishing scam http://www.mywot.com/forum/4874-the-job-cooler-...

Thu 19 Nov 2009 Get Your Contractor Jobs phishing scam http://www.mywot.com/forum/4903-get-your-contra...

** by Leo13 (maybe related) - Fri 20 Nov 2009 Complete Job Search - completejobsearch.net Phishing http://www.mywot.com/forum/4911-complete-job-se...

Sat 05 Dec 2009 Employment Network employmentnetwork.org phishing scam http://www.mywot.com/forum/5016-employment-netw...

Sat 05 Dec 2009 The Media Company media-company.net phishing scam http://www.mywot.com/forum/5017-the-media-compa...

Sat 05 Dec 2009 Web Development Group webdevelopmentgroup.net phishing scam http://www.mywot.com/forum/5023-web-development...

Mon 07 Dec 2009 The Recruiter Source therecruitersource.com phishing scam http://www.mywot.com/forum/5029-the-recruiter-s...

Wed 20 Jan 2010 Gulf Coast Staffing phishing scam advancedjobs.net advancedjobsapplication.net http://www.mywot.com/forum/5357-gulf-coast-staf...

Fri 29 Jan 2010 Job Match Direct jobmatchdirect.com phishing scam Indeed affiliate http://www.mywot.com/forum/5433-job-match-direc...

Fri 29 Jan 2010 The Home Room Project homeroomproject.com / Hidden Job Source hiddenjobsource.com phishing scam on Facebook http://www.mywot.com/forum/5431-the-home-room-p...

Fri 29 Jan 2010 Million Student Project phishing scam MillionStudentProject.com MillionStudentProject.com http://www.mywot.com/forum/5432-million-student...

Sat 30 Jan 2010 Wireless Communication Services, Inc. wirelesscommunicationservices.com wirelesscommunicationscorp.com phishing scam sms texting http://www.mywot.com/forum/5437-wireless-commun...

Sat 30 Jan 2010 (likely a F/P) Alcoa domain fairchilddirect.com on Difrawi scam server http://www.mywot.com/forum/5440-alcoa-domain-fa...

http://www.mywot.com/forum/5689-a2z-placement-p...
Wed 03 Mar 2010 A2Z Placement placingservices.com phishing scam on Hotjobs

http://www.mywot.com/forum/5690-the-hr-departme...
Wed 03 Mar 2010 The HR Department the-hrdepartment.com phishing scam on SimplyHired/Jobamatic and Employmentguide

http://www.mywot.com/forum/5692-mann-security-c...
Wed 03 Mar 2010 Mann Security Consulting mannsecurityconsulting.com phishing scam

---

Friends   About us   Press   Terms   Privacy   Partners   Tools      Choose language   © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

# EXHIBIT "A"

**http://www.mywot.com/forum/5693-best-choice-car...**
Wed 03 Mar Best Choice Careers bestchoicecareers.com phishing scam

**http://www.mywot.com/forum/5833-career-center-c...**
Wed 17 Mar 2010 Career Center Corporation careercentercorp.com phishing scam

**http://www.mywot.com/forum/6431-job-nab-jobnab-...**
Tue 18 May 2010 Job Nab Jobnab.com phishing scam on Facebook Marketplace / Oodle

**http://www.mywot.com/forum/6779-job-source-plan...**
Wed 23 Jun 2010 Job Source Planet Jobsourceplanet.com phishing scam

**http://www.mywot.com/forum/7445-the-supermodel-...**
Sun 29 Aug 2010 The Supermodel Project facebook.com/thesupermodelproject Orlando FL phishing scam

**http://www.mywot.com/forum/7794-johnson-armel-c...**
Sun 26 Sep 2010 Johnson & Armel Consulting & Staffing johnsonandarmelconsulting.com phishing scam

====

POSSIBLY RELATED

Mon 15 Jun 2009 Defamation campaign against Web of Trust **http://www.mywot.com/blog/157-defamation-campai...**

Wed 12 Aug 2009 mywotinvestigation.com **http://www.mywot.com/forum/4134-mywotinvestigat...**

Fri 08 Jan 2010 **http://www.mywot.com/forum/5272-can-web-of-trus...**

Sat 09 Jan 2010 WOT defamation page on facebook: **www.facebook.com/mywot**

**http://www.mywot.com/forum/5274-wot-defamation-...**

_http://www.mywot.com/en/forum/5541-the-difrawi-bell-phishing-scam-referral-thread_

**reply**

---



**difrawi_defrawy** (Platinum) on Fri 25 Jun 2010    09:34:35 AM UTC
**BBB reports**

Exerpts of BBB reports about Difrawi & Bell's "main" companies in the last five years.

**http://www.bbb.org/stlouis/business-reviews/intern...**

BBB Accreditation

On December 3, 2009 the accreditation was suspended due to engaging in activities reflecting poorly on the BBB or its members. The matter will be reviewed by the BBB's Board of Directors at its next meeting.

