## career-network.com



| | | |
|---|---|---|
| Popularity: | | |
| Rank: | N/A | |
| Owner: | whois | |
| Server location: | US | |
| Statistics: | Compete | |
| Similar sites: | SimilarSites | |

**Description:**
ripe is a full service, international creative studio based in Washington, DC. Our trained, professional staff shares a passion for applying unique and creative design solutions to clients' projects.

**How to increase your site's ratings**
Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site. Read reputation building tips

Warning! This site has a poor reputation.

### Reputation rating: [ Edit my rating ]

| | |
|---|---|
| Trustworthiness | 4 |
| Vendor reliability | 4 |
| Privacy | 4 |
| Child Safety | 5 |

### Comments by category:

| | |
|---|---|
| Spam | 1 |
| Bad customer experience | 7 |
| Phishing or other scams | 131 |
| Malicious content, viruses | 2 |

Add a comment                                         Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 02/19/2009 | Andrei_i | Phishing or other scams | Thousands of phishing and spamvertised sites from http://int ... | 8 |
| 04/01/2009 | Andrei_i | Bad customer experience | For those who are stil scheptic about this site being a frau ... | 6 |
| 11/16/2009 | Anonymized | Phishing or other scams | Phishing site - low trustworthiness. q.v. http://www.mywot. ... | 3 |
| 12/20/2009 | Arcade™ | Phishing or other scams | Phishing Scam Website! - This site carries a risk of identi ... | 3 |
| 05/16/2010 | Bonobo4 | Phishing or other scams | Linkfarming site see http://www.mywot.com/en/forum/3615-monk ... | 2 |
| 05/05/2009 | byronsnake | Phishing or other scams | I applied for a job and got a call back for a pre-interview. ... | 5 |
| 06/09/2009 | cconniejean | Phishing or other scams | Phishing scam/Linkfarming http://threestarswatch.blogspot.co ... | 2 |
| 02/16/2010 | Cheater87 | Phishing or other scams | Phishing/Scamming site | 3 |

| Date | Source | Category | Comment | | |
|------|--------|----------|---------|---|---|
| 03/13/2009 | cotojo | Phishing or other scams | Bogus spam sites that link to internetsolutionscorp | ▇▇▇▇ ▇▇▇▇ | 7 |
| 04/16/2010 | Dante v3.11 | Phishing or other scams | Involved in scamming. In Reference too: http://www.▇▇▇▇▇.com | ? | 3 |

Page 1 of 4  «  ‹  1  2  3  4  ›  »

* Check a website's reputation

Home   Download   Trust seal   Blog   Forum   Community   Support

Friends   About us   Press   Terms   Privacy   Partners   Tools           Choose language    © WOT Services 2010

http://www.mywot.com/en/scorecard/CAREER-NETWORK.COM                                    9/29/2010

**EXHIBIT "B"**

WOT Reputation Scorecard                                                                 Help view

# career-network.com



Popularity:
Rank:             N/A
Owner:            whois
Server location:  US
Statistics:       Compete
Similar sites:    SimilarSites

Description:
ripe is a full service, international creative studio based in Washington, DC. Our trained, professional staff shares a passion for applying unique and creative design solutions to clients' projects.

How to increase your site's ratings

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site. Read reputation building tips

Warning! This site has a poor reputation.

| Reputation rating: | [ Edit my rating ] | | Comments by category: | |
|---|---|---|---|---|
| Trustworthiness | 4 | | Spam | 1 |
| Vendor reliability | 4 | | Bad customer experience | 7 |
| Privacy | 4 | | Phishing or other scams | 131 |
| Child Safety | 5 | | Malicious content, viruses | 2 |

Add a comment                                                            Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 09/28/2009 | Destinli Haruya | Phishing or other scams | Part of Three Stars Inc. phishing/data mining scam. | 2 |
| 03/03/2009 | difrawi_defrawy | Phishing or other scams | Elaborate scam, see also http://www.aboutus.org/User:snagalo ... | 7 |
| 10/27/2009 | edilsoncaldas | Phishing or other scams | Phishing scam / Linkfarming! Veja: http://www.mywot.com/pt- ... | 2 |
| 06/05/2009 | evilfantasy | Phishing or other scams | Phishing scam/Linkfarmimg. | 2 |
| 03/11/2009 | g7w | Phishing or other scams | Seeking personal identifiable information via a FAKE SITE pr ... | 7 |
| 06/05/2009 | Galaxyfox | Phishing or other scams | Monkeyjar linkfarming phishing scam by Three Stars Inc. More ... | 2 |
| 12/31/2009 | jgoogle | Phishing or other scams | terrible... | 3 |
| 06/24/2010 | klaus_b | Phishing or other scams | Part of a scam career network. See reference: http://www.my ... | 2 |

