MYRA NICHOLSON, P.A.
1743 Park Center Drive, Orlando, FL 32835

Telephone: 407-803-4729   Facsimile: 407-803-5861

September 3, 2010

Vesa Perälä
Chief Executive Officer
WOT Services, Ltd.
Itälahdenkatu 27 A
00210 Helsinki
Finland

**SENT VIA EMAIL TO VESA@MYWOT.COM
AND FEDERAL EPXRESS**

Re:   Libel Notice per §770.01, Florida Statute

Dear Mr. Perälä:

This letter is to serve as formal notice under Florida Statute §770.01 that WOT Services, Ltd. via the www.mywot.com website has published false and defamatory statements about my clients, Ayman A. Difrawi, Career Network, Inc., MonkeyJar, Inc., Three Stars, Inc., Internetcompany, Inc., Buzzgrub, Inc. MediaLogic, Inc., and Power Applications, Inc. Although you are well aware of the false and defamatory statements on the mywot.com site via my prior emails to you, I want to formally notify you of these issues prior to filing legal action against you, your companies and various anonymous posters.

As you are aware, my clients have issues not only with the content posted by certain users, but also the way in which www.mywot.com makes the grading determinations. If the following links are not removed within the next five days, my client has instructed me to file legal action against you personally, WOT Services, Ltd., Against Intuition, Inc., Timo Ala-Kleemola, Sami Tolvahen, Esa Suurio, and various anonymous posters.

Links to forum threads that are false and defamatory and must be removed:

http://www.mywot.com/en/forum/3615-monkeyjar-ponzi-phishing
http://www.mywot.com/en/forum/5029-the-recruiter-source-therecruitersource-com-phishing-scam
http://www.mywot.com/en/forum/5023-web-development-group-webdevelopmentgroup-net-phishing-scam
http://www.mywot.com/en/forum/5017-the-media-company-media-company-net-phishing-scam
http://www.mywot.com/en/forum/5016-employment-network-employmentnetwork-org-phishing-scam
http://www.mywot.com/en/forum/2181-career-network-scam
http://www.mywot.com/en/forum/4903-get-your-contractor-jobs-phishing-scam
http://www.mywot.com/en/forum/4876-internet-project-systems-phishing-scam
http://www.mywot.com/en/forum/4875-side-by-side-tutors-phishing-scam
http://www.mywot.com/en/forum/4874-the-job-cooler-jobs-phishing-scam

**EXHIBIT "C"**

EXHIBIT "C"

http://www.mywot.com/en/forum/4780-internet-company-com-next-defrawi-phishing-site
http://www.mywot.com/en/forum/4718-buzzgrub-on-hotjobs
http://www.mywot.com/en/forum/4354-nextmediapartners-com-consider-this-marketing-another-defrawi-phishing-scam
http://www.mywot.com/en/forum/4332-media-logic-inc-medialogicinc-com-fka-three-stars-inc-phishing-scam
http://www.mywot.com/en/forum/2119-three-stars-orlando
http://www.mywot.com/en/forum/3690-aboutus-org-scammer-s-haven
http://www.mywot.com/en/forum/3689-chris-pirillo-pyramid-phishing-cheerleader
http://www.mywot.com/en/forum/3683-job-match-now-jobmatchnow-net-phishing
http://www.mywot.com/en/forum/3554-kelly-joe-ellis
http://www.mywot.com/en/forum/3288-applicant-tree-by-three-stars-career-network-in-orlando
http://www.mywot.com/en/forum/2198-what-could-this-be
http://www.mywot.com/en/forum/2182-power-applications-powerapplications-com-orlando-fl
http://www.mywot.com/en/forum/4256-monkeyjar-affiliate-shopping-site
http://www.mywot.com/en/forum/4298-monkeyjar-affiliate-three-stars
http://www.mywot.com/en/forum/4911-complete-job-search-completejobsearch-net-phishing
http://www.mywot.com/en/forum/4338-what-media-logic-inc-is
http://www.mywot.com/en/forum/4612-misrating-thebestapplications-com
http://www.mywot.com/en/forum/4333-medialogicinc-com-media-logic-inc
http://www.mywot.com/en/forum/7445-the-supermodel-project-facebook-com-thesupermodelproject-orlando-fl-phishing-scam

**GOVERN YOURSELF ACCORDINGLY.**

*Myra P. Nicholson, Esq.*

