# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CAREER NETWORK, INC., THREE STARS MEDIA, INC., THREE STARS, INC. d/b/a Threestars of Central Florida, Inc., INTERNETCOMPANY, INC. d/b/a Internet-Company of Central Florida, Inc., MEDIALOGIC, INC., POWER APPLICATIONS, INC., MONKEYJAR, INC., and BUZZGRUB, INC.,**

                Plaintiffs,

vs.                           CASE NO.:  6:10-cv-1826-Orl-31KRS

**WOT SERVICES, LTD, AGAINST INTUITION, INC., ESA SUURIO, VESA PERÄLÄ, SAMI TOLVAHEN, TIMO ALA-KLEEMOLA, DAVID STADLER aka g7w, and JOHN AND JANE DOES 1 THROUGH 100,** all whose true names are unknown,

                Defendants.

___

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

      I hereby disclose the following pursuant to this Court's interested persons order:

1.)    the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Career Network, Inc.
Three Stars Media, Inc., Three Stars, Inc. d/b/a Threestars of Central Florida, Inc.
Internetcompany, Inc. d/b/a Internet-Company of Central Florida, Inc.
Medialogic, Inc.
Power Applications, Inc.
Monkeyjar, Inc.
Buzzgrub, Inc.

Ayman A. Difrawi a/ka/ Alec Difrawi
Kelly W. Romero
Kelly D. Weems
Ryan A. Clark
Myra P. Nicholson, Esq.
WOT Services, Ltd
Against Intuition, Inc.
Esa Suurio
Vesa Perälä
Sami Tolvahen
Timo Ala-Kleemola
David Stadler
Start Fund 1, a fund of Finnish Industry Investment Ltd.
Open Ocean Fund Two, a fund controlled by Open Ocean Capital Ltd.
Harvey W. Gurland, Jr., P.A.
Warren D. Zaffuto, Esq.
Sandra A. Jeskie, Esq.

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Career Network, Inc.
Three Stars Media, Inc., Three Stars, Inc. d/b/a Threestars of Central Florida, Inc.
Internetcompany, Inc. d/b/a Internet-Company of Central Florida, Inc.
Medialogic, Inc.
Power Applications, Inc.
Monkeyjar, Inc.
Buzzgrub, Inc.
Ayman A. Difrawi a/ka/ Alec Difrawi
Kelly W. Romero
Kelly D. Weems
Ryan A. Clark

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

January 5, 2011                         /s/Myra P. Nicholson
                                        Myra P. Nicholson
                                        Florida Bar No.: 0710024
                                        1743 Park Center Drive
                                        Orlando, Florida 32825
                                        Phone:  407-803-4729
                                        Facsimile:  407-803-5866
                                        Email:  myra@mnicholson-law.com

                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January, 2011, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following: Harvey W. Gurland, Jr., Duane Morris, LLP, 200 S. Biscayne Blvd, Suite 3400 Miami, FL 33131-2318 and Warren Daniel Zaffuto, Duane Morris, LLP, 200 S. Biscayne Blvd, Suite 3400, Miami, FL 33131-2318 and Sandra A. Jeskie, Duane Morris, LLP, 30 South 17th Street, Philadelphia, PA 19103-4196.

                                        /s/Myra P. Nicholson
                                        Myra P. Nicholson