**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CAREER NETWORK, INC., THREE STARS MEDIA, INC., THREE STARS, INC. d/b/a** Threestars of Central Florida, Inc., **INTERNETCOMPANY, INC. d/b/a** Internet-Company of Central Florida, Inc., **MEDIALOGIC, INC., POWER APPLICATIONS, INC., MONKEYJAR, INC.,** and **BUZZGRUB, INC.,**
                Plaintiffs,

vs.                            **CASE NO.:   6:10-cv-1826-Orl-31KRS**

**WOT SERVICES, LTD, AGAINST INTUITION, INC., ESA SUURIO, VESA PERÄLÄ, SAMI TOLVAHEN, TIMO ALA-KLEEMOLA, DAVID STADLER aka g7w,** and **JOHN AND JANE DOES 1 THROUGH 100,** all whose true names are unknown,
                Defendants.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

__X__  IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

<u>Career Network, Inc. et al. v. WOT Services, Ltd. et al., Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2010-CA-022724-O</u>

_____ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: January 5, 2011

        /s/Myra P. Nicholson
        Myra P. Nicholson, Esq.
        Florida Bar No.: 0710024
        Myra Nicholson, P.A.
        1701 Park Center Drive, Suite 100
        Orlando, Florida 32835
        Phone:  407-803-4729
        Facsimile:  407-803-5861
        Email:  myra@mnicholson-law.com

        Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of January, 2011, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following: Harvey W. Gurland, Jr., Duane Morris, LLP, 200 S. Biscayne Blvd, Suite 3400 Miami, FL 33131-2318 and Warren Daniel Zaffuto, Duane Morris, LLP, 200 S. Biscayne Blvd, Suite 3400, Miami, FL 33131-2318 and Sandra A. Jeskie, Duane Morris, LLP, 30 South 17th Street, Philadelphia, PA 19103-4196.

        /s/Myra P. Nicholson
        Myra P. Nicholson