# EXHIBIT

# "A"

**TO DEFENDANTS WOT SERVICES, LTD AND AGAINST INTUITION, INC.'S
OPPOSITION TO PLAINTIFFS' MOTION FOR REMAND
AND FOR ATTORNEY'S FEES AND COSTS**

# Case Summary
### Case No. 2010-CA-022724-O

**CAREER NETWORK INC et al.vs.WOT SERVICES LTD et al.**  §  
§  
§  
§  
§  
§  
§  

Case Type: **CA - Libel/Slander**  
Date Filed: **10/07/2010**  
Location: **Div 35**  
Judicial Officer: **Strickland, Stan**  
Uniform Case Number: **482010CA022724A001OX**

---

## Parties

| | | Lead Attorneys |
|---|---|---|
| **Defendant** | **AGAINST INTUITION INC** <br> cl | |
| **Defendant** | **ALA KLEEMOLA, TIMO** <br> cl | |
| **Defendant** | **JOHN AND JANE DOES 1 THROUGH 100** <br> cl | |
| **Defendant** | **PERALA, VESA** <br> cl | |
| **Defendant** | **STADLER, DAVID** <br> *Also known as* G7W <br> cl | |
| **Defendant** | **SUURIO, ESA** <br> cl | |
| **Defendant** | **TOLVAHEN, SAMI** <br> cl | |
| **Defendant** | **WOT SERVICES LTD** <br> cl | |
| **Plaintiff** | **BUZZGRUB INC** | **MYRA NICHOLSON, Esquire** <br> *Retained* <br> 407-206-6536(W) |
| **Plaintiff** | **CAREER NETWORK INC** | **MYRA NICHOLSON, Esquire** <br> *Retained* <br> 407-206-6536(W) |
| **Plaintiff** | **INTERNETCOMPANY INC** <br> *Doing business as* INTERNET COMPANY | **MYRA NICHOLSON, Esquire** <br> *Retained* <br> 407-206-6536(W) |
| **Plaintiff** | **MEDIALOGIC INC** | **MYRA NICHOLSON, Esquire** |

|          |                       |                          |
|----------|-----------------------|--------------------------|
|          |                       | *Retained*               |
|          |                       | 407-206-6536(W)          |
| **Plaintiff** | **MONKEYJAR INC**     | **MYRA NICHOLSON, Esquire** |
|          |                       | *Retained*               |
|          |                       | 407-206-6536(W)          |
| **Plaintiff** | **POWER APPLICATION INC** | **MYRA NICHOLSON, Esquire** |
|          |                       | *Retained*               |
|          |                       | 407-206-6536(W)          |
| **Plaintiff** | **THREE STAR MEDIA INC** | **MYRA NICHOLSON, Esquire** |
|          |                       | *Retained*               |
|          |                       | 407-206-6536(W)          |
| **Plaintiff** | **THREE STARS INC**<br>*Doing business as* THREESTARS OF CEN | **MYRA NICHOLSON, Esquire** |
|          |                       | *Retained*               |
|          |                       | 407-206-6536(W)          |

## DOCKET LIST

**DISPOSITIONS**

12/10/2010 **Notice of Removal** (Judicial Officer: Strickland, Stan)
    Comment (copy sent to recording 12/10/10)

**OTHER EVENTS AND HEARINGS**

10/07/2010 **Summons Issued**
    *org to atty*
10/07/2010 **Summons Issued**
    *org to pltf*
10/07/2010 **Summons Issued**
    *org to atty*
10/07/2010 **Summons Issued**
    *org to atty*
10/07/2010 **Summons Issued**
    *org to pltf*
10/07/2010 **Summons Issued**
    *org to pltf*
10/07/2010 **Summons Issued**
    *org to atty*
10/07/2010 **Complaint**
10/07/2010 **Civil Cover Sheet**
10/26/2010 **Notice Appearance of Counsel**
    *Notice Appearance of Counsel*
10/27/2010 **Motion to Appoint for Service of Process**
    *Motion to Appoint for Service of Process*
10/28/2010 **Order**
    *TO APPOINT SPECIAL PROCESS SERVICE*
12/07/2010 **Notice of Filing**
    *for Removal*
12/10/2010 **Notice of Filing Notice of Removal with Attachment**
    *previously filed*

## FINANCIAL INFORMATION

**Plaintiff** CAREER NETWORK INC
Total Financial Assessment                                                                 600.50

|            |                        |                       |                      |          |
|------------|------------------------|-----------------------|----------------------|----------|
|            | Total Payments and Credits |                   |                      | 600.50   |
|            | **Balance Due as of 01/18/2011** |             |                      | **0.00** |
| 10/07/2010 | Transaction Assessment |                       |                      | 487.50   |
| 10/07/2010 | Counter Payment        | Receipt # CV-2010-81495 | THREE STAR MEDIA INC | (487.50) |
| 11/10/2010 | Transaction Assessment |                       |                      | 113.00   |
| 11/10/2010 | Counter Payment        | Receipt # CV-2010-89640 | Alliance Process, Inc. | (113.00) |