# EXHIBIT "A"



**TO DEFENDANTS WOT SERVICES, LTD AND AGAINST INTUITION, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO DROP AND SUBSTITUTE PARTY DEFENDANTS AND TO FILE AN AMENDED COMPLAINT**

