# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CAREER NETWORK, INC; THREE
STARS MEDIA, INC.; THREE STARS,
INC., dba Threestars of Central Florida,
Inc.; INTERNETCOMPANY, INC., dba
Internet-Company of Central Florida, Inc.;
MEDIALOGIC, INC.; POWER
APPLICATIONS, INC.; MONKEYJAR,
INC.; and BUZZGRUB, INC.,

                 Plaintiffs,

-vs-                                  Case No.  6:10-cv-1826-Orl-31KRS

WOT SERVICES, LTD.; AGAINST
INTUITION, INC.; ESA SUURIO; VESA
PERALA; SAMI TOLVAHEN; TIMO
ALA-KLEEMOLA; DAVID STADLER, aka
g7W; and JOHN AND JANE DOES
1THROUGH 100,

                 Defendants.
_____

## ORDER

       This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION TO ALLOW TELEPHONE CONFERENCE TO PREPARE CASE MANAGEMENT REPORT (Doc. No. 20)** |
| **FILED:** | **January 24, 2011** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Lead counsel for both parties may conduct the Local Rule 3.05(c)(2)(B) meeting by telephone in an effort to reduce the costs and time incurred to prepare the Case Management Report.

**DONE** and **ORDERED** in Orlando, Florida on January 25, 2011.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE