**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CAREER NETWORK, INC; THREE STARS MEDIA, INC.; THREE STARS, INC., dba Threestars of Central Florida, Inc.; INTERNETCOMPANY, INC., dba Internet-Company of Central Florida, Inc.; MEDIALOGIC, INC.; POWER APPLICATIONS, INC.; MONKEYJAR, INC.; and BUZZGRUB, INC.,

    Plaintiffs,

v.

Case No. 6:10-cv-1826-Orl-31KRS

WOT SERVICES, LTD.; AGAINST INTUITION, INC.; ESA SUURIO; VESA PERALA; SAMI TOLVAHEN; TIMO ALA-KLEEMOLA; DAVID STADLER, aka g7W; and JOHN AND JANE DOES 1 THROUGH 100,

    Defendants.

## ORDER

This cause comes before the Court *sua sponte*. On December 29, 2010, the magistrate judge entered an Order granting attorney Sandra A. Jeskie permission to appear *pro hac vice* in the instant case (Doc. No. 12). In the order, Ms. Jeskie was directed to immediately begin using the CM/ECF docket system and register for a CM/ECF login and password. Counsel has failed to comply. It is therefore

**ORDERED** that Sandra A. Jeskie shall show cause to the Court by written response to be filed within **fourteen** days from the date of this Order why her *pro hac vice* status should not be revoked for failure to comply with the Court's order.

**DONE** and **ORDERED** in chambers, Orlando, Florida this 1st day of February, 2011.

                                              GREGORY A. PRESNELL
                                              UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record