Business Contact and Profile

Name: Three Stars Inc
Phone: (636) 203-4023
Address: 10805 Sunset Office Dr Ste 300
Saint Louis, MO 63127-1027
Website: _http://www.threestarsinc.com_

Friends    About us    Press    Terms    Privacy    Partners    Tools

Choose language    © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

## EXHIBIT "A"

Original Business Start Date: January 2007
Principal: Ms. Kelly Weems, Operations Manager
Customer Contact: Ms. Kelly Weems, Operations Manager - (314) 754-1793
Incorporated: September 2007, MO
Additional DBA Names: Absolute Concept Corp (????)
Additional company management personnel include: Mr. Shau Darr - President

Additional Addresses
Two City Place Dr, 2nd Floor
Saint Louis, MO 63141

===

http://centralflorida.app.bbb.org/newsearch2.asp?C...


Based on BBB files, this business has a BBB Rating of F

Name: Three Stars Media, Inc.
Phone: (321) 293-3236
Address: 1743 Park Center Drive, Orlando, FL 32835
Business Category: Internet Marketing Services, Internet Web Design, Job Listing & Advisory Services, Marketing Programs & Services
eMail: info@threestarsmedia.com
BBB file opened: October 07, 2008
Business started locally: September 2008
Primary Contact: Myra Nicholson (Attorney)
Complaint Contact: Julie Elling (Executive Legal Assistant)
Other Contacts:
Ms. Terri Bears
Mr. Alec Defrawi (Consultant)
M/M Kelly Welch Romero (Vice President)

Alternate Business Names:
Employment Select
Placement 101 Jobs
The Internet Company, Inc.
Three Stars Inc.

Additional Locations and Phone Numbers
1743 Park Center Drive, 4 th Floor, Orlando, FL 32835
6965 Piazza Grande Avenue, Orlando, FL 32835, Orange County
2295 S. Hiawassee Rd. #1000, Orlando, FL 32835, Orange County
(314) 754-1793
(321) 293-3230
(646) 520-0697
(321) 293-3203 (FAX)

The company operates the Career Network job board under a variety of different names. (A separate report is available on Career Network.)

11 complaints - 4 resolved - 2 Company did not respond

====

http://centralflorida.app.bbb.org/newsearch2.asp?C...


Based on BBB files, this business has a BBB Rating of F

---

Friends   About us   Press   Terms   Privacy   Partners   Tools                    Choose language    © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

Name: Career Networks, Inc.
Phone: (800) 516-1764
Address: 6996 Plaza Grande Ave., Ste. 315, Orlando, FL 32835
Business Category: Job Listing & Advisory Services
BBB file opened: June 25, 2008
Business started: February 2009
Business started locally: February 2009
Primary Contact: Ms. Kelly Romero (President)
Other Contacts:
Mr. Jason Badenoch (HR Manager)
Mr. Ralph Bell (Mr.)
Mr. Alec DeFrawy
Ms, Jill Martin

Alternate Business Names:
Extend Your Careers
Medialogic
thejobpush.com

Additional Locations and Phone Numbers
1743 Park Center Drive, Orlando, FL 32835, Orange County
(321) 249-1490
(646) 520-0697

Complaints concern consumers applying for jobs posted by the company or being contacted by the company based on their resume posted
online. According to consumers, no job exists and the company asks consumers for information that is not relevant to hiring or a job search.
The BBB has been unable to contact the company concerning complaint(s). We have not been able to determine a valid address and/or phone
number for this company.

Additional Information
As of August 2009 the BBB is unable to contact this company by mail. All addresses provided by the company are undeliverable according to
the Post Office. The BBB does send a first notice to Keith Kress at **kkress@kress-law.com** but complaints still go unanswered. As of January
2010, Mr. Kress has advised he is no longer associated with Career Networks. The BBB can no longer process complaints. All future
complaints will be recorded against the company as unable to contact.

72 complaints - 25 resolved - 47 unresolved (12 times Company did not respond, or The company could not be located or is out of business)

====

**http://centralflorida.app.bbb.org/newsearch2.asp?C...**

Based on BBB files, this business has a BBB Rating of F

Name: Internet Solutions Corporation
Phone: (321) 293-0685
Address: 2295 S. Hiawassee Rd., Ste. 311, Orlando, FL 32835
Business Category: Job Listing & Advisory Services
BBB file opened: May 15, 2006
Primary Contact: Keith Kress (General Counsel)
Complaint Contact: Keith Kress (General Counsel)
Other Contacts:
Mr. Alec Defrawi
Mr. Ayman A. El-Difrawi

Alternate Business Names:
Consumer Business Bureau
Instant Human Resources
Titan Website

Friends   About us   Press   Terms   Privacy   Partners   Tools                    Choose language    © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

### Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

**Contribute Now**

# EXHIBIT "A"

Toospoiled.com
USA Voice
VeriResume

Additional Locations and Phone Numbers
PO Box 915096, Longwood, FL 32791, Seminole County
5401 S. Kirkman Rd., Ste. 310, Orlando, FL 32819, Orange County

According to information available, the company collects personal information through the use of online job sites. Alec DeFrawi is also known to the BBB from Studio 58 and Options Talent, which are no longer in operation.