Friends   About us   Press   Terms   Privacy   Partners   Tools                Choose language    © WOT Services 2010

http://www.mywot.com/en/scorecard/CAREER-NETWORK.COM                                 9/29/2010

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 06/05/2009 | LiVeRpUdLiAn932 | Malicious content, viruses | Monkeyjar, ponzi phishing (See: http://www.mywot ▓▓▓▓▓ | 0 |
| 09/26/2009 | LiVeRpUdLiAn932 | Phishing or other scams | Career Network scam See: http://www.mywot.com/en/▓▓▓▓▓2001-... | ? 2 |

Page 2 of 4 « ‹ 1 2 3 4 › »

* Check a website's reputation

Home   Download   Trust seal   Blog   Forum   Community   Support

Friends   About us   Press   Terms   Privacy   Partners   Tools                    Choose language   © WOT Services 2010

http://www.mywot.com/en/scorecard/CAREER-NETWORK.COM                                         9/29/2010

**EXHIBIT "B"**

WOT Reputation Scorecard                                                          Help view

# career-network.com



Popularity:
Rank:              N/A
Owner:             whois
Server location:   US
Statistics:        Compete
Similar sites:     SimilarSites

Description:
ripe is a full service, international creative studio based in Washington, DC. Our trained, professional staff shares a passion for applying unique and creative design solutions to clients' projects.

How to increase your site's ratings

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site. Read reputation building tips

Warning! This site has a poor reputation.

| Reputation rating: | [ Edit my rating ] | Comments by category: | |
|---|---|---|---|
| Trustworthiness | 4 | Spam | 1 |
| Vendor reliability | 4 | Bad customer experience | 7 |
| Privacy | 4 | Phishing or other scams | 131 |
| Child Safety | 5 | Malicious content, viruses | 2 |

Add a comment                                                Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 06/24/2010 | MassimilianoF | Phishing or other scams | Warning: Keep out. IP/Hostname/Website created in order to l ... | 2 |
| 12/10/2009 | matursuksma | Phishing or other scams | Career network scam | 3 |
| 08/21/2009 | pgilbanks | Phishing or other scams | Thank you WOT! I just got a call from them too and quickly I ... | 2 |
| 07/06/2009 | phantazm | Phishing or other scams | PHISHING - "combined marketing / phishing for leads scam". ... | 2 |
| 06/16/2009 | ponderance | Malicious content, viruses | i also was sent here by an email -- didn't click the link bu ... | 0 |
| 05/18/2010 | QuickMan | Phishing or other scams | Spam and scam. | 2 |
| 08/23/2010 | raydarken | Phishing or other scams | Phishing/Scam site | 1 |
| 10/30/2009 | RayQuang | Phishing or other scams | Link-farming: Moneyjar scam More info at (http://www.mywot.c ... | 2 |

Friends   About us   Press   Terms   Privacy   Partners   Tools         Choose language    © WOT Services 2010

http://www.mywot.com/en/scorecard/CAREER-NETWORK.COM                                9/29/2010

EXHIBIT "B"

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 12/22/2009 | Sad Story | Phishing or other scams | Phishing/ Betrug Karriere-Scamseite, Finger weg! P | 3 |
| 07/14/2009 | shazza | Phishing or other scams | See http://www.mywot.com/en/forum/2119-three-stars-antpiredo?m p ... | 2 |

Page 3 of 4   «  ‹  1  2  3  4  ›  »

* Check a website's reputation

Home   Download   Trust seal   Blog   Forum   Community   Support

Friends   About us   Press   Terms   Privacy   Partners   Tools          Choose language   © WOT Services 2010

http://www.mywot.com/en/scorecard/CAREER-NETWORK.COM                          9/29/2010

EXHIBIT "B"


* Check a website's reputation

Home  Download  Trust seal  Blog  Forum  Community  Support

**WOT Reputation Scorecard**                                    Help view

## career-network.com



| | |
|---|---|
| Popularity: | |
| Rank: | N/A |
| Owner: | whois |
| Server location: | US |
| Statistics: | Compete |
| Similar sites: | SimilarSites |

**Description:**
ripe is a full service, international creative studio based in Washington, DC. Our trained, professional staff shares a passion for applying unique and creative design solutions to clients' projects.