13 complaints - 11 resolved

====

**http://www.dc.bbb.org/report.html?national=y&compi...**

Based on BBB files, this business has a BBB Rating of F

Name: Instant Human Resources
Phone: (301) 216-3814
Address: One Research Court Suite 450, Rockville, MD 20850
Business Category: Employment Agencies
BBB file opened: January 20, 2006

Alternate Business Names
Internet Solutions Corp.
National Human Resources
World Careers (Worldcareersite)

Additional Locations and Phone Number:
the postal service w/no fwdg. address., PO Box 915096, Longwood, FL 32791
(301) 216-3814
(301) 216-3824

The company provides internet based employment services, purportedly for telework positions.
Additional Locations and Phone Numbers
The BBB has been unable to contact the company concerning complaint(s). We have not been able to determine a valid address and/or phone number for this company.

2 unanswered complaints

====

**http://www.la.bbb.org/Business-Report/TooSpoiled-1...**

BBB rating: F

Significant reasons for this rating:
Unanswered Complaints
Business type is problematic

Address:
700 South Flower Street, Suite 1100 #208
Los Angeles, CA 90017

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language    © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

# EXHIBIT "A"

Web Site: hxxp://www.toospoiled.com
Contact: Customer Service -
Business Start Date: N/A
Company ID: 100056527
Nature of Business: The company's busines sis providing talent agency services.

Our complaint history for this company shows that the business has not responded to customer complaints brought to its attention by the Bureau.

3 unanswered complaints

====

**http://www.bbb.org/new-york-city/business-reviews/...**

Based on BBB files, this business has a BBB Rating of F

Business Name:
Impact 210 Worldwide
Too Spoiled
TooSpoiled.com
Business Address: 447 Broadway, 4th Floor, New York, NY 10013
Original Business Start Date: 4/1/2005
Incorporated: 2005 in NJ
Principals:
Peter Luterek, President
Michael Fomkin, President
Phone Number: (212) 334-5325
Fax Number: (212) 334-2002
Email Address: **michael@impact210.com**
Website Address:
hxxp://www.impact210.com
hxxp://www.impact210.com
hxxp://www.impact-worldwide-talent.com
hxxp://www.impactww.com

Additional Locations & Phone Numbers
700 S Flower Street, Suite 1100 #208 Los Angeles , CA 90017

According to complaints filed with the Bureau, Impact 210 Worldwide engages in aggressive marketing in order to recruit "talent scouts". The company sends e-mails or makes calls to "eligible" job seekers stating that the job available has benefits and a salary of up to $78,000. Complaints report that the "job" is actually a commission sales position and many consumers do not get their paychecks. Consumers report that when they pay for talent services and services are not rendered they cannot get a refund. Reports also state that it is extremely difficult to contact the company.

23 complaints - 13 No Response - 10 Unpursuable
.

reply

---



**evilfantasy** (Platinum) on Sun 12 Sep 2010     03:09:43 AM UTC
**Many hours**

I'm sure you have put many, many hours into your research and doing what you can to get the word out on these scams.

---

Friends   About us   Press   Terms   Privacy   Partners   Tools                    Choose language    © WOT Services 2010

Keep in touch with us                  What's new?                        Support WOT's
                                                                          development
Like us on Facebook              Keep up with what's happening.
Join the professional group on        Read the latest newsletter        Your generous contribution is
Linkedin                              Subscribe to the WOT blog         appreciated by WOT's add-on
Follow us on Twitter                  RSS feed                          developers.
Watch WOT videos on
Youtube                                                                 Contribute Now
Grab screenshots from Flickr

## EXHIBIT "A"

Nice work!!!!

**reply**



**FormerTIC** (Rookie) on Sat 11 Sep 2010     10:37:41 PM UTC

**i was a former employee**

if anyone needs information on this company i would be more than happy to help

**reply**



**Stealth Mode** (Gold) on Fri 17 Sep 2010     03:41:41 AM UTC

**Take no offense, but a**

Take no offense, but a former employee would be the last I would ask.
Since I don't no the reason of termination, be it by you or them.
Most likely would be a bias opinion.

*Target acquired, We have missile lock! Fox 2... Splash another bad website.*

**reply**



**01Johanna** (Bronze) on Fri 17 Sep 2010     02:42:47 AM UTC

**RE:FormerTIC**

@FormerTIC

Why that have not directly done you at the first topic produced.
But now, tell us what this company causes misery, and how they do all of that

*This forum does give your boost to promote your website for sure*

**reply**

**01Johanna** (Bronze) on Fri 17 Sep 2010     05:11:06 AM UTC

**RE: * Stealth Mode**

no offense at all, and difrawi_defrawy did a very good job here.
Anyway I did not understand his first topic over this in the first place.

*This forum does give your boost to promote your website for sure*

---

Friends    About us    Press    Terms    Privacy    Partners    Tools        Choose language     © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

### Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

**Contribute Now**

# EXHIBIT "A"



reply

**florida84** (Rookie) on Fri 17 Sep 2010      02:07:04 PM UTC
**Almost had a run-in with**

Almost had a run-in with these people. Thanks to your site, and others, I won't be going through with them. If it helps, the email they sent me came from **jobappnow@gmail.com** and they are still located in the Metrowest section of Orlando.