**How to increase your site's ratings**
Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site. Read reputation building tips

**Warning!** This site has a poor reputation.

### Reputation rating:  [ Edit my rating ]

| | |
|---|---|
| Trustworthiness | 4 |
| Vendor reliability | 4 |
| Privacy | 4 |
| Child Safety | 5 |

### Comments by category:

| | |
|---|---|
| Spam | 1 |
| Bad customer experience | 7 |
| Phishing or other scams | 131 |
| Malicious content, viruses | 2 |

Add a comment                                    Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 11/28/2009 | stonefist | Phishing or other scams | see: http://www.mywot.com/en/forum/2181-career-network-scam | 3 |
| 09/07/2009 | Vasya | Phishing or other scams | Three Stars Inc, Career Network and the people behind it hav ... | 2 |
| 04/02/2009 | Xp54321 | Phishing or other scams | Scam site going after personal information! | 6 |
| 05/26/2009 | Yatti420 | Phishing or other scams | Scam run by Ayman El Difrawi... | 4 |
| 09/08/2010 | hpHosts | Phishing or other scams | Engaged in phishing. | |
| 08/04/2010 | SpamCop | Spam | Appeared on an automatically composed list of spamvertised websites. (Low reliability) | |

Page 4 of 4   «  ‹  1  2  3  4  ›  »

Friends  About us  Press  Terms  Privacy  Partners  Tools          Choose language    © WOT Services 2010

http://www.mywot.com/en/scorecard/CAREER-NETWORK.COM                              9/29/2010

EXHIBIT "B"

WOT Reputation Scorecard  Help view

# threestarsinc.com



Popularity:
Rank: N/A
Owner: whois
Server location: US
Statistics: Compete
Similar sites: SimilarSites

How to increase your site's ratings

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site. Read reputation building tips

Warning! This site has a poor reputation.

**Reputation rating:** [ Edit my rating ]

| | |
|---|---|
| Trustworthiness | 2 |
| Vendor reliability | 3 |
| Privacy | 2 |
| Child Safety | 7 |

**Comments by category:**

| | |
|---|---|
| Phishing or other scams | 40 |
| Malicious content, viruses | 4 |

Add a comment    Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 09/05/2009 | Vasya | Phishing or other scams | Three Stars Inc has been exposed as gathering personal infor ... | 4 |
| 11/18/2009 | Leo13 | Phishing or other scams | Every bit the scam they are accused of being. I interviewed ... | 3 |
| 10/30/2009 | RayQuang | Phishing or other scams | Link-farming: Moneyjar scam More info at (http://www.mywot.c ... | 3 |
| 09/26/2009 | LiVeRpUdLiAn932 | Malicious content, viruses | Media Logic Inc. medialogicinc.com fka Three Stars Inc phish ... | 3 |
| 06/09/2009 | cconniejean | Phishing or other scams | Phishing scam/Linkfarming http://threestarswatch.blogspot.co ... | 3 |
| 06/05/2009 | evilfantasy | Phishing or other scams | Phishing scam/Linkfarmimg. | 3 |
| 06/05/2009 | Galaxyfox | Phishing or other scams | Monkeyjar linkfarming phishing scam by Three Stars Inc. More ... | 3 |
| 12/20/2009 | Arcade™ | Phishing or other scams | Phishing Scam Website! - This site carries a risk of identi ... | 2 |

Friends  About us  Press  Terms  Privacy  Partners  Tools    Choose language  © WOT Services 2010

| Date | Source | Category | Comment | | |
|---|---|---|---|---|---|
| 12/03/2009 | TurboCat24 | Phishing or other scams | Beware this company now operates under the nam█████ █████ | | 2 |
| 11/26/2009 | phantazm | Phishing or other scams | SCAM - Monkeyjar, ponzi phishing. Read more: www.mywot.com ... | example.com  * Check a website's reputation | ? ! 2 |

Page 1 of 2 « ‹ 1 [2] › »

Home  Download  Trust seal  Blog  Forum  Community  Support

Friends  About us  Press  Terms  Privacy  Partners  Tools         Choose language    © WOT Services 2010

http://www.mywot.com/en/scorecard/threestarsinc.com                                    9/29/2010

EXHIBIT "B"




Home  Download  Trust seal  Blog  Forum  Community  Support

## WOT Reputation Scorecard

### threestarsinc.com

| | |
|---|---|
| Popularity: | |
| Rank: | N/A |
| Owner: | whois |
| Server location: | US |
| Statistics: | Compete |
| Similar sites: | SimilarSites |