(from site, if anyone is interested)
JobNab, Inc.
7635 Ashley Park Court Suite 503
Orlando FL 32835

Direct Contact
Robert Schaffer
407-406-5894

reply

**SuperHero58** (Platinum) on Fri 17 Sep 2010      04:32:53 PM UTC

@ florida84 = welcome to WOT , and you are quite welcome .
this message makes our efforts worth while .

reply

**amishrabbit** (Silver) on Fri 17 Sep 2010      04:35:44 PM UTC
**I, for one, am surprised**

That nobody has noted that the name "Defrawi" looks and sounds (when spoken aloud) like the word "Defraud-y"

-=A

reply

**BobJam** (Platinum) on Sat 18 Sep 2010      02:02:05 AM UTC
**Lisp**

@ amishrabbit.

Works best with a lisp.

Friends   About us   Press   Terms   Privacy   Partners   Tools                Choose language    © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

# EXHIBIT "A"

reply

## Post new comment

Your name: ▮▮▮

**Subject:**

**Comment:** *

Cancel              Preview  Submit

Allowed HTML tags: <a> <em> <strong> <cite> <code> <ul> <ol> <li> <dl> <dt> <dd> <img> <red> <green> <yellow>

Lines and paragraphs break automatically.

Web page addresses and e-mail addresses turn into links automatically.

**More information about formatting options**

Friends About us Press Terms Privacy Partners Tools     Choose language © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

# EXHIBIT "A"



# Forum

**Comments on websites** **Three Stars Orlando**

[redacted]

example.com

* Check a website's reputation

**difrawi_defrawy** (Platinum) on Fri 06 Mar 2009 06:26:34 PM UTC

**Three Stars Orlando**

Involved in this combined marketing / phishing for leads scam are about 6000 domains. Ratings of their latest sites are heavily influenced by scammers shills. Get them the ratings they deserve, if you please.

See **http://www.aboutus.org/User:snagalot/ThreeStarsTea...**

for background info and a selected domain list, and **http://www.siteadvisor.com/sites/internetsolutions...** for an extended listing.

*http://www.mywot.com/en/forum/5541-the-difrawi-bell-phishing-scam-referral-thread*

**Comments:**

**Sami** (Platinum) on Fri 06 Mar 2009 07:31:00 PM UTC

**Re: Three Stars Orlando**

If anyone else is interested in looking into these, **here's a list of hostnames**

posted in SiteAdvisor comments.

Edit: **Here's the same list**

without recently expired domains.

**reply**

**cotojo** (Platinum) on Fri 06 Mar 2009 07:39:12 PM UTC

 © WOT Services 2010

Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

**EXHIBIT "A"**

**That is not a list it's a**

That is not a list it's a tome all of its own Sami :D
Will have to have a look through some of these, passes the time LOL

Colin
http://freepcsecurity.co.uk

**reply**



**g7w** (Platinum) on Fri 06 Mar 2009    07:56:06 PM UTC
**registrar**

You'd need to be your own registrar just to maintain renewals...

@cotojo
O.K. you take the first batch of 10^3 and I'll take the second :-D

Seriously.
So what about the ones that have expired, or are pending for renewal / expire?
If the domain name expires, and chosen by another innocent party, how would they overcome previous "bad site" ratings?

Is there a script online / downloadable that you can feed a domain name (or multiple names) that would report not only active but expiration status.
Example, the first one on the list is: hxxp://www.100careerservice.com/
WOT pops up with the Warning Screen, but it is actually a safe, Network Solutions Parking Page because this domain expired 25FEB09 and is in "limbo" (30 days renewal grace period). There is no "site"

I do not think members having access to the mass rating tool should start plugging in all the names listed until they have sorted out expired / parked domain from active "real site" domains, and also verify active domain ownership.

**reply**



**cotojo** (Platinum) on Fri 06 Mar 2009    08:07:06 PM UTC
**Good point**

As some are 'parked' and at present in limbo, is it matter of time before they return as they can be lucrative for the scammers behind them or will they simply create a new batch?

Colin
http://freepcsecurity.co.uk

**reply**

Friends   About us   Press   Terms   Privacy   Partners   Tools                     Choose language   © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

# EXHIBIT "A"



**Sami** (Platinum) on Fri 06 Mar 2009      08:13:52 PM UTC

**Re: Good point**

I believe these types of domains are regularly rotated, but unless they've been blacklisted, I don't suppose there's nothing forcing them to register new ones.

reply



**Sami** (Platinum) on Fri 06 Mar 2009      08:11:00 PM UTC

**Re: registrar**

*If the domain name expires, and chosen by another innocent party, how would they overcome previous "bad site" ratings?*

Ratings expire too and new ratings are considered more reliable.

Of course, someone buying one of the scammer domains can also notify us of the fact and we'll take a look at it.