**How to increase your site's ratings**

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site. Read reputation building tips

Help view

**Warning!** This site has a poor reputation.

**Reputation rating:** [ Edit my rating ]

| | |
|---|---|
| Trustworthiness | 2 |
| Vendor reliability | 3 |
| Privacy | 2 |
| Child Safety | 7 |

**Comments by category:**

| | |
|---|---|
| Phishing or other scams | 40 |
| Malicious content, viruses | 4 |

Add a comment                          Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 10/27/2009 | edilsoncaldas | Phishing or other scams | Phishing scam / Linkfarming! Veja: http://www.mywot.com/pt- ... | 2 |
| 08/30/2010 | SuperHero58 | Phishing or other scams | dangerous site = Re http://www.mywot.com/en/forum/5541-the-d ... | 0 |
| 05/16/2010 | Bonobo4 | Phishing or other scams | Linkfarming site see http://www.mywot.com/en/forum/3615-monk ... | 0 |
| 04/29/2009 | wendycox | Other | How can I comment on this site when this thing won't let me ... | -2 |
| 09/08/2010 | hpHosts | Phishing or other scams | Engaged in phishing. | |

Page 2 of 2  «  ‹  1  2  ›  »

Friends  About us  Press  Terms  Privacy  Partners  Tools           Choose language    © WOT Services 2010

http://www.mywot.com/en/scorecard/threestarsinc.com                    9/29/2010
EXHIBIT "B"

WOT Reputation Scorecard                                                    Help view

# monkeyjar.com



| Popularity: | | Description: | How to increase your |
|---|---|---|---|
| Rank: | N/A | MonkeyJar earns members cash back on every online purchase made through their MonkeyJar mall. Visit MonkeyJar to start saving today. | site's ratings |
| Owner: | whois | | Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site.Read reputation building tips |
| Server location: | US | | |
| Statistics: | Compete | | |
| Similar sites: | SimilarSites | | |

**Warning!** This site has a poor reputation.

**Reputation rating:**   [ Edit my rating ]                **Comments by category:**

| Trustworthiness | 3 | Phishing or other scams | 70 |
| Vendor reliability | 3 | Malicious content, viruses | 5 |
| Privacy | 4 | | |
| Child Safety | 6 | | |

Add a comment                                                              Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 11/16/2009 | Anonymized | Phishing or other scams | Phishing site - low trustworthiness. q.v. http://www.mywot. ... | 2 |
| 12/20/2009 | Arcade™ | Phishing or other scams | Phishing Scam Website! - This site carries a risk of identi ... | 2 |
| 05/16/2010 | Bonobo4 | Phishing or other scams | Linkfarming site see http://www.mywot.com/en/forum/3615-monk ... | 0 |
| 06/09/2009 | cconniejean | Phishing or other scams | Phishing scam/Linkfarming http://threestarswatch.blogspot.co ... | 4 |
| 04/16/2010 | Dante v3.11 | Phishing or other scams | Involved in scamming. In Reference too: http://www.mywot.co ... | 0 |
| 09/28/2009 | Destinii Haruya | Phishing or other scams | Part of Three Stars Inc. phishing/data mining scam. | 2 |
| 06/03/2009 | difrawi_defrawy | Phishing or other scams | Monkeyjar is part of a phishing scam by Three Stars Inc, Orl ... | 7 |
| 10/27/2009 | edilsoncaldas | Phishing or other scams | Phishing scam / Linkfarming! Veja: http://www.mywot.com/pt- ... | 2 |

Friends   About us   Press   Terms   Privacy   Partners   Tools        Choose language    © WOT Services 2010

http://www.mywot.com/en/scorecard/MONKEYJAR.COM                                          9/29/2010

EXHIBIT "B"

| Date | Source | Category | Comment | | |
|---|---|---|---|---|---|
| 06/05/2009 | evilfantasy | Phishing or other scams | Phishing scam/Linkfarmimg. | ▮▮▮ | 7 |
| 06/05/2009 | g7w | Phishing or other scams | Linkfarming re: http://www.mywot.com/en/forum/3615-monkeyjan... | | 4 |

Page 1 of 3   «  ‹  1  2  3  ›  »

* Check a website's reputation

Home   Download   Trust seal   Blog   Forum   Community   Support

Friends   About us   Press   Terms   Privacy   Partners   Tools

Choose language    © WOT Services 2010

http://www.mywot.com/en/scorecard/MONKEYJAR.COM        9/29/2010

**EXHIBIT "B"**

WOT Reputation Scorecard                                                  Help view

# monkeyjar.com



Popularity:
Rank:              N/A
Owner:             whois
Server location:   US
Statistics:        Compete
Similar sites:     SimilarSites

Description:
MonkeyJar earns members cash back on every online purchase made through their MonkeyJar mall. Visit MonkeyJar to start saving today.