*it is actually a safe*

I'm almost sure all the sites are safe to visit, but probably shouldn't be trusted. I wouldn't rate this domain green either, just because it might not get renewed in the next few weeks.

*I do not think members having access to the mass rating tool should start plugging in all the names*

Yes, one should always check sites before rating them. Also, the mass rating tool leaves a trail of comments, so others can evaluate the ratings.

Update: 37 (or 0,77%) of the 4798 domains had recently expired.

reply



**g7w** (Platinum) on Fri 06 Mar 2009      09:24:01 PM UTC

**How**

*Update: 37 (or 0,77%) of the 4798 domains had recently expired.*

How did you do that so fast?

reply

**cotojo** (Platinum) on Fri 06 Mar 2009      09:51:05 PM UTC

Friends   About us   Press   Terms   Privacy   Partners   Tools                    Choose language    © WOT Services 2010

**Keep in touch with us**

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

**What's new?**

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

**Support WOT's development**

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

# EXHIBIT "A"

**Some renewed**

Some have been renewed until 2011 and lead back to the same pages every time, this will be a hard slog LOL

I'm running what I am pretty sure is a fake scanner, 12% complete after 6 hours and over 8000 problems hahaha........over 7000 are in the registry.....anyone who believes that would soon have a PC that wouldn't boot if they used it.

I'll let it run as I want to get all of the details first.....glutton for punishment :D

Colin
**http://freepcsecurity.co.uk**

**reply**

 **Sami** (Platinum) on Fri 06 Mar 2009     09:58:27 PM UTC
**Re: How**

*How did you do that so fast?*

Some ad-hoc scripting.

**reply**

 **difrawi_defrawy** (Platinum) on Fri 06 Mar 2009     10:48:59 PM UTC
**Very good list, thanks!**

Very good list, thanks!

Great job. Here's few that need a little extra attention

Career-network.com
Powerapplications.com
Threestarsteam.com
Employmentselect.com
Brightmediaweb.com
Actionmarketingteam.com
Franchisecreature.com
Qwestmg.com
Threestarsforums.com
Threestarspromotions.com
Threestarscommunity.com
Thegreatjobhunt.com

**reply**

Friends    About us    Press    Terms    Privacy    Partners    Tools         Choose language    © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

# EXHIBIT "A"



**cotojo** (Platinum) on Fri 06 Mar 2009     11:37:33 PM UTC
**Got them :)**

Will run them through :D
I love a challenge hahaha

{EDIT} The Whois Reverse IP also brings up some interesting links.
Colin
**http://freepcsecurity.co.uk**

**reply**



**difrawi_defrawy** (Platinum) on Sun 08 Mar 2009     01:08:30 AM UTC
**Some more posted on**

Some more posted on SiteAdvisor

Actioncareersonline.com
Applicanttreecareers.com
Applicanttreejobs.com
Career-applicant-tree.com
Career-treeapplicants.com
Jobsatapplicanttree.com
Buzzgrub.com
Buzzgrub.net
Buzzgrub.org
Career-network-newyork.com
Career-network-pittsburgh.com
Clovercareers.com
Hourglasscareers.com
Findprecisecareers.com
Goprecisecareers.com
Myprecisecareers.com
Precisecareers.com
Precise-careers.com
Theprecisecareers.com
Myquickcareercenter.com
Quickcareercenter.com
Quick-careercenter.com
Quickcareer-center.com
Quick-career-center.com
Thequickcareercenter.com

**reply**



**difrawi_defrawy** (Platinum) on Mon 09 Mar 2009     06:01:05 PM UTC

Friends   About us   Press   Terms   Privacy   Partners   Tools                    Choose language   © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

# EXHIBIT "A"

### Start your engines for a few

Start your engines for a few minutes please, to do some leftovers and some spam servers. Thanks!

actionmarketingteam.com
adminandsuppcareers.com
applicantsource.com
applicanttrackingsystems.org
bastionworkplace.com
businesscareersrightnow.com
busybeecareers.com
careeropenings800.com
careeropeningsnow.com
careerservices100.com
careersourceteam.com
corejobsnow.com
creativecareersrightnow.com
currentcareers200.com
ecareersite.com
educationalandtutoringcareers.com
employment-source.net
fastjoballiance.com
fast-track-careers.com
governmentalandmilitarycareers.com
headstartcareers.org
hospitalityandretailingcareers.com
icareersource.com
ijobmarket.net
jobbanknow.com
jobopenings800.com
jobsource-group.com
legalcareersrightnow.com
link-in-careers.com
manufacturingandtransportingcareers.com
medialogicjobs.com
metrojobsnow.com
metroplacingservices.com
nationalcareerservices.com
nationaljobsource.com
networkedcareers.com
newcareeradvancements.com
newcareeradvancements.com
onlinejobsource.org
perfectapps.net
polishedjobs.com
power-careers.net
power-network-careers.com
regionalcareerbank.com
regionalcareerboard.com
regionalcareersource.com
regionaljobbank.com
silver-star-jobs.com
sterling-careers.com
strategicjobsource.com
technologyandsciencecareers.com
thecareerapplications.com
thecareersource.org
theperfectcareers.net