How to increase your site's ratings

Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site. Read reputation building tips

Warning! This site has a poor reputation.

| Reputation rating: | [ Edit my rating ] | Comments by category: | |
|---|---|---|---|
| Trustworthiness | 3 | Phishing or other scams | 70 |
| Vendor reliability | 3 | Malicious content, viruses | 5 |
| Privacy | 4 | | |
| Child Safety | 6 | | |

Add a comment                                                  Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 06/05/2009 | Galaxyfox | Phishing or other scams | Monkeyjar linkfarming phishing scam by Three Stars Inc. More ... | 6 |
| 09/01/2009 | jamvaru | Entertaining | hilarious... a shopping MLM... it makes no pretensions and d ... | -6 |
| 06/24/2010 | klaus_b | Phishing or other scams | Part of a scam career network. See reference: http://www.my ... | 0 |
| 06/05/2009 | LiVeRpUdLiAn932 | Malicious content, viruses | Monkeyjar, ponzi phishing (See: http://www.mywot.com/en/for ... | 4 |
| 09/26/2009 | LiVeRpUdLiAn932 | Phishing or other scams | Career Network scam See: http://www.mywot.com/en/forum/2181- ... | 3 |
| 06/24/2010 | MassimilianoF | Phishing or other scams | Warning: Keep out. IP/Hostname/Website created in order to l ... | 0 |
| 11/26/2009 | phantazm | Phishing or other scams | SCAM - Monkeyjar, ponzi phishing. Read more: www.mywot.com ... | 2 |
| 10/30/2009 | RayQuang | Phishing or other scams | Link-farming: Moneyjar scam More info at (http://www.mywot.c ... | 2 |

Friends  About us  Press  Terms  Privacy  Partners  Tools          Choose language    © WOT Services 2010

http://www.mywot.com/en/scorecard/MONKEYJAR.COM                                9/29/2010

EXHIBIT "B"

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 12/22/2009 | Sad Story | Phishing or other scams | Phishing/ Betrug Karriere-Scamseite, Finger weg! P | 2 |
| 09/30/2009 | shazza | Phishing or other scams | Defrawi & Bell scam see http://www.mywot.com/en/forum/2d84m c ... | ? 2 |

Page 2 of 3 « ‹ 1 2 3 › »

* Check a website's reputation

Home   Download   Trust seal   Blog   Forum   Community   Support

Friends   About us   Press   Terms   Privacy   Partners   Tools          Choose language   © WOT Services 2010

http://www.mywot.com/en/scorecard/MONKEYJAR.COM                    9/29/2010

EXHIBIT "B"


Home   Download   Trust seal   Blog   Forum   Community   Support

WOT Reputation Scorecard                                     Help view

# monkeyjar.com



| Popularity: | | | Description: | How to increase your site's ratings |
|---|---|---|---|---|
| Rank: | N/A | | MonkeyJar earns members cash back on every online purchase made through their MonkeyJar mall. Visit MonkeyJar to start saving today. | Trust is your greatest asset. You can improve your reputation, build trust and add credibility to your site. Read reputation building tips |
| Owner: | whois | | | |
| Server location: | US | | | |
| Statistics: | Compete | | | |
| Similar sites: | SimilarSites | | | |

**Warning!** This site has a poor reputation.

| Reputation rating: | [ Edit my rating ] | | Comments by category: | |
|---|---|---|---|---|
| Trustworthiness | 3 | | Phishing or other scams | 70 |
| Vendor reliability | 3 | | Malicious content, viruses | 5 |
| Privacy | 4 | | | |
| Child Safety | 6 | | | |

Add a comment                                                Request a comment

Comments provide more information, but do not affect the reputation.

| Date | Source | Category | Comment | |
|---|---|---|---|---|
| 11/28/2009 | stonefist | Phishing or other scams | see: http://www.mywot.com/en/forum/2181-career-network-scam | 3 |
| 09/08/2010 | hpHosts | Phishing or other scams | Engaged in phishing. | |

Page 3 of 3   «  ‹  1  2  3  ›  »