Friends   About us   Press   Terms   Privacy   Partners   Tools            Choose language    © WOT Services 2010

#### Keep in touch with us

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

#### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

#### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

## EXHIBIT "A"

ticcareers.com
tradeandlaboriouscareers.com
usa-careers.net
usa-jobsite.net
usavoice.org
us-careersite.com
usdatagroup.net
worldvoicereport.com

waterford-dynamic.com
gomailersecure.com
supportmailservices.com
kzwhost.com
ajdmailhost.com
samohtekim.com
dpmailco.com
careermailhostmaster.com
piacr.com
securejobsserver.com
advancemailserver.com
datagroupmailhost.com
gbmailhosting.com
careersourcemail.com
intermarksystem.com
pcmailhost.com
securedmailsender.com
timbusotem.com
executivemailerservices.com
thepersnicketysender.com

**reply**



**BobJam** (Platinum) on Mon 09 Mar 2009     07:02:04 PM UTC
**Geeezzzz . . .**

You could make a career out of this. Just cutting and pasting those sites into the address bar would require the patience of Job. Would have to lock youself in a room and hang a "Do Not Disturb" sign on the door and have your food brought to you.

Though it might yield some interesting stats.

GOM Award Holder 2008

**reply**



**cotojo** (Platinum) on Mon 09 Mar 2009     07:04:30 PM UTC
**Geeeeeeeeeeezzzzzzzzzzzzz**

The whois is entertaining as is the Reverse IP LOL
Never mind locking oneself in a room with 'Do Not Disturb'.....padded cell would sound quite healthy :D

Colin
**http://freepcsecurity.co.uk**

Friends    About us    Press    Terms    Privacy    Partners    Tools             Choose language    © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

## EXHIBIT "A"

**reply**



**difrawi_defrawy** (Platinum) on Mon 09 Mar 2009     10:35:22 PM UTC

**It's almost like meditating**

You spoiled young brats with your superfast scripts should try it too some time. Taking a horse and carriage instead of a jet plane can be very rewarding, mentally. Heheh.

**reply**



**cotojo** (Platinum) on Mon 09 Mar 2009     11:06:06 PM UTC

**Horse, Carriage, Jet Plane?**

I'm too young to think of these things and too old to remember them, so it's one foot in front of the other....albeit slowly LOL

Now the last time I was called a 'spoiled young brat' was a very long time ago so I take that as a compliment hahaha

Colin
**http://freepcsecurity.co.uk**

**reply**



**difrawi_defrawy** (Platinum) on Sat 14 Mar 2009     08:57:45 AM UTC

**Ghost site!**

Recently a fake URL has been submitted to Google by the owner of Three Stars. Using search term Three Stars Orlando currently gives as a first result: Three Stars (HR Department) threestarsmediateam.com, 2295 South Hiawassee Road, Orlando, FL 32835, (321) 293-3256. However, the domain does not exist at all. Well, I bet many will be puzzled, visit the second in line, WOT, and find the information here extra credible. Thanks for your help, mr. Difrawi!

**reply**



**difrawi_defrawy** (Platinum) on Thu 02 Apr 2009     06:18:31 PM UTC

**some more to rate**

Intelligentemploymentdecisions.com
Longtermemployment.com

Friends   About us   Press   Terms   Privacy   Partners   Tools                    Choose language   © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

# EXHIBIT "A"

Luckycareers.com
Rapidemploymentprofessionals.com
Sophisticatedcareers.com
Usefulcareers.com
Valuableemployment.com
Valuedemployees.com
Greatvaluedemployees.com
Rapidemployment-professionals.com
Thesophisticatedcareers.com
Thevaluableemployment.com
Govaluedemployees.com
Findintelligentemploymentdecisions.com
Luck-careers.com
Mylongtermemployment.com
Myusefulcareers.com
Findusefulcareers.com
Theluckycareers.com
Gointelligentemploymentdecisions.com
Goluckycareers.com
Useful-careers.com
Findlongtermemployment.com
Intelligentemployment-decisions.com
Intelligent-employment-decisions.com
Long-termemployment.com
Gousefulcareers.com
Longterm-employment.com
Myluckycareers.com
Findluckycareers.com
Intelligent-employmentdecisions.com
Long-term-employment.com
Theusefulcareers.com
Career-network-kansascityks.com
Career-network-lascruces.com
Career-network-texarkanaar.com
Careernetworkanniston.com
Careernetworkkansascityks.com
Careernetworklascruces.com
Careernetworkpeoria.com
Careernetworktexarkanaar.com
Kansascityks-career-network.com
Texarkanaar-career-network.com
Findrapidemploymentprofessionals.com
Findsophisticatedcareers.com
Govaluableemployment.com
Findvaluedemployees.com
Findvaluableemployment.com
Sophisticated-careers.com
Valued-employees.com
Gosophisticatedcareers.com
Rapid-employment-professionals.com
Thevaluedemployees.com
Valuable-employment.com
Myjoblist.com
Geotechmanagement.com
Advantageplusmedia.com
Careerladderpersonnel.com
Citywidemarketingsolutions.com
Gulfcoast-staffing.com

Friends   About us   Press   Terms   Privacy   Partners   Tools        Choose language    © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

## EXHIBIT "A"



Horizonsrecruiting.com
Maximumpersonnelstaffing.com
Realliferecruiting.com
Sidebysidestaffing.com
Silvermoonmarketing.com
Ultimatepersonnelstaffing.com

**reply**

**cotojo** (Platinum) on Thu 02 Apr 2009    06:28:29 PM UTC
**Thank you**

Got them listed will check them and rate :-)

Colin
**http://freepcsecurity.co.uk**

**reply**

**difrawi_defrawy** (Platinum) on Thu 02 Apr 2009    09:01:05 PM UTC
**I noticed myjoblist.com is**

I noticed myjoblist.com is for sale, ignore

**reply**

**cotojo** (Platinum) on Thu 02 Apr 2009    09:45:08 PM UTC
**Will remove**

Will remove it from the list :-)

Colin
**http://freepcsecurity.co.uk**

**reply**

**g7w** (Platinum) on Thu 02 Apr 2009    11:48:02 PM UTC

Friends    About us    Press    Terms    Privacy    Partners    Tools          Choose language    © WOT Services 2010

**Keep in touch with us**                      **What's new?**                          **Support WOT's development**

Like us on Facebook                            Keep up with what's happening.           Your generous contribution is
                                                                                        appreciated by WOT's add-on
Join the professional group on                 Read the latest newsletter              developers.
Linkedin
                                               Subscribe to the WOT blog
Follow us on Twitter                           RSS feed

Watch WOT videos on                                                                     **Contribute Now**
Youtube

Grab screenshots from Flickr

**EXHIBIT "A"**

**done**

myjoblist.com removed from list.
the other 65 domains have been rated "poorly" - RED
-------
Against Intuition - gives us safety through Web of Trust.
WOT Community - gives us security through unity.
Thank you all
G7W {G.O.M}
http://g7w.net/

reply



**Tonor** (Platinum) on Thu 02 Apr 2009    11:55:35 PM UTC
**Sold**

Looks like it's been bought as it's registered until 2013.

Edit: scrub that, Domain Tools shows it's for sale at Sedo.

reply



**difrawi_defrawy** (Platinum) on Wed 22 Apr 2009    11:51:25 PM UTC
**Linkfarming**

threestarsinc.net
threestarsinc.org
threestarsinc.biz
threestarsinc.us
threestarsinc.info
threestarsinc.tv
threestarsinc.bz
threestarsinc.us.com
three-stars-inc.com
three-stars-inc.net
three-stars-inc.org
three-stars-inc.biz
three-stars-inc.us
three-stars-inc.info
three-stars-inc.tv
three-stars-inc.bz

rated and commented

reply

Friends   About us   Press   Terms   Privacy   Partners   Tools                    Choose language   © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

### Support WOT's development

Your generous contribution is
appreciated by WOT's add-on
developers.

**Contribute Now**

# EXHIBIT "A"



**g7w** (Platinum) on Thu 23 Apr 2009    03:02:43 AM UTC

**re: Linkfarming**

rated and commented as well.
Thanks for the hard work you put in to revealing these scoundrels!
-------
Against Intuition - gives us safety through Web of Trust.
WOT Community - gives us security through unity.
Thank you all
G7W (G.O.M)
**http://g7w.net/**

**reply**



**difrawi_defrawy** (Platinum) on Tue 05 May 2009    09:09:56 AM UTC

**and more**

Actionmarketingjobs.com
Aggressiveemploymentprofessionals.com
Applestaffingcareers.com
Applestaffingjobs.com
Applicantsourcecareers.com
Career-network.org
Career-network.biz
Career-network.us
Career-network.tv
Career-network.com.us
Careernetworkemployment.com
Careernetworksitecareers.com
Employmentselectjobs.com
Employmentstarter.com
Energeticemployment.com
Findmynewcareer.com
Hard-to-find-careers.com
Huntcareersonline.com
Incredibleemployment.com
Jobsmatchnowemployment.com
Neatcareers.com
Newlyemployed.com
Onlinecareercentersearch.com
Perfectcareercenter.com
Permanenthirecareers.com
Placement101careers.com
Placement101jobs.com
Apple-staffingcareers.com
Apple-staffingjobs.com
Applicant-source-careers.com
Find-mynewcareer.com
Findenergeticemployment.com
Findnewlyemployed.com
Findperfectcareercenter.com

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language   © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

## EXHIBIT "A"

Myincredibleemployment.com
Online-careercentersearch.com
Permanenthirecareersnow.com
Placement101jobsnow.com
Energetic-employment.com
Findapplestaffingjobs.com
Findmy-new-career.com
Incredible-employment.com
Onlinecareer-center-search.com
Perfectcareer-center.com
Aggressive-employment-professionals.com
Employment-starter.com
Employmentselect-jobs.com
Hunt-careers-online.com
Jobsmatch-nowemployment.com
Neat-careers.com
Nowhard-to-find-careers.com
Placement-101careers.com
Actionmarketing-jobs.com
Career-networkemployment.com
Findemploymentselectjobs.com
Gohuntcareersonline.com
Myhard-to-find-careers.com
Myneatcareers.coms
Action-marketingjobs.com
Career-network-sitecareers.com
Careernetwork-employment.com
Goaggressiveemploymentprofessionals.com
Gohard-to-find-careers.com
Jobs-match-nowemployment.com
Myemploymentstarter.com
Myhuntcareersonline.com
Theneatcareers.com
Aggressive-employmentprofessionals.com
Career-networksitecareers.com
Findactionmarketingjobs.com
Goneatcareers.com
Hard-to-find-careersnow.com
Careernetwork-sitecareers.com
Employment-select-jobs.com
Findplacement101careers.com
Huntcareers-online.com
Jobs-matchnowemployment.com
Employmentselectjobsnow.com
Findcareernetworkemployment.com
Findneatcareers.com
Goemploymentstarter.com
Jobsmatchnow-employment.com
Placement-101-careers.com
Action-marketing-jobs.com
Career-network-site-careers.com
Careernetworkemploymentnow.com
Findaggressiveemploymentprofessionals.com
Findemploymentstarter.com
Myplacement101careers.com
Thehard-to-find-careers.com
Aggressiveemployment-professionals.com
Career-network-employment.com

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language   © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on
Linkedin

Follow us on Twitter

Watch WOT videos on
Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog
RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

# EXHIBIT "A"

Careernetworksite-careers.com
Employment-selectjobs.com
Goactionmarketingjobs.com
Hunt-careersonline.com
Jobs-match-now-employment.com
Placement101-careers.com
Theemploymentstarter.com
Applicantsourcecareersnow.com
Energeticemploymentnow.com
Find-my-new-career.com
Myapplestaffingcareers.com
Permanent-hire-careers.com
Apple-staffing-jobs.com
Goincredibleemployment.com
Newly-employed.com
Online-career-center-search.com
Perfect-careercenter.com
Applestaffing-careers.com
Applestaffing-jobs.com
Applicantsource-careers.com
Findpermanenthirecareers.com
Findplacement101jobs.com
Gonewlyemployed.com
Theenergeticemployment.com
Find-my-newcareer.com
Findincredibleemployment.com
Goperfectcareercenter.com
Newlyemployednow.com
Online-career-centersearch.com
Choiceemploymentservice.com

reply



**g7w** (Platinum) on Tue 05 May 2009     10:21:18 AM UTC

**rated**

Rated and commented.
Thanks for your time.
-------
Against Intuition - gives us safety through Web of Trust.
WOT Community - gives us security through unity.
Thank you all
G7W (G.O.M)
**http://g7w.net/**

reply



**difrawi_defrawy** (Platinum) on Tue 05 May 2009     12:01:47 PM UTC

**ty**

Friends   About us   Press   Terms   Privacy   Partners   Tools          Choose language        © WOT Services 2010

**Keep in touch with us**                    **What's new?**                    **Support WOT's development**

Like us on Facebook                     Keep up with what's happening.          Your generous contribution is
                                                                                 appreciated by WOT's add-on
Join the professional group on          Read the latest newsletter              developers.
Linkedin
                                        Subscribe to the WOT blog
Follow us on Twitter                    RSS feed                                **Contribute Now**

Watch WOT videos on
Youtube

Grab screenshots from Flickr

# EXHIBIT "A"

Thanks for the heads up.

Btw (my mistake, causing the confusion) except for
Career-network.org
Career-network.biz
Career-network.us
Career-network.tv
Career-network.com.us
which are linkfarming, the latest list consists of the usual Difrawi & Bell fake online application domains

**reply**

---

**cotojo** (Platinum) on Tue 05 May 2009      03:20:05 PM UTC
**Ditto**

Rated and commented......need more crayons LOL

Colin
**http://freepcsecurity.co.uk**

"If you have knowledge, let others light their candles with it" - Winston Churchill

**reply**

---

1 **2**   >   >>

## Post new comment

Your name: **mnick**

**Subject:**

**Comment:** *

Cancel                                                                    **Preview    Submit**

Allowed HTML tags: <a> <em> <strong> <cite> <code> <ul> <ol> <li> <dl> <dt> <dd> <img> <red> <green> <yellow>

---

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language    © WOT Services 2010

### Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

### What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

### Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

---

# EXHIBIT "A"

Lines and paragraphs break automatically.

Web page addresses and e-mail addresses turn into links automatically.

**More information about formatting options**

Friends    About us    Press    Terms    Privacy    Partners    Tools

Choose language        © WOT Services 2010

## Keep in touch with us

Like us on Facebook

Join the professional group on Linkedin

Follow us on Twitter

Watch WOT videos on Youtube

Grab screenshots from Flickr

## What's new?

Keep up with what's happening.

Read the latest newsletter

Subscribe to the WOT blog RSS feed

## Support WOT's development

Your generous contribution is appreciated by WOT's add-on developers.

**Contribute Now**

# EXHIBIT "A"